IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DUETSCHER TENNIS BUND (GERMAN TENNIS FEDERATION) and ROTHEMBAUM SPORTS GMBH,<br><br>      Plaintiffs,<br><br> v.<br><br>ATP TOUR, INC., JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, JOHN DOE 6, JOHN DOE 7, JOHN DOE 8 and JOHN DOE 9,<br><br>      Defendants. | C.A. No. _____<br><br>**TRIAL BY JURY DEMANDED** |

### DUETSCHER TENNIS BUND (GERMAN TENNIS FEDERATION) and ROTHEMBAUM SPORTS GMBH, RULE 7.1 DISCLOSURE

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for Duetscher Tennis Bund (German Tennis Federation) and Rothembaum Sports GmbH, hereby certify that no publicly held corporations own 10% or more of a Duetscher Tennis Bund (German Tennis Federation) stock and Duetscher Tennis Bund (German Tennis Federation) has no parent corporation. In addition, plaintiffs' further certify that Rothembaum Sports GmbH has no parent corporation and that the following entities own 10% or more of Rothembaum Sports GmbH: Duetscher Tennis Bund (German Tennis Federation) and Qatarian Tennis Federation Germany GmbH.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ C. Barr Flinn*
_____
C. Barr Flinn, Esquire (#4092)
Chad S.C. Stover, Esquire (#4919)
Young Conaway Stargatt & Taylor, LLP
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
bflinn@ycst.com
Attorneys for Plaintiffs

Dated: March 28, 2007

2