IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DUETSCHER TENNIS BUND (GERMAN TENNIS FEDERATION) and ROTHEMBAUM SPORTS GMBH,<br><br>      Plaintiffs,<br><br>  v.<br><br>ATP TOUR, INC., JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, JOHN DOE 6, JOHN DOE 7, JOHN DOE 8 and JOHN DOE 9,<br><br>      Defendants. | C.A. No. _____<br><br>**TRIAL BY JURY DEMANDED** |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Robert D. MacGill, Daniel R. Gravelyn, and Hamish S. Cohen of Barnes & Thornburg LLP to represent Duetscher Tennis Bund (German Tennis Federation) and Rothenbaum Sports GMBH in this matter.

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney is enclosed with this motion.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
C. Barr Flinn (No. 4092)
Chad S.C. Stover (No. 4919)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6600
cstover@ycst.com
*Attorneys for Plaintiffs*

Dated: March 28, 2007

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for the admission <u>pro hac vice</u> of Robert D. MacGill, Daniel R. Gravelyn, and Hamish Cohen is granted.

Date: _____, 2007

_____
United States District Judge

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

The undersigned certifies that pursuant to Local Rule 83.5, he is eligible for admission to this Court, is admitted, practicing and in good standing as a member of the Bars of Illinois and Michigan and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules and Standing Order for District Court Fund effective 1/1/05.

/s/ Daniel R. Gravelyn
Daniel R. Gravelyn
Barnes & Thornburg, LLP
300 Ottawa Avenue N.W.
Suite 500
Grand Rapids, Michigan 49503
(616)-742-3954 Telephone
(616)742-3999 Fax

DATED: March 28, 2007

# CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

The undersigned certifies that pursuant to Local Rule 83.5, he is eligible for admission to this Court, is admitted, practicing and in good standing as a member of the Bar of Indiana and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules and Standing Order for District Court Fund effective 1/1/05.

Robert D. MacGill
Barnes & Thornburg, LLP
11 South Meridian Street
Indianapolis, Indiana 46204-3535
(317) 231-7223 Telephone
(317) 231-7433 Fax

DATED: March 28, 2007

# CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

The undersigned certifies that pursuant to Local Rule 83.5, he is eligible for admission to this Court, is admitted, practicing and in good standing as a member of the Bar of Indiana and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules and Standing Order for District Court Fund effective 1/1/05.

                                                                      _/s/ Hamish Cohen_
                                                                      Hamish Cohen
                                                                       Barnes & Thornburg, LLP
                                                                       11 South Meridian Street
                                                                       Indianapolis, Indiana 46204-3535
                                                                       (317) 261-7956 Telephone
                                                                       (317) 231-7433 Fax

DATED: March 28, 2007