IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DUETSCHER TENNIS BUND (GERMAN TENNIS FEDERATION) and ROTHEMBAUM SPORTS GMBH,, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 07-178-GMS |
| v. | ) ) | |
| ATP TOUR, INC., JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, JOHN DOE 6, JOHN DOE 7, JOHN DOE 8 and JOHN DOE 9, | ) ) ) ) ) | |
| Defendants. | ) | |

## STIPULATED ORDER

WHEREAS, the complaint in this action is 50 pages in length and defendants' Delaware counsel have only recently been retained and are in the process of investigating the factual and legal allegations in suit, in an effort to determine the appropriate response to plaintiffs' complaint and to advise their client accordingly; and

WHEREAS, plaintiffs have agreed not to oppose an extension of defendant's deadline to respond to the complaint through and including May 4, 2007; now therefore,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the date by which defendants must answer, move, or otherwise respond to the complaint in this matter is extended through and including May 4, 2007.

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ASHBY & GEDDES |
| | |
| */s/ C. Barr Flin (#4092)* | */s/ Philip Trainer, Jr. (#2788)* |

| | |
|---|---|
| _____ | _____ |
| C. Barr Flin (I.D. #4092) | Lawrence C. Ashby (I.D. #468) |
| Chad S.C. Stover (I.D. #4919) | Philip Trainer, Jr. (I.D. #2788) |
| The Brandywine Building | Carolyn Hake (I.D. #3839) |
| 1000 West Street, 17th Floor | 500 Delaware Avenue, 8th Floor |
| Wilmington, DE 19801 | P.O. Box 1150 |
| (302) 571-6692 | Wilmington, Delaware 19899 |
| bflinn@ycst.com | 302-654-1888 |
| cstover@ycst.com | lashby@ashby-geddes.com |
| | ptrainer@ashby-geddes.com |
| | chake@ashby-geddes.com |
| | |
| *Of Counsel:* | *Of Counsel:* |
| | |
| Robert D. MacGill | Bradley I. Ruskin |
| Hamish S. Cohen | Jennifer R. Scullion |
| BARNES & THORNBURG LLP | PROSKAUER ROSE |
| 11 South Meridian Street | 1585 Broadway |
| Indianapolis, Indiana 46204 | New York, NY 10036 |
| (317) 236-1313 | (212) 969-3000 |
| | |
| Daniel Gravelyn | |
| 300 Ottawa Avenue N.W. | *Attorneys for Defendant* |
| Suite 500 | |
| Grand Rapids, Michigan 49503 | |
| (616) 742-3930 | |
| | |
| *Attorneys for Plaintiff* | |

       SO ORDERED this _____ day of _____, 2007.

 

                                                 _____
                                                 United States District Judge