IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------- X
DEUTSCHER TENNIS BUND (GERMAN :
TENNIS FEDERATION) and ROTHENBAUM : Civil Action No.   07-0178 (GMS)
SPORTS GMBH, :
 :
             Plaintiffs, :
 :
  against :
 :
ATP TOUR, INC., JOHN DOE 1, JOHN DOE 2, :
JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, :
JOHN DOE 6, JOHN DOE 7, JOHN DOE 8, :
JOHN DOE 9, :
 :
            Defendants. 
------------------------------------- X

## NOTICE OF SERVICE

The undersigned hereby certifies that  on the 4th day of May 2007, **DEFENDANTS' RULE 26(A)(1) DISCLOSURES** were served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| C. Barr Flinn, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | <u>VIA ELECTRONIC MAIL</u> |
| Robert D. MacGill, Esquire<br>Hamish S. Cohen, Esquire<br>Barnes & Thornburg LLP<br>11 South Meridian Street<br>Indianapolis, Indiana 46204 | <u>VIA ELECTRONIC MAIL</u> |

Dated: May 4, 2007                              ASHBY & GEDDES

                                                _____
                                                Lawrence C. Ashby (I.D. #468)
                                                Philip Trainer, Jr. (I.D. #2788)
                                                Carolyn Hake (I.D. #3839)
                                                500 Delaware Avenue, 8th Floor
                                                P.O. Box 1150
                                                Wilmington, Delaware 19899
                                                302-654-1888
                                                lashby@ashby-geddes.com
                                                ptrainer@ashby-geddes.com
                                                chake@ashby-geddes.com


                                                PROSKAUER ROSE LLP
                                                Bradley I. Ruskin
                                                Colin A. Underwood
                                                Jennifer R. Scullion
                                                Jordan B. Leader
                                                1585 Broadway
                                                New York, NY 10036-8299
                                                Phone: (212) 969-3000

                                                *Attorneys for Defendants*

2