IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| DEUTSCHER TENNIS BUND (GERMAN TENNIS FEDERATION) and ROTHENBAUM SPORTS GMBH TENNIS, | : <br> : <br> : Civil Action No. 07-178 (GMS) <br> : |
| Plaintiffs, | : |
| - against - | : |
| ATP TOUR, INC., et al. | : |
| Defendant. | : |

---

| | |
|---|---|
| MONTE-CARLO COUNTRY CLUB and SOCIÉTÉ MONÉGASQUE POUR L'EXPLOITATION DU TOURNOI DE TENNIS, | : <br> : <br> : Civil Action No. 07-198 (GMS) <br> : |
| Plaintiffs, | : |
| - against - | : |
| ATP TOUR, INC., ETIENNE DE VILLIERS, and CHARLES PASARELL, | : |
| Defendants. | : |

---

## NOTICE OF 30(b)(6) DEPOSITION FOR ATP TOUR, INC.

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiffs Deutscher Tennis Bund (German Tennis Federation) and Rothenbaum Sports GMBH (collectively, the "GTF") will take the deposition by oral examination of the ATP Tour, Inc. ("ATP") on June 5, 2007, at the offices of Sidley Austin, 787 Seventh Avenue, New York, NY, or as otherwise agreed. The deposition will commence at 9 a.m. or at such other time agreed upon by counsel and will continue day-to-day until completed.

ATP is directed, pursuant to Rule 30(b)(6), to designate one or more officers, directors, managing agents, or other persons who are knowledgeable or consent to testify on its behalf with respect to each of the subjects set forth in Schedule A, attached hereto. ATP is required to designate persons for examination on matters known or reasonably available to it pertaining to the subjects set forth in the attached Schedule A.

Plaintiffs request that ATP notify Plaintiffs' counsel in writing, on or before June 1, 2007, of the designees who will testify on ATP's behalf as to each subject identified in Schedule A.

The deposition will be taken before an officer authorized to administer oaths and will be recorded by stenographical means and by videotape. You are hereby noticed and invited to attend and participate.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
C. Barr Flinn (No. 4092)
Chad S.C. Stover (No. 4919)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6692
bflinn@ycst.com
cstover@ycst.com

*Attorneys for Deutscher Tennis Bund (the German Tennis Federation) and the Rothenbaum Sports GMBH*

OF COUNSEL:

Robert D. MacGill
Hamish S. Cohen
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
(317) 236-1313

2

Daniel Gravelyn
300 Ottawa Avenue N.W.
Suite 500
Grand Rapids, Michigan 49503
(616) 742-3930

Dated: May 25, 2007

DB02:6003251.1                                                                                              066145.1001

## SCHEDULE A

Pursuant to Fed. R. Civ. P. 30(b)(6), ATP shall designate one or more officers, directors, managing agents, or other persons who is/are the most qualified to testify on its behalf with respect to the following matters:

1. The location, form and content of any and all documents relating to:

    a. the decision to award, whether conditional or otherwise, a "Masters 1000" sanction to Shanghai, China (collectively, the "Shanghai Decision") including, without limitation, any and all negotiations, communications and/or agreements with any representative of Shanghai, the Shanghai Administration of Sport, the Shanghai Ba-Shi Company and/or any other person relating thereto (collectively, "Shanghai");

    b. The ATP Tour, Inc.'s negotiations and/or communications with any representative, person or entity relating to the possible award of an ATP Masters 1000 Sanction to the Mutua Madirleňa Masters Madrid and/or any entity or person related thereto (collectively, "Madrid") and any potential move of Madrid from its current ATP calendar position to the calendar position currently held by the Hamburg tournament and/or the award of a combined men's and women's tournament to Madrid (collectively, the "Madrid Decision"); and

    c. The ATP Tour, Inc.'s negotiations and/or communications with any representative, person or entity relating to the award or possible award of a license or sanction for the TMC to any entity or person related thereto (collectively, "TMC-London") for the years 2007 and beyond (collectively, the "TMC-London Decision").

2. The Shanghai Decision, the Madrid Decision and the TMC-London Decision including, without limitation, any and all negotiations, communications and/or agreements with any representative of Shanghai, Madrid and/or TMC-London;

3. The identity and role of any and all persons and/or individuals involved in the Shanghai Decision, the Madrid Decision and/or the TMC-London Decision;

4. Any and all payments received or consideration exchanged or promised to be exchanged by any party or non-party to the Shanghai Decision, the Madrid Decision and/or the TMC-London Decision or relating in any way thereto; and

5. The ATP Tour, Inc.'s negotiations and/or communications with any representative, person or entity relating to the possible award of an ATP sanction to any person or entity in Beijing, China including, *inter alia*, the location, form and content of any

and all documents relating thereto; the identity and role of any and all persons and/or individuals involved in such negotiations and/or communications; and the proposed financial terms and conditions discussed by any party or non-party to such negotiations and/or communications.

6. The ATP Tour, Inc.'s insurance policies applicable to its conduct and that of its Board members, if any including, without limitation, any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

GTF reserves its right to supplement this list of topics.

## INSTRUCTIONS AND DEFINITIONS

1. The terms "ATP," "you," and "your" refer to the Defendant, ATP Tour, Inc. and its affiliates, agents, employees, attorneys, accountants, consultant, and any other representative acting on, or purporting to act on, the behalf of the Defendant ATP Tour, Inc.

2. As used herein, "communication" or "communications" shall mean and include any transmission, conveyance, or exchange of information, whether by written, oral, electronic, or by other means including, but not limited to, the transmission or exchange of any kind of document or email, as well as face-to-face conversations, meetings, and telephone conversations.

3. As used herein, "person" shall include, whenever appropriate, not only a natural person, but also a corporation, partnership, unincorporated association, joint venture or other association of persons, and also a governmental agency, office, administration, board or other body.

4. Information requested is to include all information in the possession of the party, its attorney, investigators, agents, or others in privity with ATP.

## CERTIFICATE OF SERVICE

I, Chad S.C. Stover, hereby certify that May 25, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Lawrence C. Ashby, Esquire
>Philip Trainer, Jr., Esquire
>Carolyn Hake, Esquire
>Ashby & Geddes
>500 Delaware Avenue
>P.O. Box 1150
>Wilmington, DE 19899

I further certify that on May 25, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

**BY E-MAIL**

>Bradley I. Ruskin, Esquire
>Jennifer R. Scullion, Esquire
>PROSKAUER ROSE
>1585 Broadway
>New York, NY 10036

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ Chad S.C. Stover
>_____
>C. Barr Flinn (No. 4092)
>Chad S.C. Stover (No. 4919)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>(302) 571-6600
>cstover@ycst.com
>
>*Attorneys for Deutscher Tennis Bund (the German Tennis Federation) and the Rothenbaum Sports GMBH.*