

# Potter Anderson & Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

Philip A. Rovner
Partner
provner@potteranderson.com
302-984-6140  Direct Phone
302-658-1192  Fax

June 8, 2007

**BY E-FILE**

The Honorable Gregory M. Sleet
United States District Court for the District of Delaware
U.S. Courthouse
844 North King Street
Wilmington, DE  19801

    Re: *Deutscher Tennis Bund, et al. v. ATP Tour, Inc., et al.*,
      D. Del., C.A. 07-178-GMS;
      *Monte-Carlo Country Club and Société Monégasque Pour
      L'Exploitation du Tournoi de Tennis v. ATP Tour, Inc., et al.*,
      D. Del., C.A. No. 07-198-GMS

Dear Judge Sleet:

  On behalf of the parties in the above-captioned actions, I submit the Joint Status Report in anticipation of the June 15, 2007 Status and Scheduling Conference. Should Your Honor have any questions prior to next Friday's conference, counsel are available at the Court's convenience.

            Respectfully,

            Philip A. Rovner
            provner@potteranderson.com

PAR/mes/800362
Enc.
cc: Lawrence C. Ashby, Esq. – By CM-ECF, E-mail and Hand Delivery
   Bradley I. Ruskin, Esq. – By E-mail
   C. Barr Flinn, Esq. – By CM-ECF, E-mail and Hand Delivery
   Robert D. MacGill, Esq. – By E-mail
   Alan M. Unger, Esq. – By E-mail