IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEUTSCHER TENNIS BUND (GERMAN TENNIS FEDERATION) and ROTHENBAUM SPORTS GMBH,<br><br>      Plaintiffs,<br><br>v.<br><br>ATP TOUR, INC., JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, JOHN DOE 6, JOHN DOE 7, JOHN DOE 8 and JOHN DOE 9,<br><br>      Defendants. | C.A. No. 07-178-GMS |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on June 22, 2007, 2007, copies of Plaintiffs' Notice To Take A Rule 30(b)(6) Deposition Of ATP Tour, Inc. on July 10, 2007 were served by Hamish S. Cohen, Esquire of Barnes & Thornburg LLP upon the following counsel of record in the manner indicated:

    **BY E-MAIL AND U.S. MAIL**

    Lawrence C. Ashby, Esquire
    Philip Trainer, Jr., Esquire
    Ashby & Geddes
    500 Delaware Avenue
    P.O. Box 1150
    Wilmington, DE 19899

    Bradley I. Ruskin, Esquire
    Jennifer R. Scullion, Esquire
    PROSKAUER ROSE
    1585 Broadway
    New York, NY 10036

Additionally, I hereby certify that on June 25, 2007, I caused this Notice of Service to be electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel in the manner indicated:

**BY CM/ECF, E-MAIL AND HAND DELIVERY**

Lawrence C. Ashby, Esquire
Philip Trainer, Jr., Esquire
Carolyn Hake, Esquire
Ashby & Geddes
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

**BY E-MAIL**

Bradley I. Ruskin, Esquire
Jennifer R. Scullion, Esquire
PROSKAUER ROSE
1585 Broadway
New York, NY 10036

YOUNG CONAWAY STARGATT & TAYLOR, LLP

C. Barr Flinn (No. 4092)
Chad S.C. Stover (No. 4919)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6692
bflinn@ycst.com
cstover@ycst.com

*Attorneys for Deutscher Tennis Bund (the German Tennis Federation) and the Rothenbaum Sports GMBH*

OF COUNSEL:

Robert D. MacGill
Hamish S. Cohen
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
(317) 236-1313

Daniel Gravelyn
300 Ottawa Avenue N.W.
Suite 500
Grand Rapids, Michigan 49503
(616) 742-3930

Dated: June 25, 2007