IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEUTSCHER TENNIS BUND (GERMAN TENNIS FEDERATION) and ROTHENBAUM SPORTS GMBH,<br><br>                Plaintiffs,<br><br>v.<br><br>ATP TOUR, INC., JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, JOHN DOE 6, JOHN DOE 7, JOHN DOE 8 and JOHN DOE 9,<br><br>                Defendants. | C.A. No. 07-178 (GMS) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Jennifer Westerhaus Adams of Barnes & Thornburg LLP to represent Duetscher Tennis Bund (German Tennis Federation) and Rothenbaum Sports GMBH in this matter.

Pursuant to Standing Order for District Court Fund, effective January 1, 2005, the annual fee of $25.00 per attorney, if not paid previously, is enclosed with this motion.

                                            YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                            /s/
                                            C. Barr Flinn (No. 4092)
                                            Chad S.C. Stover (No. 4919)
                                            The Brandywine Building
                                            1000 West Street, 17th Floor
                                            Wilmington, DE 19899-0391
                                            (302) 571-6600
                                            cstover@ycst.com

Dated: July 13, 2007                               *Attorneys for Plaintiffs*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for the admission *pro hac vice* of Jennifer Westerhaus Adams is granted.

Date: _____, 2007

_____<br>United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to the Local Rule 83.5, I, Jennifer Westerhaus Adams, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of Georgia, Indiana, and North Carolina, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund, effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

```
_____
Jennifer Westerhaus Adams
Barnes & Thornburg, LLP
11 South Meridian Street
Indianapolis, Indiana 46204-3535
(317) 236-1313 Telephone
(317) 231-7433 Fax
```

DATED: July 12, 2007

## CERTIFICATE OF SERVICE

I, Chad S.C. Stover, hereby certify that July 13, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Lawrence C. Ashby, Esquire
>Philip Trainer, Jr., Esquire
>Carolyn Hake, Esquire
>Ashby & Geddes
>500 Delaware Avenue
>P.O. Box 1150
>Wilmington, DE 19899

I further certify that on July 13, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

**BY E-MAIL**

>Bradley I. Ruskin, Esquire
>Jennifer R. Scullion, Esquire
>PROSKAUER ROSE
>1585 Broadway
>New York, NY 10036

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
C. Barr Flinn (No. 4092)
Chad S.C. Stover (No. 4919)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
cstover@ycst.com

*Attorneys for Deutscher Tennis Bund (the German Tennis Federation) and the Rothenbaum Sports GMBH.*