IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEUTSCHER TENNIS BUND (GERMAN TENNIS FEDERATION) and ROTHENBAUM SPORT GMBH,<br><br>                      Plaintiffs,<br><br>      v.<br><br>ATP TOUR, INC., JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, JOHN DOE 6, JOHN DOE 7, JOHN DOE 8 and JOHN DOE 9,<br><br>                      Defendants. | C.A. No. 07-178 (GMS)<br><br>**TRIAL BY JURY DEMANDED** |

## **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF DEADLINE TO FILE MOTION TO AMEND PLEADINGS TO ADD ADDITIONAL PARTIES**

WHEREAS, under the Court's current Scheduling Order (D.I. 21), entered on July 13, 2007, the deadline for filing motions to amend the pleadings to add additional parties (the "Deadline") is July 27, 2007, which has not yet passed;

WHEREAS, despite the diligent efforts of the parties to pursue discovery and to review and produce documents, the parties anticipate that their full, initial document productions will not be completed until August 3, 2007 with additional productions relating to the e-mails of certain individuals continuing into mid-to-late August, 2007;

WHEREAS the parties are working to schedule certain contemplated depositions that have not yet been taken, pending the completion of the parties' initial document production;

WHEREAS, the parties respectfully submit to the Court that despite the fact that the parties have diligently pursued discovery, including discovery relating to the identity of parties who may properly and justly be joined in this matter, if any, the parties have not yet completed the production, receipt or review of the document discovery and certain depositions that, Plaintiffs contend, may potentially bear on such issues and, as such, good cause exists for the continuation of the current Deadline;

WHEREAS, the parties have met and conferred and reached certain agreements with respect to discovery (which agreements will be separately documented among the parties); and

WHEREAS, the parties do not file this Stipulation for purposes of delay or any other improper purpose and believe that this Stipulation will not prejudice the Court's docket.

Counsel for the parties hereby stipulate and agree, subject to Court approval, that the deadline for filing motions to amend the pleadings solely to add additional parties (and not to add any additional claims or theories of recovery) shall be extended to and including September 14, 2007.  All other dates shall remain the same.

Dated July 27, 2007.

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ASHBY & GEDDES |
|---|---|
| */s/ C. Barr Flinn* | */s/ Philip Trainer, Jr.* |
| C. Barr Flinn | Lawrence C. Ashby |
| The Brandywine Building | Philip Trainer, Jr. |
| 1000 West Street, 17th Floor | 500 Delaware Avenue, 8th Floor |
| Wilmington, DE 19801 | P. O. Box 1150 |
| (302) 571-6600 | Wilmington, DE 19899 |
|  | (302) 654-1888 |
| Robert D. MacGill |  |
| Hamish S. Cohen | Bradley I. Ruskin |
| Jennifer W. Adams | Jennifer R. Scullion |
| Barnes &Thornburg LLP | Proskauer Rose |
| 11 South Meridian Street | 1585 Broadway |
| Indianapolis, IN 46204 | New York, NY 10036 |

SO ORDERED this ____ day of _____, 2007

_____
United States District Judge