IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEUTSCHER TENNIS BUND (GERMAN TENNIS FEDERATION) and ROTHEMBAUM SPORTS GMBH,<br><br>      Plaintiffs,<br><br>v.<br><br>ATP TOUR, INC., JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, JOHN DOE 6, JOHN DOE 7, JOHN DOE 8 and JOHN DOE 9,<br><br>      Defendants. | C.A. No. 07-178-GMS<br><br>**TRIAL BY JURY DEMAND** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 31, 2007, copies of the Notice of Deposition of Juergen Pfauth were served upon the following counsel of record in the manner indicated:

### BY E-MAIL AND HAND DELIVERY

Lawrence C. Ashby, Esquire
Philip Trainer, Jr., Esquire
Carolyn Hake, Esquire
Ashby & Geddes
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

### BY E-MAIL

Bradley I. Ruskin, Esquire
Jennifer R. Scullion, Esquire
PROSKAUER ROSE
1585 Broadway
New York, NY 10036

Additionally, I hereby certify that on July 31, 2007, I caused this Notice of

DB02:6152951.1                                                      066145.1001

Service to be electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel in the manner indicated:

**BY CM/ECF, E-MAIL AND HAND DELIVERY**

Lawrence C. Ashby, Esquire
Philip Trainer, Jr., Esquire
Carolyn Hake, Esquire
Ashby & Geddes
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

**BY E-MAIL**

Bradley I. Ruskin, Esquire
Jennifer R. Scullion, Esquire
PROSKAUER ROSE
1585 Broadway
New York, NY 10036

YOUNG CONAWAY STARGATT & TAYLOR, LLP

C. Barr Flinn (No. 4092)
Chad S.C. Stover (No. 4919)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6692
bflinn@ycst.com
cstover@ycst.com

*Attorneys for Deutscher Tennis Bund (the German Tennis Federation) and the Rothenbaum Sports GMBH*

OF COUNSEL:

Robert D. MacGill
Hamish S. Cohen
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
(317) 236-1313

Daniel Gravelyn
300 Ottawa Avenue N.W.
Suite 500
Grand Rapids, Michigan 49503
(616) 742-3930


Dated: July 31, 2007