IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEUTSCHER TENNIS BUND (GERMAN TENNIS FEDERATION) and ROTHEMBAUM SPORTS GMBH,<br><br>     Plaintiffs,<br><br>v.<br><br>ATP TOUR, INC., JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, JOHN DOE 6, JOHN DOE 7, JOHN DOE 8 and JOHN DOE 9,<br><br>     Defendants. | C.A. No. 07-178-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 10, 2007, copies of 1) Plaintiffs' Notice to Take Deposition of Iggy Jovanovic (on August 31, 2007), and 2) Plaintiffs' Notice to Take Deposition of Andre Da Silva (on August 29, 2007) were served by Jennifer Westerhaus Adams, Esquire of Barnes & Thornburg, LLP, upon the following counsel of record in the manner indicated:

    **BY E-MAIL AND U.S. MAIL**

    Lawrence C. Ashby, Esquire
    Philip Trainer, Jr., Esquire
    Ashby & Geddes
    500 Delaware Avenue
    P.O. Box 1150
    Wilmington, DE 19899

Bradley I. Ruskin, Esquire
Jennifer R. Scullion, Esquire
PROSKAUER ROSE
1585 Broadway
New York, NY 10036

Additionally, I hereby certify that on August 13, 2007, I caused this Notice of Service to be electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel in the manner indicated:

**BY CM/ECF, E-MAIL AND HAND DELIVERY**

Lawrence C. Ashby, Esquire
Philip Trainer, Jr., Esquire
Carolyn Hake, Esquire
Ashby & Geddes
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

**BY E-MAIL**

Bradley I. Ruskin, Esquire
Jennifer R. Scullion, Esquire
PROSKAUER ROSE
1585 Broadway
New York, NY 10036

YOUNG CONAWAY STARGATT & TAYLOR, LLP

C. Barr Flinn (No. 4092)
Chad S.C. Stover (No. 4919)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6692
bflinn@ycst.com
cstover@ycst.com

*Attorneys for Deutscher Tennis Bund (the German Tennis Federation) and the Rothenbaum Sports GMBH*

2

OF COUNSEL:

Robert D. MacGill
Hamish S. Cohen
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
(317) 236-1313

Daniel Gravelyn
300 Ottawa Avenue N.W.
Suite 500
Grand Rapids, Michigan 49503
(616) 742-3930


Dated: August 13, 2007