## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X
DEUTSCHER TENNIS BUND (GERMAN      :
TENNIS FEDERATION) and ROTHENBAUM  :    Civil Action No.  07-0178 (GMS)
SPORTS GMBH,                       :
                                   :
               Plaintiffs,         :
                                   :
        against                    :
                                   :
ATP TOUR, INC., JOHN DOE 1, JOHN DOE 2,  :
JOHN DOE 3, JOHN DOE 4, JOHN DOE 5,  :
JOHN DOE 6, JOHN DOE 7, JOHN DOE 8,  :
JOHN DOE 9,                        :
                                   :
               Defendants.         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 25th day of May 2007, **DEFENDANTS'**

**RESPONSES AND OBJECTIONS TO PLAINTIFFS' COORDINATED FIRST SET OF**

**REQUESTS FOR PRODUCTION OF DOCUMENTS AND DEFENDANTS' AMENDED**

**RULE 26(A)(1) DISCLOSURES** were served upon the following counsel of record at the address

and in the manner indicated:

C. Barr Flinn, Esquire
Young Conaway Stargatt & Taylor, LLP                    VIA ELECTRONIC MAIL
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Robert D. MacGill, Esquire                              VIA ELECTRONIC MAIL
Hamish S. Cohen, Esquire
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, Indiana 46204

Dated:    August 17, 2007                ASHBY & GEDDES

                                         /s/ *Carolyn S. Hake*

                                         _____
                                         Lawrence C. Ashby (I.D. #468)
                                         Philip Trainer, Jr. (I.D. #2788)
                                         Carolyn Hake (I.D. #3839)
                                         500 Delaware Avenue, 8th Floor
                                         P.O. Box 1150
                                         Wilmington, Delaware 19899
                                         302-654-1888
                                         lashby@ashby-geddes.com
                                         ptrainer@ashby-geddes.com
                                         chake@ashby-geddes.com


                                         PROSKAUER ROSE LLP
                                         Bradley I. Ruskin
                                         Colin A. Underwood
                                         Jennifer R. Scullion
                                         Jordan B. Leader
                                         1585 Broadway
                                         New York, NY  10036-8299
                                         Phone: (212) 969-3000

                                         *Attorneys for Defendants Deutscher Tennis*
                                         *Bund and Rothenbaum Sports GMBH*

183295.1