IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------X
DEUTSCHER TENNIS BUND (GERMAN
TENNIS FEDERATION) and ROTHENBAUM : Civil Action No. 07-0178 (GMS)
SPORTS GMBH,

          Plaintiffs,

  against

ATP TOUR, INC., JOHN DOE 1, JOHN DOE 2,
JOHN DOE 3, JOHN DOE 4, JOHN DOE 5,
JOHN DOE 6, JOHN DOE 7, JOHN DOE 8,
JOHN DOE 9,

          Defendants.
------------------------------------X

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 3rd day of August 2007, **DEFENDANT ATP TOUR, INC.S' SECOND SET OF DOCUMENT REQUESTS TO PLAINTIFFS DEUTSCHER TENNIS BUND AND ROTHENBAUM SPORTS GMBH** were served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| C. Barr Flinn, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | **VIA ELECTRONIC MAIL** |
| Robert D. MacGill, Esquire<br>Hamish S. Cohen, Esquire<br>Barnes & Thornburg LLP<br>11 South Meridian Street<br>Indianapolis, Indiana 46204 | **VIA ELECTRONIC MAIL** |

Dated:     August 17, 2007                    ASHBY & GEDDES

/s/ *Carolyn S. Hake*

Lawrence C. Ashby (I.D. #468)
Philip Trainer, Jr. (I.D. #2788)
Carolyn Hake (I.D. #3839)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
302-654-1888
lashby@ashby-geddes.com
ptrainer@ashby-geddes.com
chake@ashby-geddes.com

PROSKAUER ROSE LLP
Bradley I. Ruskin
Colin A. Underwood
Jennifer R. Scullion
Jordan B. Leader
1585 Broadway
New York, NY  10036-8299
Phone: (212) 969-3000

*Attorneys for Defendants Deutscher Tennis Bund and Rothenbaum Sports GMBH*

183292.1