IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------- X
DEUTSCHER TENNIS BUND (GERMAN :
TENNIS FEDERATION) and ROTHENBAUM : Civil Action No. 07-0178 (GMS)
SPORTS GMBH, :
:
:
             Plaintiffs, :
:
  against :
:
ATP TOUR, INC., JOHN DOE 1, JOHN DOE 2, :
JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, :
JOHN DOE 6, JOHN DOE 7, JOHN DOE 8, :
JOHN DOE 9, :
:
             Defendants.
------------------------------------------- X

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 2nd day of May 2007, **DEFENDANTS' FIRST SET OF DOCUMENT REQUESTS TO PLAINTIFF DEUTSCHER TENNIS BUND AND DEFENDANTS' FIRST SET OF DOCUMENT REQUESTS TO PLAINTIFF ROTHENBAUM SPORTS GMBH** were served upon the following counsel of record at the address and in the manner indicated:

C. Barr Flinn, Esquire
Young Conaway Stargatt & Taylor, LLP     **VIA ELECTRONIC MAIL**
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Robert D. MacGill, Esquire               **VIA ELECTRONIC MAIL**
Hamish S. Cohen, Esquire
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, Indiana 46204

2

Dated: August 17, 2007                                    ASHBY & GEDDES

/s/ *Carolyn S. Hake*

Lawrence C. Ashby (I.D. #468)
Philip Trainer, Jr. (I.D. #2788)
Carolyn Hake (I.D. #3839)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
302-654-1888
lashby@ashby-geddes.com
ptrainer@ashby-geddes.com
chake@ashby-geddes.com

PROSKAUER ROSE LLP
Bradley I. Ruskin
Colin A. Underwood
Jennifer R. Scullion
Jordan B. Leader
1585 Broadway
New York, NY 10036-8299
Phone: (212) 969-3000

*Attorneys for Defendants Deutscher Tennis Bund and Rothenbaum Sports GMBH*

2