IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEUTSCHER TENNIS BUND (GERMAN TENNIS FEDERATION) and ROTHENBAUM SPORT GMBH, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 07-178 (GMS) ) |
| ATP TOUR, INC., JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, JOHN DOE 6, JOHN DOE 7, JOHN DOE 8 and JOHN DOE 9, | ) ) **TRIAL BY JURY DEMANDED** ) ) ) |
| Defendants. | ) |

## STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF COORDINATED SCHEDULING ORDER DEADLINES

WHEREAS, the Court's current Scheduling Order (D.I. 21), entered on July 13, 2007, established the deadline for filing motions to amend the pleadings to add additional parties as July 27, 2007;

WHEREAS, Counsel for the parties previously stipulated and agreed, and the Court ordered, that the deadline for filing motions to amend the pleadings would be extended to and including September 14, 2007;

WHEREAS, the Court's current Scheduling Order also established the deadlines for the conclusion of fact discovery, the beginning and conclusion of expert discovery, and the briefing

and filing of dispositive motions, which deadlines have not yet passed;

WHEREAS, despite the diligent efforts of the parties to pursue discovery and to review and produce documents, the parties anticipate that their full, initial document productions will not be completed until late September, 2007;

WHEREAS the parties are working to schedule certain contemplated depositions that have not yet been taken, pending the completion of the parties' initial document production; and

WHEREAS, the parties respectfully submit to the Court that, despite the fact that the parties have diligently pursued discovery, including discovery relating to the identity of parties who may properly and justly be joined in this matter, if any, the parties have not yet completed the production, receipt or review of the document discovery and certain depositions that, Plaintiffs contend, may potentially bear on such issues and, as such, good cause exists for the continuation of certain deadlines in the current Coordinated Scheduling Order;

WHEREAS, the parties have met and conferred and reached certain agreements with respect to discovery (which agreements will be separately documented among the parties);

WHEREAS, the extensions requested herein do not alter the dates in the Coordinated Scheduling Order with respect to dispositive motions, pre-trial conference, or trial; and

WHEREAS, the parties do not file this Stipulation for purposes of delay or any other improper purpose and believe that this Stipulation will not prejudice the Court's docket;

Counsel for the parties hereby stipulate and agree, subject to Court approval, that certain of the deadlines in the current Coordinated Scheduling Order shall be extended as follows:

|  | CURRENT | NEW |
|---|---|---|
| Deadline for filing of Motion to Join Additional Parties | September 14, 2007 | October 15, 2007 |
| Fact Discovery Ends | November 2, 2007 | December 3, 2007 |
| Expert Discovery Begins | November 2, 2007 | December 10, 2007 |
| Expert Discovery Ends | December 10, 2007 | January 18, 2008 |
| Letter briefing on Motion for Summary Judgment due | December 21, 2007 | January 21, 2008 |
| Opposition letter on Motion for Summary Judgment due | January 21, 2008 | February 1, 2008 |
| Reply letter on Motion for Summary Judgment due | February 8, 2008 | NO CHANGE |
| Conference re: potential Motion for Summary Judgment | February 11, 2008 | NO CHANGE |
| Dispositive Motions | February 25, 2008 (or two weeks after order following February 11 conference) | NO CHANGE |
| Pretrial Conference | June 30, 2008 | NO CHANGE |
| Trial | July 21, 2008 | NO CHANGE |

All other dates, including the dates for filing dispositive motions, pre-trial conference, and trial, shall remain the same.

DB02:6237156.1    066145.1001

Consistent with Local Rule 16.4, by signing below counsel respectively certify that a copy of this stipulation and proposed order has been forwarded to each of their clients.

Dated: September 13, 2007

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ASHBY & GEDDES |
|---|---|
| /s/ C. Barr Flinn | /s/ Philip Trainer, Jr. |
| C. Barr Flinn (No. 4092)<br>Chad S.C. Stover (No. 4919)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>(302) 571-6600<br>cstover@ycst.com | Lawrence C. Ashby (No. 468)<br>Philip Trainer, Jr. (No. 2788)<br>500 Delaware Avenue, 8th Floor<br>P. O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>ptrainer@ashby-geddes.com |
| Robert D. MacGill<br>Hamish S. Cohen<br>Jennifer Westerhaus Adams<br>Barnes &Thornburg LLP<br>11 South Meridian Street<br>Indianapolis, IN 46204 | Bradley I. Ruskin<br>Jennifer R. Scullion<br>Proskauer Rose LLP<br>1585 Broadway<br>New York, NY 10036 |

SO ORDERED this ____ day of _____, 2007.

_____
United States District Judge

DB02:6237156.1                                                                                                                          066145.1001