## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

DEUTSCHER TENNIS BUND (GERMAN     :
TENNIS FEDERATION) and ROTHENBAUM  :    Civil Action No. 07-0178 (GMS)
SPORTS GMBH,               :
                              :
         Plaintiffs,      :
                              :
  against               :
                              :
ATP TOUR, INC., JOHN DOE 1, JOHN DOE 2,  :
JOHN DOE 3, JOHN DOE 4, JOHN DOE 5,    :
JOHN DOE 6, JOHN DOE 7, JOHN DOE 8,    :
JOHN DOE 9,                  :
                              :
         Defendants.     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

### NOTICE OF SERVICE

The undersigned hereby certifies that on the 20th day of September 2007,

**DEFENDANTS' RESPONSES AND OBJECTIONS TO PLAINTIFFS' SECOND SET OF**

**REQUESTS FOR PRODUCTION OF DOCUMENTS** were served upon the following counsel

of record at the address and in the manner indicated:

C. Barr Flinn, Esquire                        VIA ELECTRONIC MAIL
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Robert D. MacGill, Esquire               VIA ELECTRONIC MAIL
Hamish S. Cohen, Esquire
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, Indiana 46204

Dated:        September 21, 2007              ASHBY & GEDDES


                                             /s/ *Carolyn S. Hake*
                                             _____
                                             Lawrence C. Ashby (I.D. #468)
                                             Philip Trainer, Jr. (I.D. #2788)
                                             Carolyn Hake (I.D. #3839)
                                             500 Delaware Avenue, 8th Floor
                                             P.O. Box 1150
                                             Wilmington, Delaware 19899
                                             302-654-1888
                                             lashby@ashby-geddes.com
                                             ptrainer@ashby-geddes.com
                                             chake@ashby-geddes.com


                                             PROSKAUER ROSE LLP
                                             Bradley I. Ruskin
                                             Colin A. Underwood
                                             Jennifer R. Scullion
                                             Jordan B. Leader
                                             1585 Broadway
                                             New York, NY  10036-8299
                                             Phone: (212) 969-3000

                                             *Attorneys for Defendants*


184343.1