# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH

JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL
ELENA C. NORMAN

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

GEORGETOWN, DELAWARE
MIDDLETOWN, DELAWARE
NEW YORK, NEW YORK

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: (302) 571-6692
DIRECT FAX: (302) 571-1253
bflinn@ycst.com

JOSEPH M. BARRY
SEAN M. BEACH
SANJAY BHATNAGAR
DONALD J. BOWMAN, JR.
MICHELE SHERRETTA BUDICAK
JEFFREY T. CASTELLANO
KARA HAMMOND COYLE
KRISTEN SALVATORE DEPALMA
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
SEAN T. GREECHER
STEPHANIE L. HANSEN
DAWN M. JONES
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
JOHN C. KUFFEL
TIMOTHY E. LENGKEEK

ANDREW A. LUNDGREN
MATTHEW B. LUNN
ADRIA B. MARTINELLI
KATHALEEN MCCORMICK
MICHAEL W. MCDERMOTT
TAMMY L. MERCER
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
ADAM W. POFF
SETH J. REIDENBERG
SARA BETH A. REYBURN
CHERYL A. SANTANIELLO
   (NJ & PA ONLY)
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
CHAD S.C. STOVER
JOHN E. TRACEY
TRAVIS N. TURNER
MARGARET B. WHITEMAN
SHARON M. ZIEG

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
KAREN L. PASCALE
PATRICIA A. WIDDOSS

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

October 4, 2007

**BY ELECTRONIC FILING**

The Honorable Gregory M. Sleet, Chief Judge
United States District Court
  for the District of Delaware
844 North King Street
Lockbox 19
Wilmington, Delaware 19801

>       Re:     *Deutscher Tennis Bund, et al. v. ATP Tour, Inc. et al.,*
>                C.A. No. 07-178-GMS

Dear Judge Sleet:

In anticipation of the discovery teleconference scheduled for Tuesday, October 9, 2007, at 2 p.m. (EST) in the above matter, the parties jointly submit the following items to be presented to the Court:

Plaintiffs' Issues:

1. The propriety of ATP's designation of more than 90,000 pages of documents as privileged and potential remedies for this over-designation. Relatedly, the ATP's withholding of certain documents created or received by its CEO-Americas and General Counsel Mark Young as attorney-client privileged.

2. The propriety of the ATP's document production given its blanket designation of documents as "confidential" or "restricted confidential" under the protective order.

YOUNG CONAWAY STARGATT & TAYLOR, LLP
October 4, 2007
Page 2

3. The ATP's refusal to produce responsive, non-privileged documents in response to Plaintiffs' First Requests for Production, on an ongoing basis, or to the Second Requests for Production.

4. The ATP's failure to appear at multiple 30(b)(6) depositions and refusal to provide additional 30(b)(6) depositions.

5. Production of documents relating to the ATP's settlement with Monte Carlo.

6. The ATP's failure to produce a privilege and redaction log.

7. The ATP's failure to provide available dates for the depositions of witnesses.

Defendants' Issues:

1. Defendants request that the Court require Plaintiffs to produce all responsive documents from the files of all "key players" (as defined by the Coordinated Scheduling Order), as well as from the files of all Supervisory Board members, and from the files of the Plaintiffs' accountants, auditors, and outside counsel. These documents are identified in Defendants' letters of September 6, 23, and 24, 2007.

2. Defendants request that the Court require Plaintiffs to provide available dates for the depositions of the witnesses requested by Defendants, including dates when witnesses will be produced in response to Defendants' Notice of Deposition under Rule 30(b)(6) and dates for the continued deposition of Dr. von Waldenfels.

3. Defendants request that the Court require Defendants to withdraw their assertions of privilege and work product protections with respect to documents identified in Defendants' letter of September 24, 2007.

Respectfully submitted,

C. Barr Flinn (No. 4092)

cc: Clerk of the Court (by electronic filing/hand delivery)
Lawrence C. Ashby, Esquire (by electronic filing/hand delivery)
Philip Trainer, Jr., Esquire (by electronic filing/hand delivery)
Bradley R. Ruskin, Esquire (by e-mail)
Jennifer R. Scullion, Esquire (by e-mail)
Robert D. MacGill, Esquire (by e-mail)
Hamish S. Cohen, Esquire (by e-mail)