IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| DEUTSCHER TENNIS BUND (GERMAN TENNIS FEDERATION) and ROTHEMBAUM SPORTS GMBH TENNIS [sic], : : : : : Plaintiffs, : : - against - : : ATP TOUR, INC., JOHN DOE 1, JOHN DOE 2 JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, JOHN DOE 6, JOHN DOE 7, JOHN DOE 8, and JOHN DOE 9, : : : : : Defendants. : | Civil Action No. 07-178 (GMS) |

---

## RESPONSE OF ATP TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT

Defendant ATP Tour, Inc. ("ATP") hereby submits its response to the Plaintiffs' Motion for Leave to Amend the Complaint in this action.

1. Among other things, the proposed Amended Complaint would (a) add the Qatar Tennis Federation ("QTF") as an additional plaintiff, (b) add certain ATP directors as additional defendants, and (c) add a new cause of action for alleged "conversion." With respect to the QTF, the Amended Complaint alleges a new claim for alleged injury to the Qatar ExxonMobil Open currently operated by the QTF, as well as alleged injury to the QTF's 25% interest in the Hamburg Tournament.

2. ATP does not concede that Plaintiffs' proposed new allegations and claims have any factual or legal merit. Nor does the ATP agree, among other things, with Plaintiffs' self-serving and unsupported characterizations of the "facts" set forth in the Amended Complaint or the

motion papers, or with their purported bases to now add ATP's Directors as defendants in this action.

3. These matters need not be resolved at the present time, however. ATP does not oppose Plaintiffs' request for leave to amend, provided that Plaintiffs (including the QTF as a new Plaintiff) adhere to the representations in their motion that they will promptly provide discovery with respect to the new allegations and claims (including with respect to the Qatar ExxonMobil Open and Plaintiffs' new claim of "conversion") and that Plaintiffs will not use this amendment to delay the timetable for Defendants' anticipated motion for summary judgment or any trial of any issues (if all claims are not disposed of on summary judgment).

ASHBY & GEDDES

/s/ Carolyn S. Hake (#3839)

---

Lawrence C. Ashby (#468)
Philip Trainer, Jr. (#2788)
Carolyn S. Hake (#3839)
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE 19899
(302) 654-1888
lashby@ashby-geddes.com
ptrainer@ashby-geddes.com
chake@ashby-geddes.com

OF COUNSEL:
Bradley I. Ruskin
Jennifer R. Scullion
Proskauer Rose LLP
1585 Broadway
New York, NY 10036

*Attorneys for ATP Tour, Inc., et al.*

Dated: October 29, 2007

185394.1