IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| DEUTSCHER TENNIS BUND (GERMAN TENNIS FEDERATION) and ROTHENBAUM SPORTS GMBH, : : : : : Plaintiffs, : : v. : : ATP TOUR, INC., : Defendant. : | Civil Action No. 07-178 (GMS) |

---

## NOTICE OF DEPOSITION OF CARL UWE STEEB

PLEASE TAKE NOTICE that Defendant ATP Tour, Inc. will take the deposition by oral examination of Carl Uwe Steeb on November 1, 2007 at the offices of Ashby & Geddes, 500 Delaware Avenue, 8th Floor, Wilmington, Delaware 19801, or at such other time or location as is mutually agreeable. The deposition will begin at 8:30 a.m. and will continue day-to-day until completed.

The deposition will be conducted before a duly qualified notary public or other officer qualified to administer oaths, will be recorded stenographically, will be videotaped, and will be taken for the purposes of discovery and for any other purposes authorized by the Federal Rules of Civil Procedure. You are invited to attend and participate.

Dated: October 31, 2007

        ASHBY & GEDDES

        */s/ Carolyn S. Hake (#3839)*
        _____
        Lawrence C. Ashby (I.D. #468)
        Philip Trainer, Jr. (I.D. #2788)
        Carolyn Hake (I.D. #3839)
        500 Delaware Avenue, 8th Floor
        P.O. Box 1150
        Wilmington, Delaware 19899
        302-654-1888
        lashby@ashby-geddes.com
        ptrainer@ashby-geddes.com
        chake@ashby-geddes.com


        PROSKAUER ROSE LLP
        Bradley I. Ruskin
        Jennifer R. Scullion
        1585 Broadway
        New York, NY  10036-8299
        Phone: (212) 969-3000

        *Attorneys for Defendants*

185470.1