IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------X
DEUTSCHER TENNIS BUND (GERMAN  :
TENNIS FEDERATION) and ROTHENBAUM : Civil Action No.   07-0178 (GMS)
SPORTS GMBH,                   :
                               :
            Plaintiffs,        :
                               :
      against                  :
                               :
ATP TOUR, INC., JOHN DOE 1, JOHN DOE 2, :
JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, :
JOHN DOE 6, JOHN DOE 7, JOHN DOE 8, :
JOHN DOE 9,                    :
                               :
            Defendants.        :
------------------------------X

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 2nd day of November 2007, **DEFENDANT ATP TOUR, INC.S' FIRST SET OF INTERROGATORIES TO PLAINTIFFS** were served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| C. Barr Flinn, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | <u>VIA ELECTRONIC MAIL & HAND DELIVERY</u> |
| Robert D. MacGill, Esquire<br>Hamish S. Cohen, Esquire<br>Barnes & Thornburg LLP<br>11 South Meridian Street<br>Indianapolis, Indiana 46204 | <u>VIA ELECTRONIC MAIL</u> |

Dated: November 3, 2007        ASHBY & GEDDES

/s/ *Carolyn S. Hake*

Lawrence C. Ashby (I.D. #468)
Philip Trainer, Jr. (I.D. #2788)
Carolyn Hake (I.D. #3839)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
302-654-1888
lashby@ashby-geddes.com
ptrainer@ashby-geddes.com
chake@ashby-geddes.com

PROSKAUER ROSE LLP
Bradley I. Ruskin
Colin A. Underwood
Jennifer R. Scullion
Jordan B. Leader
1585 Broadway
New York, NY 10036-8299
Phone: (212) 969-3000

*Attorneys for Defendants*

185572.1