IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEUTSCHER TENNIS BUND et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-178 |
| | ) | |
| ATP TOUR, INC. et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

WHEREAS, on October 9, 2007, the court conducted a discovery teleconference with the parties in the above-captioned case;

WHEREAS, the court directed the parties to file letter briefs with citation to authority regarding the production of certain settlement documents;

WHEREAS, on October 12, 2007, the plaintiffs filed a letter brief (D.I. 43) supporting their request for *in-camera* review and subsequent production of draft documents and communications from the defendant ATP Tour, Inc. ("ATP") in relation to its settlement with a former plaintiff to the case;

WHEREAS, on October 17, 2007, ATP filed a letter brief (D.I. 46) opposing the plaintiffs' request;

WHEREAS, Federal Rule of Evidence 408(a) prohibits the use of settlement agreements and discussions to prove liability;[1]

---

[1] *See* Fed. R. Evid. 408(a)

WHEREAS, courts in the Third Circuit have required a "more particularized showing" to compel production of settlement negotiation documents;[2] and

WHEREAS, after having considered the parties' submissions on the issue (D.I. 43, 46), the court concludes that the plaintiffs have not made the required showing;

IT IS HEREBY ORDERED that:

1. The plaintiffs' letter request for *in-camera* review and subsequent production of draft documents and communications in relation to ATP's settlement with a former plaintiff (D.I. 43) is DENIED.

Dated: November 7, 2007                               /s/ Gregory M. Sleet
                                                      CHIEF, UNITED STATES DISTRICT JUDGE

---

[2] *See Block Drug Co., Inc. v. Sedona Labs., Inc.*, No. Civ. A. 06-350, 2007 WL 1183828, at * 1 (D. Del. Apr. 19, 2007) ("Courts in this circuit and others, to effectuate the goals of both rules, have required a more 'particularized showing' that the evidence sought is relevant and calculated to lead to the discovery of admissible evidence.") (citations omitted).