IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEUTSCHER TENNIS BUND (GERMAN TENNIS FEDERATION) and ROTHEMBAUM SPORTS GMBH, <br><br> Plaintiffs, <br><br> v. <br><br> ATP TOUR, INC., JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, JOHN DOE 6, JOHN DOE 7, JOHN DOE 8 and JOHN DOE 9, <br><br> Defendants. | C.A. No. 07-178-GMS |

## PLAINTIFFS' NOTICE OF DEPOSITION OF PETER LAWLER

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs Deutscher Tennis Bund (German Tennis Federation), Rothenbaum Sports GMBH, and Qatar Tennis Federation (collectively, the "Plaintiffs") will take the deposition by oral examination of Peter Lawler for all purposes recognized under the Federal Rules of Civil Procedure on November 19, 2007, at the offices of Barnes & Thornburg LLP, 750 17th Street N.W., Suite 900, Washington, District of Columbia 20006-4675, or as otherwise agreed. The deposition will commence at 9 a.m. or at such other time agreed upon by counsel and will continue day-to-day until completed. The deposition will be taken before an officer authorized

to administer oaths and will be recorded by stenographical means and by videotape. You are hereby noticed and invited to attend and participate.

Dated: November 9, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
C. Barr Flinn (No. 4092)
Chad S.C. Stover (No. 4919)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6692
bflinn@ycst.com
cstover@ycst.com

*Attorneys for Deutscher Tennis Bund (the German Tennis Federation) and the Rothenbaum Sports GMBH*

OF COUNSEL:
Robert D. MacGill
Hamish S. Cohen
Jennifer W. Adams
Matthew Barr
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
(317) 236-1313

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 9, 2007 he caused a copy of the foregoing document to be served upon the following counsel in the manner indicated:

### BY CM/ECF, E-MAIL AND HAND DELIVERY

Lawrence C. Ashby, Esquire
Philip Trainer, Jr., Esquire
Carolyn Hake, Esquire
Ashby & Geddes
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

### BY E-MAIL

Bradley I. Ruskin, Esquire
Jennifer R. Scullion, Esquire
Proskauer Rose
1585 Broadway
New York, NY 10036

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ Chad S.C. Stover_
Chad S.C. Stover (No. 4919)