IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEUTSCHER TENNIS BUND (GERMAN TENNIS FEDERATION), ROTHENBAUM SPORT GMBH, and QATAR TENNIS FEDERATION,<br><br>          Plaintiffs,<br><br>    v.<br><br>ATP TOUR, INC., ETIENNE DE VILLIERS, CHARLES PASARELL, GRAHAM PEARCE, JACCO ELTINGH, PERRY ROGERS, and IGGY JOVANOVIC,<br><br>          Defendants. | C.A. No. 07-178-GMS |

### PLAINTIFFS' NOTICE
### TO TAKE THE DEPOSITION OF GEORGE CIZ

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs Deutscher Tennis Bund (German Tennis Federation), Rothenbaum Sport GmbH, and the Qatar Tennis Federation will take the deposition by oral examination of George Ciz on November 21, 2007, at the offices of Sidley Austin, 787 Seventh Avenue, New York, NY, or as otherwise agreed. The deposition will commence at 9 a.m., or at such other time agreed upon by counsel, and will continue day-to-day until completed.

The deposition will be taken before an officer authorized to administer oaths and will be recorded by stenographical means and by videotape. You are hereby noticed and invited to attend and participate.

                /s/
C. Barr Flinn (No. 4092)
Chad S.C. Stover (No. 4919)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
bflinn@ycst.com
cstover@ycst.com

*Attorneys for Deutscher Tennis Bund and Rothenbaum Sports GMBH*

Of Counsel:

Robert D. MacGill
Hamish S. Cohen
Jennifer Westerhaus Adams
Matthew B. Barr
Barnes &Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204

Dated: November 13, 2007

## CERTIFICATE OF SERVICE

I, Chad S.C. Stover, hereby certify that on, November 13, 2007, copies of the foregoing document have been served on the following counsel in the manner indicated below:

### BY E-MAIL AND HAND DELIVERY

Lawrence C. Ashby
Philip Trainer, Jr.
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE 19899
(302) 654-1888
lashby@ashby-geddes.com
ptrainer@ashby-geddes.com

### BY E-MAIL AND U.S. MAIL

Bradley I. Ruskin
Jennifer R. Scullion
Proskauer Rose
1585 Broadway
New York, NY 10036

_____
Chad S.C. Stover (No. 4919)