IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------X
DEUTSCHER TENNIS BUND (GERMAN
TENNIS FEDERATION) and ROTHENBAUM  :  Civil Action No. 07-0178-GMS
SPORTS GMBH,
              Plaintiffs,
      against
ATP TOUR, INC., JOHN DOE 1, JOHN DOE 2,
JOHN DOE 3, JOHN DOE 4, JOHN DOE 5,
JOHN DOE 6, JOHN DOE 7, JOHN DOE 8,
JOHN DOE 9,
              Defendants.
------------------------------X

## CROSS-NOTICE OF DEPOSITION OF BUTCH BUCHHOLZ

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, and the agreements of the parties, Defendant ATP Tour, Inc. will take the deposition by oral examination of Butch Buchholz on November 16, 2007 at White & Case, LLP, 4900 Wachovia Financial Center, 200 South Biscayne Boulevard, Miami, Florida 33131, or at such other time or location as is mutually agreeable. The deposition will begin at 9:00 a.m. and will continue day-to-day until completed.

The deposition will be conducted before a duly qualified notary public or other officer qualified to administer oaths, will be recorded stenographically, will be videotaped, and will be taken for the purposes of discovery and for any other purposes authorized by the Federal Rules of Civil Procedure. You are invited to attend and participate.

Dated: November 15, 2007

        ASHBY & GEDDES

        */s/ Carolyn S. Hake*

        _____
        Lawrence C. Ashby (I.D. #468)
        Philip Trainer, Jr. (I.D. #2788)
        Carolyn S. Hake (I.D. #3839)
        500 Delaware Avenue, 8th Floor
        P.O. Box 1150
        Wilmington, Delaware 19899
        302-654-1888
        lashby@ashby-geddes.com
        ptrainer@ashby-geddes.com
        chake@ashby-geddes.com

        OF COUNSEL:

        PROSKAUER ROSE LLP
        Bradley I. Ruskin
        Jennifer R. Scullion
        Evan S. Greene
        1585 Broadway
        New York, NY 10036-8299
        Phone: (212) 969-3000

        *Attorneys for Defendants*

185899.1