IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------X
DEUTSCHER TENNIS BUND (GERMAN  :
TENNIS FEDERATION) and ROTHENBAUM : Civil Action No.  07-0178-GMS
SPORTS GMBH,                  :
                              :
            Plaintiffs,       :
                              :
    against                   :
                              :
ATP TOUR, INC., JOHN DOE 1, JOHN DOE 2, :
JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, :
JOHN DOE 6, JOHN DOE 7, JOHN DOE 8, :
JOHN DOE 9,                   :
                              :
            Defendants.       :
------------------------------------X

## CROSS-NOTICE OF DEPOSITION OF PETER LAWLER

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, and the agreements of the parties, Defendant ATP Tour, Inc. will take the deposition by oral examination of Peter Lawler on November 19, 2007 at Barnes & Thornburg LLP, 750 17th Street, N.W., Suite 900, Washington, D.C., or at such other time or location as is mutually agreeable.  The deposition will begin at 9:00 a.m. and will continue day-to-day until completed.

The deposition will be conducted before a duly qualified notary public or other officer qualified to administer oaths, will be recorded stenographically, will be videotaped, and will be taken for the purposes of discovery and for any other purposes authorized by the Federal Rules of Civil Procedure.  You are invited to attend and participate.

Dated: November 15, 2007

                    ASHBY & GEDDES

                    */s/ Carolyn S. Hake*

                    ―――――――――――――――
                    Lawrence C. Ashby (I.D. #468)
                    Philip Trainer, Jr. (I.D. #2788)
                    Carolyn S. Hake (I.D. #3839)
                    500 Delaware Avenue, 8th Floor
                    P.O. Box 1150
                    Wilmington, Delaware 19899
                    302-654-1888
                    lashby@ashby-geddes.com
                    ptrainer@ashby-geddes.com
                    chake@ashby-geddes.com

                    OF COUNSEL:

                    PROSKAUER ROSE LLP
                    Bradley I. Ruskin
                    Jennifer R. Scullion
                    Evan S. Greene
                    1585 Broadway
                    New York, NY 10036-8299
                    Phone: (212) 969-3000

                    *Attorneys for Defendants*

185896.1