IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| DEUTSCHER TENNIS BUND (GERMAN TENNIS FEDERATION), ROTHENBAUM SPORT GMBH, and QATAR TENNIS FEDERATION,<br><br>Plaintiffs,<br><br>v.<br><br>ATP TOUR, INC., ETIENNE DE VILLIERS, CHARLES PASARELL, GRAHAM PEARCE, JACCO ELTINGH, PERRY ROGERS, and IGGY JOVANOVIC,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 07-178-GMS |

**PLAINTIFFS' AMENDED NOTICE OF DEPOSITION OF PETER LAWLER**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs Deutscher Tennis Bund (German Tennis Federation), Rothenbaum Sport GmbH, and Qatar Tennis Federation (collectively, the "Plaintiffs") will take the deposition by oral examination of Peter Lawler for all purposes recognized under the Federal Rules of Civil Procedure on November 19, 2007, at the offices of Hogan & Hartson LLP, 555 Thirteenth Street NW, Washington, DC 20004, or as otherwise agreed. The deposition will commence at 10 a.m. or at such other time agreed upon by counsel and will continue day-to-day until completed. The

deposition will be taken before an officer authorized to administer oaths and will be recorded by stenographical means and by videotape. You are hereby noticed and invited to attend and participate.

                                    YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                    /s/
                                    C. Barr Flinn (No. 4092)
                                    Chad S.C. Stover (No. 4919)
                                    The Brandywine Building
                                    1000 West Street, 17th Floor
                                    Wilmington, DE 19801
                                    (302) 571-6692
                                    bflinn@ycst.com
                                    cstover@ycst.com

                                    *Attorneys for Deutscher Tennis Bund (the German Tennis Federation), Rothenbaum Sports GmbH, and Qatar Tennis Federation*

OF COUNSEL:
Robert D. MacGill
Hamish S. Cohen
Jennifer W. Adams
Matthew Barr
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
(317) 236-1313

Daniel Gravelyn
300 Ottawa Avenue N.W.
Suite 500
Grand Rapids, Michigan 49503
(616) 742-3930

Dated: November 15, 2007

## CERTIFICATE OF SERVICE

I, Chad S.C. Stover, hereby certify that November 15, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Lawrence C. Ashby, Esquire
> Philip Trainer, Jr., Esquire
> Carolyn Hake, Esquire
> Ashby & Geddes
> 500 Delaware Avenue
> P.O. Box 1150
> Wilmington, DE 19899

I further certify that on November 15, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

**BY E-MAIL**

> Bradley I. Ruskin, Esquire
> Jennifer R. Scullion, Esquire
> PROSKAUER ROSE
> 1585 Broadway
> New York, NY 10036

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Chad S. C. Stover*
C. Barr Flinn (No. 4092)
Chad S.C. Stover (No. 4919)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
cstover@ycst.com

*Attorneys for Deutscher Tennis Bund (the German Tennis Federation) and the Rothenbaum Sports GMBH.*