# YOUNG CONAWAY STARGATT & TAYLOR, LLP

CHAD S. C. STOVER
DIRECT DIAL: 302-571-5018
DIRECT FAX: 302-576-3457
cstover@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

November 16, 2007

**BY ELECTRONIC FILING**

The Honorable Gregory M. Sleet, Chief Judge
United States District Court
for the District of Delaware
844 North King Street
Lockbox 19
Wilmington, Delaware 19801

Re:   *Deutscher Tennis Bund, et al. v. ATP Tour, Inc. et al.,*
      C.A. No. 07-178-GMS

Dear Judge Sleet:

In anticipation of the discovery teleconference scheduled for Tuesday, November 20, 2007, at 3:30 p.m. (EST) in the above matter, the parties jointly submit the following items to be presented to the Court:

Plaintiffs' Issues:

1. Whether an extension of the Courts' scheduling order deadlines relating to expert reports and discovery is appropriate given that the Defendants have yet to provide requested, expert-related discovery including, *inter alia*, the production of the non-privileged documents or the supplementation of their document production, as previously discussed with the Court, and the deposition of key Defense-controlled witnesses essential to the completion and production of expert reports.

2. Whether the Defendants should produce requested, responsive, relevant e-mail and business documents in the possession of the Defendants and the ATP's key officers relating to the development and implementation of the Brave New World at least seven days prior to the depositions of "Key Players" Flip Galloway, Etienne de Villiers, Mark Young and Charles Pasarell, including *inter alia*, these individuals' own documents and e-mails relating to the subject matter of this litigation and created, modified or obtained since May 2007 as part of the Defendants' ongoing implementation of the Brave New World plan.

Y<small>OUNG</small> C<small>ONAWAY</small> S<small>TARGATT</small> & T<small>AYLOR</small>, LLP
Wilmington, Delaware 19801
November 16, 2007
Page 2

3. Whether the Defendants should make ATP officers Silva, Anderton and Anson available for deposition.

4. Whether the Defendants should provide a designee for a Rule 30(b)(6) deposition properly noticed for Wednesday, November 21, 2007.

5. Whether the Defendants should cooperate and provide dates for the depositions of the ATP's agents at Deloitte & Touche, BrandDriver and Comperio Research.

6. Whether the Defendants should reopen depositions upon the Defendants' supplementation of their document production with material documents relevant to the prior testimony of an ATP-controlled witness.

Defendants' Issues:

1. Whether Plaintiffs failed to properly preserve potentially responsive documents, including emails, and destroyed emails after the litigation commenced.

2. Whether Plaintiffs properly searched for, gathered, and produced both electronic and hard-copy responsive documents from their files and the files of agents under their control, including the files of Messrs. Schroetter and Steeb and of the DTB accounting/finance department.

3. Whether Plaintiffs should provide a designee for a Rule 30(b)(6) deposition with respect to the new QTF Plaintiff within the fact discovery period.

4. Whether Plaintiffs should be permitted to schedule or demand depositions beyond the fact discovery deadline without consent.

5. Whether Plaintiffs should produce their tournament director, Mr. Steeb, for the continuation of a single day of deposition after the production of his documents (none of which had been produced at the time of the initial session of the deposition).

Respectfully submitted,

*[signature]*

Chad S.C. Stover (No. 4919)

CSC:cac

DB02:6378447.1                                                                  066145.1001

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Wilmington, Delaware 19801
November 16, 2007
Page 3

cc: Clerk of the Court (by electronic filing/hand delivery)
    Lawrence C. Ashby, Esquire
    Philip Trainer, Jr., Esquire (by electronic filing/hand delivery)
    Bradley R. Ruskin, Esquire
    Jennifer R. Scullion, Esquire
    Robert D. MacGill, Esquire
    Hamish S. Cohen, Esquire
    C. Barr Flinn, Esquire