IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------- X
DEUTSCHER TENNIS BUND (GERMAN
TENNIS FEDERATION), ROTHENBAUM     :   Civil Action No.  07-0178-GMS
SPORTS GMBH, and QATAR TENNIS      :
FEDERATION,                        :
                                   :
            Plaintiffs,            :
                                   :
    against                        :
                                   :
ATP TOUR, INC., ETIENNE DE VILLIERS, :
CHARLES PASARELL, GRAHAM PEARCE,   :
JACCO ELTINGH, PERRY ROGERS, and IGGY :
JOVANOVIC,                         :
                                   :
            Defendants.            :
------------------------------------- X

## DEFENDANTS' AMENDED CROSS-NOTICE OF DEPOSITION OF PETER LAWLER

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, and the agreements of the parties, Defendant ATP Tour, Inc. will take the deposition by oral examination of Peter Lawler on November 19, 2007 at the offices of Hogan & Hartson LLP, 555 Thirteenth Street NW, Washington, DC 20004, or at such other time or location as is mutually agreeable.  The deposition will begin at 10:00 a.m. and will continue day-to-day until completed.

The deposition will be conducted before a duly qualified notary public or other officer qualified to administer oaths, will be recorded stenographically, will be videotaped, and will be taken for the purposes of discovery and for any other purposes authorized by the Federal Rules of Civil Procedure.  You are invited to attend and participate.

Dated: November 16, 2007

                                      ASHBY & GEDDES

                                      */s/ Carolyn S. Hake*

                                      _____
Lawrence C. Ashby (I.D. #468)
Philip Trainer, Jr. (I.D. #2788)
Carolyn S. Hake (I.D. #3839)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
302-654-1888
lashby@ashby-geddes.com
ptrainer@ashby-geddes.com
chake@ashby-geddes.com

OF COUNSEL:

PROSKAUER ROSE LLP
Bradley I. Ruskin
Jennifer R. Scullion
Evan S. Greene
1585 Broadway
New York, NY 10036-8299
Phone: (212) 969-3000

*Attorneys for Defendants*

185950.1