IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEUTSCHER TENNIS BUND (GERMAN TENNIS FEDERATION), ROTHENBAUM SPORT GMBH, and QATAR TENNIS FEDERATION,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>ATP TOUR, INC., ETIENNE DE VILLIERS, CHARLES PASARELL, GRAHAM PEARCE, JACCO ELTINGH, PERRY ROGERS, and IGGY JOVANOVIC,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　C.A. No. 07-178-GMS<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 16, 2007, copies of the *(1) Plaintiffs' First Set of Requests for Production of Documents and First Set of Interrogatories Directed to Defendant Iggy Jovanovic, (2) Plaintiffs' First Set of Requests for Production of Documents and First Set of Interrogatories Directed to Defendant Jacco Eltingh, (3) Plaintiffs' First Set of Requests for Production of Documents and First Set of Interrogatories Directed to Defendant Perry Rogers, (4) Plaintiffs' First Set of Requests for Production of Documents and First Set of Interrogatories Directed to Defendant Graham Pearce, (5) Plaintiffs' First Set of Requests for Production of Documents and First Set of Interrogatories Directed to Defendant Etienne de Villiers and (6) Plaintiffs' First Set of Requests for Production of Documents and First Set of Interrogatories Directed to Defendant Charles Pasarell* were served upon the following counsel of record in the manner indicated:

**BY HAND DELIVERY & E-MAIL**

Lawrence C. Ashby, Esquire
Philip Trainer, Jr., Esquire
Carolyn Hake, Esquire
Ashby & Geddes
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

**BY FEDERAL EXPRESS & E-MAIL**

Bradley I. Ruskin, Esquire
Jennifer R. Scullion, Esquire
PROSKAUER ROSE
1585 Broadway
New York, NY 10036


Additionally, I hereby certify that on November 19, 2007, I caused this Notice of Service to be electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel in the manner indicated:

**BY CM/ECF, E-MAIL AND HAND DELIVERY**

Lawrence C. Ashby, Esquire
Philip Trainer, Jr., Esquire
Carolyn Hake, Esquire
Ashby & Geddes
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

**BY E-MAIL**

Bradley I. Ruskin, Esquire
Jennifer R. Scullion, Esquire
PROSKAUER ROSE
1585 Broadway
New York, NY 10036

          YOUNG CONAWAY STARGATT & TAYLOR, LLP

          _/s/_____
          C. Barr Flinn (No. 4092)
          Chad S.C. Stover (No. 4919)
          The Brandywine Building
          1000 West Street, 17th Floor
          Wilmington, DE 19801
          (302) 571-6692
          bflinn@ycst.com
          cstover@ycst.com

          *Attorneys for Deutscher Tennis Bund (the German Tennis Federation) and the Rothenbaum Sports GMBH*

OF COUNSEL:

Robert D. MacGill
Hamish S. Cohen
Jennifer W. Adams
Matthew B. Barr
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204

Dated: November 19, 2007