IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEUTSCHER TENNIS BUND (GERMAN TENNIS FEDERATION), ROTHENBAUM SPORT GMBH, and QATAR TENNIS FEDERATION, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 07-178-GMS ) ) |
| ATP TOUR, INC., ETIENNE DE VILLIERS, CHARLES PASARELL, GRAHAM PEARCE, JACCO ELTINGH, PERRY ROGERS, and IGGY JOVANOVIC, | ) ) ) ) ) |
| Defendants. | ) ) |

**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF COORDINATED SCHEDULING ORDER DEADLINES**

WHEREAS, the Court's Scheduling Order (D.I. 21), entered on July 13, 2007, established deadlines for the conclusion of fact discovery, the beginning and conclusion of expert discovery, and the briefing and filing of dispositive motions, which deadlines have not yet passed;

WHEREAS, on September 25, 2007, by Oral Order, the Court modified those deadlines by granting the parties' Joint Stipulation for Extension of Coordinated Scheduling Order Deadlines (D.I. 38);

WHEREAS, the Court held a hearing on November 20, 2007, and ordered the parties to submit a proposed order extending the deadline for the conclusion of fact discovery to December

17, 2007, along with minor adjustments to the schedule;

Counsel for the parties have met and conferred, and stipulate and agree that, subject to the Court's approval, certain of the deadlines in the Coordinated Scheduling Order shall be extended as follows:

|  | CURRENT | NEW |
|---|---|---|
| Fact Discovery Ends | December 3, 2007 | December 17, 2007 |
| Expert Discovery Begins | December 10, 2007 | January 7, 2008 |
| Damages Expert Reports Due |  | January 7, 2008 |
| All Other Expert Reports Due |  | January 14, 2008 |
| Plaintiffs Serve Responsive Expert Reports |  | January 25, 2008 |
| Defendants Serve Responsive Expert Reports |  | January 28, 2008 |
| All Reply Expert Reports Due |  | February 1, 2008 |
| Expert Discovery Ends | January 18, 2008 | February 15, 2008 |
| Letter briefing on Motion for Summary Judgment due | January 21, 2008 | February 1, 2008 |
| Opposition letter on Motion for Summary Judgment due | February 1, 2008 | February 8, 2008 |
| Reply Letter on Motion for Summary Judgment due | February 8, 2008 | February 15, 2008 |
| Status Conference regarding Motion for Summary Judgment | February 11, 2008 |  |
| Dispositive Motions | February 25, 2008 |  |

All other dates shall remain the same.

Consistent with Local Rule 16.4, by signing below counsel respectively certify that a copy of this stipulation and proposed order has been forwarded to each of their clients.

Dated November 26, 2007.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ C. Barr Flinn
C. Barr Flinn
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
bflinn@ycst.com

Robert D. MacGill
Hamish S. Cohen
Jennifer W. Adams
Matthew Barr
Barnes &Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204

ASHBY & GEDDES

/s/ Philip Trainer, Jr.
Lawrence C. Ashby
Philip Trainer, Jr.
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE 19899
(302) 654-1888
ptrainer@ashby-geddes.com

Bradley I. Ruskin
Jennifer R. Scullion
Proskauer Rose
1585 Broadway
New York, NY 10036

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge

3