IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEUTSCHER TENNIS BUND (GERMAN TENNIS FEDERATION), ROTHENBAUM SPORT GMBH, and QATAR TENNIS FEDERATION, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 07-178-GMS |
| ATP TOUR, INC., ETIENNE DE VILLIERS, CHARLES PASARELL, GRAHAM PEARCE, JACCO ELTINGH, PERRY ROGERS, and IGGY JOVANOVIC, | ) ) ) ) ) | |
| Defendants. | ) | |

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, Plaintiffs filed a Motion For Leave To Amend Complaint (D.I. 45) on October 15, 2007;

WHEREAS, the Court granted Plaintiffs' Motion For Leave To Amend Complaint on November 11, 2007;

WHEREAS, the Amended Complaint in this action now includes several individual defendants in place of the previous "John Doe" defendants as well as an additional plaintiff, Qatar Tennis Federation; and

WHEREAS, the previous caption in this case read as follows:

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEUTSCHER TENNIS BUND (GERMAN TENNIS FEDERATION) and ROTHENBAUM SPORT GMBH, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 07-178 (GMS) |
| ATP TOUR, INC., JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, JOHN DOE 6, JOHN DOE 7, JOHN DOE 8 and JOHN DOE 9, | ) ) ) ) ) | |
| Defendants. | ) | |

Counsel for the parties stipulate and agree that, subject to the Court's approval, the caption of the case going forward will be as follows:

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DEUTSCHER TENNIS BUND (GERMAN )
TENNIS FEDERATION), ROTHENBAUM )
SPORT GMBH, and QATAR TENNIS )
FEDERATION, )
    )
    )
               Plaintiffs, )
    )
   v.     )   C.A. No. 07-178-GMS
    )
ATP TOUR, INC., ETIENNE DE VILLIERS, )
CHARLES PASARELL, GRAHAM PEARCE, )
JACCO ELTINGH, PERRY ROGERS, and IGGY )
JOVANOVIC, )
    )
            Defendants. )

Dated:  November 27, 2007

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*/s/ C. Barr Flinn*
C. Barr Flinn (No. 4092)
Chad S.C. Stover (No. 4919)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801
(302) 571-6600
bflinn@ycst.com

Robert D. MacGill
Hamish S. Cohen
Barnes &Thornburg LLP
11 South Meridian Street
Indianapolis, IN  46204

ASHBY & GEDDES

*/s/ Philip Trainer, Jr.*
Lawrence C. Ashby (No. 468)
Philip Trainer, Jr. (No. 2788)
500 Delaware Avenue, 8th Floor
Wilmington, DE  19899
(302) 654-1888
ptrainer@ashby-geddes.com

Bradley I. Ruskin
Jennifer R. Scullion
Proskauer Rose
1585 Broadway
New York, NY  10036

SO ORDERED this _____ day of _____, 2007.


_____
            United States District Judge

3