IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEUTSCHER TENNIS BUND (GERMAN TENNIS FEDERATION), ROTHENBAUM SPORT GMBH, and QATAR TENNIS FEDERATION,<br><br>        Plaintiffs,<br><br>    v.<br><br>ATP TOUR, INC., ETIENNE DE VILLIERS, CHARLES PASARELL, GRAHAM PEARCE, JACCO ELTINGH, PERRY ROGERS, and IGGY JOVANOVIC,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 07-178-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' NOTICE TO TAKE DEPOSITION OF PHIL ANDERTON

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs Deutscher Tennis Bund (German Tennis Federation), Rothenbaum Sports GmbH, and Qatar Tennis Federation will take the deposition by oral examination of Phil Anderton on December 7, 2007, at the offices of Sidley Austin, 787 Seventh Avenue, New York, NY, or as otherwise agreed. The deposition will commence at 9 a.m., or at such other time agreed upon by counsel, and will continue day-to-day until completed.

The deposition will be taken before an officer authorized to administer oaths and will be recorded by stenographical means and by videotape. You are hereby noticed and invited to attend and participate.

                                                                        YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                                                        /s/ *Karen E. Keller*
                                                                        C. Barr Flinn (No. 4092)
                                                                        Karen E. Keller (No. 4489)
                                                                        Chad S.C. Stover (No. 4919)
                                                                        The Brandywine Building
                                                                        1000 West Street, 17th Floor
                                                                        Wilmington, DE 19801
                                                                        (302) 571-6692
                                                                        bflinn@ycst.com
                                                                        kkeller@ycst.com
                                                                        cstover@ycst.com

                                                                        *Attorneys for Deutscher Tennis Bund (the German Tennis Federation,)Rothenbaum Sports GMBH and Qatar Tennis Federation*

OF COUNSEL:

Robert D. MacGill
Hamish S. Cohen
Jennifer W. Adams
Matthew B. Barr
Barnes &Thornburg LLP
11 South Meridian Street
Indianapolis, IN  46204

Dated:  November 30, 2007

**CERTIFICATE OF SERVICE**

I, Karen E. Keller, hereby certify that November 30, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Lawrence C. Ashby, Esquire
>Philip Trainer, Jr., Esquire
>Carolyn Hake, Esquire
>Ashby & Geddes
>500 Delaware Avenue
>P.O. Box 1150
>Wilmington, DE 19899

I further certify that on November 30, 2007, I caused a copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel of record and on the following in the manner indicated:

>**BY E-MAIL**
>
>Bradley I. Ruskin, Esquire
>Jennifer R. Scullion, Esquire
>PROSKAUER ROSE
>1585 Broadway
>New York, NY 10036

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ *Karen E. Keller*
>C. Barr Flinn (No. 4092)
>Karen E. Keller (No. 4489)
>Chad S.C. Stover (No. 4919)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>(302) 571-6600
>kkeller@ycst.com
>
>*Attorneys for Plaintiffs*