AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

**DISTRICT OF**         DELAWARE

DEUTSCHER TENNIS BUND (GERMAN
TENNIS FEDERATION), ROTHENBAUM
SPORT GMBH, and QATAR TENNIS
FEDERATION,

           Plaintiff(s),

     **V.**

ATP TOUR, INC., ETIENNE DE VILLIERS,
CHARLES PASARELL, GRAHAM PEARCE,
JACCO ELTINGH, PERRY ROGERS, and
IGGY JOVANOVIC,

           Defendant(s).

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-178 GMS

TO:    ETIENNE DE VILLIERS
       C/O Lawrence C. Ashby, Esquire
       Philip Trainer, Jr., Esquire
       Carolyn Hake, Esquire
       Ashby & Geddes
       500 Delaware Avenue
       P.O. Box 1150
       Wilmington, DE 19899

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

       C. Barr Flinn, Esquire (#4092)
       Chad S.C. Stover, Esquire (#4919)
       Young Conaway Stargatt & Taylor, LLP
       The Brandywine Building
       1000 West Street, 17th Floor
       P. O. Box 391
       Wilmington, DE 19899-0391

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded
in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after
service.

PETER T. DALLEO

CLERK

_11/16/07_

DATE

_E. Strickln_

(BY) DEPUTY CLERK

AO 440 (Rev 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE  11/16/2007 |
| NAME OF SERVER (*PRINT*)  Lilly Van Dyk | TITLE  Special Process Server |

*Check one box below to indicate appropriate method of service*

☐    Served personally upon the defendant.  Place where served: _____

_____

☐    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.  Name of person with whom the summons and complaint were left: _____

_____

☐    Returned unexecuted: _____

_____

_____

☒    Other (specify):  PERSONALLY SERVED ETIENNE DE VILLERS C/O LAWRENCE C. ASHBY, ESQ PHILIP TRAINER, JR. ESQ CAROLYN HAKE, ESQ, AT ASHBY GEDDES, 500 DEL. AVE. WILM DE 19899 AT 8:17PM PERSON ACCEPTING : RHONDA GAMORY

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.<br><br>Executed on ___11/16/2007___    *Lilly VanDyk*<br>       Date                         Signature of Server<br><br><br><br>           230 N Market St. Wilmington, DE<br>                 Address of Server |

[1]   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.