AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF      DELAWARE

DEUTSCHER TENNIS BUND (GERMAN TENNIS FEDERATION), ROTHENBAUM SPORT GMBH, and QATAR TENNIS FEDERATION,

        Plaintiff(s),

V.

ATP TOUR, INC., ETIENNE DE VILLIERS, CHARLES PASARELL, GRAHAM PEARCE, JACCO ELTINGH, PERRY ROGERS, and IGGY JOVANOVIC,

        Defendant(s).

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-178 GMS

TO:    PERRY ROGERS
        C/O Lawrence C. Ashby, Esquire
        Philip Trainer, Jr., Esquire
        Carolyn Hake, Esquire
        Ashby & Geddes
        500 Delaware Avenue
        P.O. Box 1150
        Wilmington, DE 19899

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

        C. Barr Flinn, Esquire (#4092)
        Chad S.C. Stover, Esquire (#4919)
        Young Conaway Stargatt & Taylor, LLP
        The Brandywine Building
        1000 West Street, 17th Floor
        P. O. Box 391
        Wilmington, DE 19899-0391

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO          11/16/07

CLERK          DATE

*E Stricklin*

(BY) DEPUTY CLERK

DB02:5872239.1          066145.1001

AO 440 (Rev 10/93) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 11/16/2007 |
| NAME OF SERVER (PRINT) Lilly Van Dyk | TITLE Special Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): PERSONALLY SERVED PERRY ROGERS C/O LAWRENCE C. ASHBY, ESQ, PHILIP TRAINER, JR, ESQ, CAROLYN HAKE, ESQ, AT ASHBY GEDDES, 500 DELAWARE AVE, WILM DE 19899 AT 8:17 PM PERSON ACCEPTING: RHONDA GAMORY

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/16/2007            *Lilly Van Dyk*
              Date                  Signature of Server

230 N Market St. Wilmington, DE
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.