IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEUTSCHER TENNIS BUND (GERMAN TENNIS FEDERATION), ROTHENBAUM SPORT GMBH, and QATAR TENNIS FEDERATION,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ATP TOUR, INC., ETIENNE DE VILLIERS, CHARLES PASARELL, GRAHAM PEARCE, JACCO ELTINGH, PERRY ROGERS, and IGGY JOVANOVIC,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　C.A. No. 07-178-GMS<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 3, 2007, copies of the *(1) Plaintiffs' Notice to Take Deposition of Charles Pasarell on December 10-11, 2007* were served upon the following counsel of record in the manner indicated:

**BY US MAIL & E-MAIL**

| | |
|---|---|
| Lawrence C. Ashby, Esquire<br>Philip Trainer, Jr., Esquire<br>Carolyn Hake, Esquire<br>Ashby & Geddes<br>500 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE 19899 | Bradley I. Ruskin, Esquire<br>Jennifer R. Scullion, Esquire<br>PROSKAUER ROSE<br>1585 Broadway<br>New York, NY 10036 |

Additionally, I hereby certify that on December 4, 2007, I caused this Notice of Service to be electronically filed with the Clerk of the Court using CM/ECF and served upon the

following counsel in the manner indicated:

**BY CM/ECF, E-MAIL AND HAND DELIVERY**

Lawrence C. Ashby, Esquire
Philip Trainer, Jr., Esquire
Carolyn Hake, Esquire
Ashby & Geddes
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

**BY E-MAIL**

Bradley I. Ruskin, Esquire
Jennifer R. Scullion, Esquire
PROSKAUER ROSE
1585 Broadway
New York, NY 10036

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        /s/ Barr Flinn
        _____
        C. Barr Flinn (No. 4092)
        Chad S.C. Stover (No. 4919)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, DE 19801
        (302) 571-6692
        bflinn@ycst.com
        cstover@ycst.com
        *Attorneys for Deutscher Tennis Bund (the German*
        *Tennis Federation), the Rothenbaum Sports GMBH,*
        *and Qatar Tennis Federation*

OF COUNSEL:

Robert D. MacGill
Hamish S. Cohen
Jennifer W. Adams
Matthew B. Barr
Barnes &Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204

Dated: December 4, 2007