IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------X
DEUTSCHER TENNIS BUND (GERMAN   :
TENNIS FEDERATION), ROTHENBAUM  :  C.A. No.  07-178 (GMS)
SPORT GMBH, and QATAR TENNIS    :
FEDERATION,                     :
                                :
              Plaintiffs,       :
                                :
       v.                       :
                                :
ATP TOUR, INC., ETIENNE DE VILLIERS,  :
CHARLES PASARELL, GRAHAM PEARCE,      :
JACCO ELTINGH, PERRY ROGERS, and IGGY :
JOVANOVIC,                            :
                                :
              Defendants.       :
------------------------------------X

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 12th day of December 2007, **DEFENDANT ATP TOUR, INC.'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' FIRST SET OF INTERROGATORIES** were served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| C. Barr Flinn, Esquire<br>Chad S.C. Stover, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | **VIA ELECTRONIC MAIL &<br>HAND DELIVERY** |
| Robert D. MacGill, Esquire<br>Hamish S. Cohen, Esquire<br>Barnes & Thornburg LLP<br>11 South Meridian Street<br>Indianapolis, Indiana 46204 | **VIA ELECTRONIC MAIL** |

Dated: December 13, 2007

                                                ASHBY & GEDDES

                                                */s/ Carolyn S. Hake*

                                                _____

                                                Lawrence C. Ashby (I.D. #468)
                                                Philip Trainer, Jr. (I.D. #2788)
                                                Carolyn S. Hake (I.D. #3839)
                                                500 Delaware Avenue, 8th Floor
                                                P.O. Box 1150
                                                Wilmington, Delaware 19899
                                                302-654-1888
                                                lashby@ashby-geddes.com
                                                ptrainer@ashby-geddes.com
                                                chake@ashby-geddes.com

                                                PROSKAUER ROSE LLP
                                                Bradley I. Ruskin
                                                Colin A. Underwood
                                                Jennifer R. Scullion
                                                Jordan B. Leader
                                                1585 Broadway
                                                New York, NY 10036-8299
                                                Phone: (212) 969-3000

                                                *Attorneys for Defendants*

186607.1