IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------X
DEUTSCHER TENNIS BUND (GERMAN :
TENNIS FEDERATION), ROTHENBAUM : C.A. No. 07-178 (GMS)
SPORT GMBH, and QATAR TENNIS :
FEDERATION, :
 :
        Plaintiffs, :
 :
v. :
 :
ATP TOUR, INC., ETIENNE DE VILLIERS, :
CHARLES PASARELL, GRAHAM PEARCE, :
JACCO ELTINGH, PERRY ROGERS, and IGGY :
JOVANOVIC, :
 :
        Defendants. :
------------------------------------X

**NOTICE OF SERVICE**

The undersigned hereby certifies that on the 17th day of December 2007, **DEFENDANT PERRY ROGERS' OBJECTIONS TO PLAINTIFFS' FIRST SET OF INTERROGATORIES** were served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| C. Barr Flinn, Esquire<br>Chad S.C. Stover, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | **VIA ELECTRONIC MAIL &<br>HAND DELIVERY** |
| Robert D. MacGill, Esquire<br>Hamish S. Cohen, Esquire<br>Barnes & Thornburg LLP<br>11 South Meridian Street<br>Indianapolis, Indiana 46204 | **VIA ELECTRONIC MAIL** |

2

Dated:        December 17, 2007

                                  ASHBY & GEDDES

                                  */s/ Carolyn S. Hake*

                                  Lawrence C. Ashby (I.D. #468)
                                  Philip Trainer, Jr. (I.D. #2788)
                                  Carolyn S. Hake (I.D. #3839)
                                  500 Delaware Avenue, 8th Floor
                                  P.O. Box 1150
                                  Wilmington, Delaware 19899
                                  302-654-1888
                                  lashby@ashby-geddes.com
                                  ptrainer@ashby-geddes.com
                                  chake@ashby-geddes.com

                                  PROSKAUER ROSE LLP
                                  Bradley I. Ruskin
                                  Colin A. Underwood
                                  Jennifer R. Scullion
                                  Jordan B. Leader
                                  1585 Broadway
                                  New York, NY 10036-8299
                                  Phone: (212) 969-3000

                                  *Attorneys for Defendants*

186728.1