IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------X
DEUTSCHER TENNIS BUND (GERMAN       :
TENNIS FEDERATION), ROTHENBAUM      :   C.A. No.  07-178 (GMS)
SPORT GMBH, and QATAR TENNIS        :
FEDERATION,                         :
                                    :
                Plaintiffs,         :
                                    :
     v.                             :
                                    :
ATP TOUR, INC., ETIENNE DE VILLIERS,:
CHARLES PASARELL, GRAHAM PEARCE,    :
JACCO ELTINGH, PERRY ROGERS, and IGGY:
JOVANOVIC,                          :
                                    :
                Defendants.         :
------------------------------------X
```

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 17th day of December 2007, **DEFENDANT GRAHAM PEARCE'S OBJECTIONS TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION** were served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| C. Barr Flinn, Esquire<br>Chad S.C. Stover, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | **VIA ELECTRONIC MAIL &<br>HAND DELIVERY** |
| Robert D. MacGill, Esquire<br>Hamish S. Cohen, Esquire<br>Barnes & Thornburg LLP<br>11 South Meridian Street<br>Indianapolis, Indiana 46204 | **VIA ELECTRONIC MAIL** |

2

Dated: December 17, 2007

ASHBY & GEDDES

/s/ *Carolyn S. Hake*

Lawrence C. Ashby (I.D. #468)
Philip Trainer, Jr. (I.D. #2788)
Carolyn S. Hake (I.D. #3839)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
302-654-1888
lashby@ashby-geddes.com
ptrainer@ashby-geddes.com
chake@ashby-geddes.com

PROSKAUER ROSE LLP
Bradley I. Ruskin
Colin A. Underwood
Jennifer R. Scullion
Jordan B. Leader
1585 Broadway
New York, NY 10036-8299
Phone: (212) 969-3000

*Attorneys for Defendants*

186731.1