IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------- X
DEUTSCHER TENNIS BUND (GERMAN          :
TENNIS FEDERATION), ROTHENBAUM         :  C.A. No.  07-178 (GMS)
SPORT GMBH, and QATAR TENNIS           :
FEDERATION,                            :
                                       :
             Plaintiffs,               :
                                       :
     v.                                :
                                       :
ATP TOUR, INC., ETIENNE DE VILLIERS,   :
CHARLES PASARELL, GRAHAM PEARCE,       :
JACCO ELTINGH, PERRY ROGERS, and IGGY  :
JOVANOVIC,                             :
                                       :
             Defendants.               :
------------------------------------- X

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 17th day of December 2007, **DEFENDANT CHARLES PASARELL'S OBJECTIONS TO PLAINTIFFS' FIRST SET OF INTERROGATORIES** were served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| C. Barr Flinn, Esquire<br>Chad S.C. Stover, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | **VIA ELECTRONIC MAIL &<br>HAND DELIVERY** |
| Robert D. MacGill, Esquire<br>Hamish S. Cohen, Esquire<br>Barnes & Thornburg LLP<br>11 South Meridian Street<br>Indianapolis, Indiana 46204 | **VIA ELECTRONIC MAIL** |

Dated:        December 17, 2007

                ASHBY & GEDDES

                /s/ *Carolyn S. Hake*

                Lawrence C. Ashby (I.D. #468)
                Philip Trainer, Jr. (I.D. #2788)
                Carolyn S. Hake (I.D. #3839)
                500 Delaware Avenue, 8th Floor
                P.O. Box 1150
                Wilmington, Delaware 19899
                302-654-1888
                lashby@ashby-geddes.com
                ptrainer@ashby-geddes.com
                chake@ashby-geddes.com

                PROSKAUER ROSE LLP
                Bradley I. Ruskin
                Colin A. Underwood
                Jennifer R. Scullion
                Jordan B. Leader
                1585 Broadway
                New York, NY  10036-8299
                Phone: (212) 969-3000

                *Attorneys for Defendants*

186741.1