IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------- X
DEUTSCHER TENNIS BUND (GERMAN  :
TENNIS FEDERATION), ROTHENBAUM :   C.A. No.  07-178 (GMS)
SPORT GMBH, and QATAR TENNIS    :
FEDERATION,                                       :
                                                              :
              Plaintiffs,                             :
                                                              :
     v.                                                    :
                                                              :
ATP TOUR, INC., ETIENNE DE VILLIERS, :
CHARLES PASARELL, GRAHAM PEARCE, :
JACCO ELTINGH, PERRY ROGERS, and IGGY :
JOVANOVIC,                                     :
                                                              :
              Defendants.                        :
------------------------------------- X

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 17th day of December 2007, **DEFENDANT CHARLES PASARELL'S OBJECTIONS TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION** were served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| C. Barr Flinn, Esquire<br>Chad S.C. Stover, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | **VIA ELECTRONIC MAIL &<br>HAND DELIVERY** |
| Robert D. MacGill, Esquire<br>Hamish S. Cohen, Esquire<br>Barnes & Thornburg LLP<br>11 South Meridian Street<br>Indianapolis, Indiana 46204 | **VIA ELECTRONIC MAIL** |

Dated:        December 17, 2007

                          ASHBY & GEDDES

                          /s/ *Carolyn S. Hake*

                          _____
                          Lawrence C. Ashby (I.D. #468)
                          Philip Trainer, Jr. (I.D. #2788)
                          Carolyn S. Hake (I.D. #3839)
                          500 Delaware Avenue, 8th Floor
                          P.O. Box 1150
                          Wilmington, Delaware 19899
                          302-654-1888
                          lashby@ashby-geddes.com
                          ptrainer@ashby-geddes.com
                          chake@ashby-geddes.com


                          PROSKAUER ROSE LLP
                          Bradley I. Ruskin
                          Colin A. Underwood
                          Jennifer R. Scullion
                          Jordan B. Leader
                          1585 Broadway
                          New York, NY 10036-8299
                          Phone: (212) 969-3000

                          *Attorneys for Defendants*

186739.1