**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
DEUTSCHER TENNIS BUND (GERMAN            :
TENNIS FEDERATION), ROTHENBAUM          :        C.A. No.   07-178 (GMS)
SPORT GMBH, and QATAR TENNIS            :
FEDERATION,                             :
                                        :
                     Plaintiffs,        :
                                        :
        v.                              :
                                        :
ATP TOUR, INC., ETIENNE DE VILLIERS,    :
CHARLES PASARELL, GRAHAM PEARCE,        :
JACCO ELTINGH, PERRY ROGERS, and IGGY   :
JOVANOVIC,                              :
                                        :
                     Defendants.        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

**NOTICE OF SERVICE**

The undersigned hereby certifies that on the 17th day of December 2007, **DEFENDANT**

**JACCO ELTINGH'S OBJECTIONS TO PLAINTIFFS' FIRST SET OF REQUESTS**

**FOR PRODUCTION** were served upon the following counsel of record at the address and in

the manner indicated:


C. Barr Flinn, Esquire                          **VIA ELECTRONIC MAIL &**
Chad S.C. Stover, Esquire                              **HAND DELIVERY**
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801


Robert D. MacGill, Esquire                        **VIA ELECTRONIC MAIL**
Hamish S. Cohen, Esquire
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, Indiana 46204

Dated:        December 17, 2007

ASHBY & GEDDES

/s/ *Carolyn S. Hake*

Lawrence C. Ashby (I.D. #468)
Philip Trainer, Jr. (I.D. #2788)
Carolyn S. Hake (I.D. #3839)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
302-654-1888
lashby@ashby-geddes.com
ptrainer@ashby-geddes.com
chake@ashby-geddes.com

PROSKAUER ROSE LLP
Bradley I. Ruskin
Colin A. Underwood
Jennifer R. Scullion
Jordan B. Leader
1585 Broadway
New York, NY 10036-8299
Phone: (212) 969-3000

*Attorneys for Defendants*

186737.1

2