IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------- X
DEUTSCHER TENNIS BUND (GERMAN         :
TENNIS FEDERATION), ROTHENBAUM        :   C.A. No.  07-178 (GMS)
SPORT GMBH, and QATAR TENNIS          :
FEDERATION,                           :
                                      :
              Plaintiffs,             :
                                      :
     v.                               :
                                      :
ATP TOUR, INC., ETIENNE DE VILLIERS,  :
CHARLES PASARELL, GRAHAM PEARCE,      :
JACCO ELTINGH, PERRY ROGERS, and IGGY :
JOVANOVIC,                            :
                                      :
              Defendants.             :
------------------------------------- X

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 17th day of December 2007, **DEFENDANT JACCO ELTINGH'S OBJECTIONS TO PLAINTIFFS' FIRST SET OF INTERROGATORIES** were served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| C. Barr Flinn, Esquire<br>Chad S.C. Stover, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | **VIA ELECTRONIC MAIL &<br>HAND DELIVERY** |
| Robert D. MacGill, Esquire<br>Hamish S. Cohen, Esquire<br>Barnes & Thornburg LLP<br>11 South Meridian Street<br>Indianapolis, Indiana 46204 | **VIA ELECTRONIC MAIL** |

Dated:        December 17, 2007

                                   ASHBY & GEDDES

                                   /s/ *Carolyn S. Hake*

                                   Lawrence C. Ashby (I.D. #468)
                                   Philip Trainer, Jr. (I.D. #2788)
                                   Carolyn S. Hake (I.D. #3839)
                                   500 Delaware Avenue, 8th Floor
                                   P.O. Box 1150
                                   Wilmington, Delaware 19899
                                   302-654-1888
                                   lashby@ashby-geddes.com
                                   ptrainer@ashby-geddes.com
                                   chake@ashby-geddes.com

                                   PROSKAUER ROSE LLP
                                   Bradley I. Ruskin
                                   Colin A. Underwood
                                   Jennifer R. Scullion
                                   Jordan B. Leader
                                   1585 Broadway
                                   New York, NY  10036-8299
                                   Phone: (212) 969-3000

                                   *Attorneys for Defendants*

186735.1