IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------X
DEUTSCHER TENNIS BUND (GERMAN       :
TENNIS FEDERATION), ROTHENBAUM      :  C.A. No.  07-178 (GMS)
SPORT GMBH, and QATAR TENNIS        :
FEDERATION,                         :
                                    :
              Plaintiffs,           :
                                    :
      v.                            :
                                    :
ATP TOUR, INC., ETIENNE DE VILLIERS,:
CHARLES PASARELL, GRAHAM PEARCE,    :
JACCO ELTINGH, PERRY ROGERS, and IGGY:
JOVANOVIC,                          :
                                    :
              Defendants.           :
------------------------------------X
```

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 17th day of December 2007, **DEFENDANT ETIENNE DE VILLIERS' OBJECTIONS TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION** were served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| C. Barr Flinn, Esquire<br>Chad S.C. Stover, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | **VIA ELECTRONIC MAIL &<br>HAND DELIVERY** |
| Robert D. MacGill, Esquire<br>Hamish S. Cohen, Esquire<br>Barnes & Thornburg LLP<br>11 South Meridian Street<br>Indianapolis, Indiana 46204 | **VIA ELECTRONIC MAIL** |

Dated: December 17, 2007

        ASHBY & GEDDES

        /s/ *Carolyn S. Hake*
        _____

        Lawrence C. Ashby (I.D. #468)
        Philip Trainer, Jr. (I.D. #2788)
        Carolyn S. Hake (I.D. #3839)
        500 Delaware Avenue, 8th Floor
        P.O. Box 1150
        Wilmington, Delaware 19899
        302-654-1888
        lashby@ashby-geddes.com
        ptrainer@ashby-geddes.com
        chake@ashby-geddes.com

        PROSKAUER ROSE LLP
        Bradley I. Ruskin
        Colin A. Underwood
        Jennifer R. Scullion
        Jordan B. Leader
        1585 Broadway
        New York, NY  10036-8299
        Phone: (212) 969-3000

        *Attorneys for Defendants*

186747.1