IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------X
DEUTSCHER TENNIS BUND (GERMAN            :
TENNIS FEDERATION), ROTHENBAUM           :   C.A. No.  07-178 (GMS)
SPORT GMBH, and QATAR TENNIS             :
FEDERATION,                              :
                                         :
                Plaintiffs,              :
                                         :
        v.                               :
                                         :
ATP TOUR, INC., ETIENNE DE VILLIERS,     :
CHARLES PASARELL, GRAHAM PEARCE,         :
JACCO ELTINGH, PERRY ROGERS, and IGGY    :
JOVANOVIC,                               :
                                         :
                Defendants.              :
------------------------------------X

**NOTICE OF SERVICE**

The undersigned hereby certifies that on the 17th day of December 2007, **DEFENDANT IGGY JOVANOVIC'S OBJECTIONS TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION** were served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| C. Barr Flinn, Esquire<br>Chad S.C. Stover, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | **VIA ELECTRONIC MAIL &<br>HAND DELIVERY** |
| Robert D. MacGill, Esquire<br>Hamish S. Cohen, Esquire<br>Barnes & Thornburg LLP<br>11 South Meridian Street<br>Indianapolis, Indiana 46204 | **VIA ELECTRONIC MAIL** |

Dated:        December 17, 2007

                                                ASHBY & GEDDES

                                                */s/ Carolyn S. Hake*

                                                _____
Lawrence C. Ashby (I.D. #468)
Philip Trainer, Jr. (I.D. #2788)
Carolyn S. Hake (I.D. #3839)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
302-654-1888
lashby@ashby-geddes.com
ptrainer@ashby-geddes.com
chake@ashby-geddes.com


PROSKAUER ROSE LLP
Bradley I. Ruskin
Colin A. Underwood
Jennifer R. Scullion
Jordan B. Leader
1585 Broadway
New York, NY  10036-8299
Phone: (212) 969-3000

*Attorneys for Defendants*

186743.1

2