IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------X
DEUTSCHER TENNIS BUND (GERMAN  :
TENNIS FEDERATION), ROTHENBAUM  :  C.A. No. 07-178 (GMS)
SPORT GMBH, and QATAR TENNIS    :
FEDERATION,                      :
                                 :
            Plaintiffs,          :
                                 :
    v.                           :
                                 :
ATP TOUR, INC., ETIENNE DE VILLIERS, :
CHARLES PASARELL, GRAHAM PEARCE, :
JACCO ELTINGH, PERRY ROGERS, and IGGY :
JOVANOVIC,                       :
                                 :
            Defendants.          :
------------------------------------X

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 17th day of December 2007, **DEFENDANT IGGY JOVANOVIC'S OBJECTIONS TO PLAINTIFFS' FIRST SET OF INTERROGATORIES** were served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| C. Barr Flinn, Esquire<br>Chad S.C. Stover, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | **VIA ELECTRONIC MAIL &<br>HAND DELIVERY** |
| Robert D. MacGill, Esquire<br>Hamish S. Cohen, Esquire<br>Barnes & Thornburg LLP<br>11 South Meridian Street<br>Indianapolis, Indiana 46204 | **VIA ELECTRONIC MAIL** |

Dated:        December 17, 2007

                                            ASHBY & GEDDES

                                            */s/ Carolyn S. Hake*

                                            _____
                                            Lawrence C. Ashby (I.D. #468)
                                            Philip Trainer, Jr. (I.D. #2788)
                                            Carolyn S. Hake (I.D. #3839)
                                            500 Delaware Avenue, 8th Floor
                                            P.O. Box 1150
                                            Wilmington, Delaware 19899
                                            302-654-1888
                                            lashby@ashby-geddes.com
                                            ptrainer@ashby-geddes.com
                                            chake@ashby-geddes.com


                                            PROSKAUER ROSE LLP
                                            Bradley I. Ruskin
                                            Colin A. Underwood
                                            Jennifer R. Scullion
                                            Jordan B. Leader
                                            1585 Broadway
                                            New York, NY  10036-8299
                                            Phone: (212) 969-3000

                                            *Attorneys for Defendants*

186745.1

2