IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEUTSCHER TENNIS BUND (GERMAN TENNIS FEDERATION), ROTHENBAUM SPORT GMBH, and QATAR TENNIS FEDERATION, | ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 07-178-GMS |
| ATP TOUR, INC., ETIENNE DE VILLIERS, CHARLES PASARELL, GRAHAM PEARCE, JACCO ELTINGH, PERRY ROGERS, and IGGY JOVANOVIC, | ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 24, 2008, copies of the *(1) Plaintiffs' Notice to Take Deposition of Jonathan Walker on February 14, 2008* were served upon the following counsel of record in the manner indicated:

### BY US MAIL & E-MAIL

Lawrence C. Ashby, Esquire
Philip Trainer, Jr., Esquire
Carolyn Hake, Esquire
Ashby & Geddes
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Bradley I. Ruskin, Esquire
Jennifer R. Scullion, Esquire
PROSKAUER ROSE
1585 Broadway
New York, NY 10036

Additionally, I hereby certify that on January 24, 2008, I caused this Notice of Service to be electronically filed with the Clerk of the Court using CM/ECF and served upon the following

counsel in the manner indicated:

### BY CM/ECF, E-MAIL AND HAND DELIVERY

Lawrence C. Ashby, Esquire
Philip Trainer, Jr., Esquire
Carolyn Hake, Esquire
Ashby & Geddes
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

### BY E-MAIL

Bradley I. Ruskin, Esquire
Jennifer R. Scullion, Esquire
PROSKAUER ROSE
1585 Broadway
New York, NY 10036

YOUNG CONAWAY STARGATT & TAYLOR, LLP

C. Barr Flinn (No. 4092)
Chad S.C. Stover (No. 4919)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6692
bflinn@ycst.com
cstover@ycst.com
*Attorneys for Deutscher Tennis Bund (the German
Tennis Federation), the Rothenbaum Sports GMBH,
and Qatar Tennis Federation*

OF COUNSEL:

Robert D. MacGill
Hamish S. Cohen
Jennifer W. Adams
Matthew B. Barr
Barnes &Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204

Dated: January 24, 2008

2