IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------X
DEUTSCHER TENNIS BUND (GERMAN
TENNIS FEDERATION), ROTHENBAUM            :   C.A. No.  07-178 (GMS)
SPORT GMBH, and QATAR TENNIS
FEDERATION,

               Plaintiffs,

  against

ATP TOUR, INC., ETIENNE DE VILLIERS,
CHARLES PASARELL, GRAHAM PEARCE,
JACCO ELTINGH, PERRY ROGERS, and IGGY
JOVANOVIC,

               Defendants.
---------------------------------X

## NOTICE OF DEPOSITION OF GARY G. KLEINRICHERT

PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, Defendant ATP Tour, Inc. will take the deposition by oral examination of Gary G. Kleinrichert on February 12, 2008 at Ice Miller LLP, One American Square, Indianapolis, Indiana, or at such other location as is mutually agreeable. The deposition will begin at 9:00 a.m., or at such other time agreed upon by counsel, and will continue day-to-day until completed.

The deposition will be conducted before a duly qualified notary public or other officer qualified to administer oaths, will be recorded stenographically, will be videotaped, and will be taken for the purposes of discovery and for any other purposes authorized by the Federal Rules of Civil Procedure. You are invited to attend and participate.

| | |
|---|---|
| Dated: January 31, 2008 | ASHBY & GEDDES |
| | /s/ *Carolyn S. Hake* |
| | _____ |
| | Lawrence C. Ashby (I.D. #468) |
| | Philip Trainer, Jr. (I.D. #2788) |
| | Carolyn S. Hake (I.D. #3839) |
| | 500 Delaware Avenue, 8th Floor |
| | P.O. Box 1150 |
| | Wilmington, Delaware 19899 |
| | 302-654-1888 |
| | lashby@ashby-geddes.com |
| | ptrainer@ashby-geddes.com |
| | chake@ashby-geddes.com |
| | |
| | PROSKAUER ROSE LLP |
| | Bradley I. Ruskin |
| | Colin A. Underwood |
| | Jennifer R. Scullion |
| | 1585 Broadway |
| | New York, NY  10036-8299 |
| | Phone: (212) 969-3000 |
| | |
| | *Attorneys for Defendants* |

187816.1