**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

DEUTSCHER TENNIS BUND (GERMAN :
TENNIS FEDERATION), ROTHENBAUM :  C.A. No. 07-178 (GMS)
SPORT GMBH, and QATAR TENNIS :
FEDERATION, :
 :
     Plaintiffs, :
 :
 against :
 :
ATP TOUR, INC., ETIENNE DE VILLIERS, :
CHARLES PASARELL, GRAHAM PEARCE, :
JACCO ELTINGH, PERRY ROGERS, and IGGY :
JOVANOVIC, :
 :
     Defendants. :
 :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## AMENDED NOTICE OF DEPOSITION OF ANDREW ZIMBALIST

  PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Federal Rules of Civil

Procedure, Defendant ATP Tour, Inc. will take the deposition by oral examination of Andrew

Zimbalist on February 22, 2008 at the Clarion Hotel and Conference Center, 1 Atwood Drive,

Northampton, Massachusetts, or at such other location as is mutually agreeable. The deposition

will begin at 9:00 a.m., or at such other time agreed upon by counsel, and will continue day-to-

day until completed.

  The deposition will be conducted before a duly qualified notary public or other officer

qualified to administer oaths, will be recorded stenographically, will be videotaped, and will be

taken for the purposes of discovery and for any other purposes authorized by the Federal Rules

of Civil Procedure. You are invited to attend and participate.

Dated: January 31, 2008

ASHBY & GEDDES

/s/ Carolyn S. Hake

Lawrence C. Ashby (I.D. #468)
Philip Trainer, Jr. (I.D. #2788)
Carolyn S. Hake (I.D. #3839)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
302-654-1888
lashby@ashby-geddes.com
ptrainer@ashby-geddes.com
chake@ashby-geddes.com

PROSKAUER ROSE LLP
Bradley I. Ruskin
Colin A. Underwood
Jennifer R. Scullion
1585 Broadway
New York, NY 10036-8299
Phone: (212) 969-3000

*Attorneys for Defendants*

187812.1