IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEUTSCHER TENNIS BUND et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 07-178 |
| | ) |
| ATP TOUR, INC. et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

At Wilmington this 25th day of February, 2008, having reviewed and duly considered the parties' letter requests to file motions for summary judgment;

IT IS ORDERED that the letter requests to file motions for summary judgment (D.I. 108, 109) are DENIED. The court finds that there are triable issues of fact on the claims raised by the parties' letters. The teleconference scheduled for **Tuesday, February 26, 2008, at 11:00 a.m.**, is cancelled.

/s Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE