IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEUTSCHER TENNIS BUND (GERMAN TENNIS FEDERATION), ROTHENBAUM SPORT GMBH, and QATAR TENNIS FEDERATION, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 07-178-GMS |
| ATP TOUR, INC., ETIENNE DE VILLIERS, CHARLES PASARELL, GRAHAM PEARCE, JACCO ELTINGH, PERRY ROGERS, and IGGY JOVANOVIC, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION AND [PROPOSED] ORDER
## FOR AMENDMENT OF SCHEDULING ORDER

WHEREAS, the Court's current Scheduling Order (D.I. 21), entered on July 13, 2007, established the deadline for the exchange of opening motions *in limine* as May 5, 2008;

WHEREAS, the Scheduling Order sets May 12, 2008 as the date for Defendants to provide their portions of the Proposed Pretrial Order to Plaintiffs;

WHEREAS, to permit Plaintiffs an opportunity to review Defendants' portions of the Pretrial Order, the parties' require an enlargement of time to file and serve their opening motions *in limine* to May 13, 2008 for those motions pertaining to previously-disclosed experts and to May 16, 2008 for all other motions *in limine*;

WHEREAS, all other dates, including the dates for filing and serving answering and responsive motions in limine, filing the pre-trial order, the pre-trial conference, and trial, shall

remain the same;

THEREFORE, Counsel for the parties hereby stipulate and agree, subject to Court approval, that the deadlines for the filing and service of opening motions *in limine* shall be extended to and including May 13, 2008 for those motions pertaining to previously-disclosed experts and May 16, 2008 for all other motions *in limine*. All other dates shall remain the same.

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ASHBY & GEDDES |
|---|---|
| /s/ Karen E. Keller | /s/ Carolyn S. Hake |
| C. Barr Flinn (No. 4092) | Lawrence C. Ashby (No. 468) |
| Karen E. Keller (No. 4489) | Philip Trainer, Jr. (No. 2788) |
| The Brandywine Building | Carolyn S. Hake (No. 3839) |
| 1000 West Street, 17th Floor | 500 Delaware Avenue, 8th Floor |
| Wilmington, DE 19801 | P. O. Box 1150 |
| (302) 571-6600 | Wilmington, DE 19899 |
| kkeller@ycst.com | (302) 654-1888 |
|  | chake@ashby-geddes.com |
| Robert D. MacGill |  |
| Hamish S. Cohen | Bradley I. Ruskin |
| Jennifer Westerhaus Adams | Jennifer R. Scullion |
| Barnes &Thornburg LLP | Proskauer Rose LLP |
| 11 South Meridian Street | 1585 Broadway |
| Indianapolis, IN 46204 | New York, NY 10036 |

Dated: May 1, 2008

SO ORDERED this ____ day of _____, 2008.

_____
United States District Judge