IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------X
DEUTSCHER TENNIS BUND (GERMAN :
TENNIS FEDERATION), ROTHENBAUM : C.A. No.  07-0178 (GMS)
SPORT GMBH, and QATAR TENNIS :
FEDERATION, :
 :
                Plaintiffs, :
 :
  against :
 :
ATP TOUR, INC., ETIENNE DE VILLIERS, :
CHARLES PASARELL, GRAHAM PEARCE, :
JACCO ELTINGH, PERRY ROGERS, and IGGY :
JOVANOVIC, :
 :
                Defendants. :
------------------------------------X

### DEFENDANTS' MOTION TO BIFURCATE TRIAL INTO SEPARATE LIABILITY AND DAMAGES PHASES

Defendants respectfully move, pursuant to Federal Rule of Civil Procedure, to bifurcate the trial in this action into separate liability and damages phases. The basis for this motion is set forth in Defendants' accompanying Opening Brief and the exhibits thereto.

                ASHBY & GEDDES

                */s/ Carolyn S. Hake*
                _____
                Philip Trainer, Jr. (I.D. #2788)
                Carolyn S. Hake (I.D. #3839)
                500 Delaware Avenue, 8th Floor
                P.O. Box 1150
                Wilmington, Delaware 19899
                302-654-1888
                ptrainer@ashby-geddes.com
                chake@ashby-geddes.com

                                                  PROSKAUER ROSE LLP
                                                  Bradley I. Ruskin
                                                  Colin A. Underwood
                                                  Jennifer R. Scullion
                                                  Evan S. Greene
                                                  (*admitted pro hac vice*)
                                                  1585 Broadway
                                                  New York, NY  10036-8299
                                                  Phone: (212) 969-3000

                                                  *Attorneys for Defendants*

Dated:  May 9, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------X
DEUTSCHER TENNIS BUND (GERMAN :
TENNIS FEDERATION), ROTHENBAUM : C.A. No. 07-0178 (GMS)
SPORT GMBH, and QATAR TENNIS :
FEDERATION, :
 :
             Plaintiffs, :
 :
  against :
 :
ATP TOUR, INC., ETIENNE DE VILLIERS, :
CHARLES PASARELL, GRAHAM PEARCE, :
JACCO ELTINGH, PERRY ROGERS, and IGGY :
JOVANOVIC, :
 :
            Defendants. :
------------------------------------X

## ORDER GRANTING DEFENDANTS' MOTION
## TO BIFURCATE TRIAL ON DAMAGES

    This _____ day of _____, 2008, Defendants having moved, pursuant to Federal Rule of Civil Procedure 42(b), to bifurcate the trial of this action into separate liability and damages phases, and the Court, after considering the positions of the parties, having concluded that good grounds exist for the requested relief; now therefore,

    IT IS HEREBY ORDERED that Defendants' Motion is GRANTED.

    SO ORDERED this _____ day of _____, 2008.

_____
Chief Judge

{00215844;v1}