IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------- X
DEUTSCHER TENNIS BUND (GERMAN          :
TENNIS FEDERATION), ROTHENBAUM         :   C.A. No. 07-178-GMS
SPORT GMBH, and QATAR TENNIS           :
FEDERATION,                            :
                                       :
                Plaintiffs,             :
                                       :
   against                         :
                                       :
ATP TOUR, INC., ETIENNE DE VILLIERS,   :
CHARLES PASARELL, GRAHAM PEARCE,       :
JACCO ELTINGH, PERRY ROGERS, and IGGY  :
JOVANOVIC,                             :
                                       :
                Defendants.             :
------------------------------------- X

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, the undersigned moves the admission *pro hac vice* Stephen R. Neuwirth of Quinn Emanuel Urquhart Oliver & Hedges, LLP, 51 Madison Avenue, 22nd Floor, New York, New York 10010 as counsel for defendant Perry Rogers in this matter. Pursuant to this Court's Standing Order effective January 1, 2005, a check in the amount of $25.00 is included to cover the annual fees for the attorneys listed above.

                                              ASHBY & GEDDES

                                              */s/ Philip Trainer, Jr. (# 2788)*
                                              Lawrence C. Ashby (# 468)
                                              Philip Trainer, Jr. (#2788)
                                              Carolyn Hake (#3839)
                                              500 Delaware Avenue, 8th Floor
                                              P.O. Box 1150
                                              Wilmington, DE 19899
                                              (302) 654-1888
                                              lashby@ashby-geddes.com
                                              ptrainer@ashby-geddes.com
                                              chake@ashby-geddes.com

Dated: June 2, 2008                              *Attorneys for Defendant*

{00221176;v1}

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of New York and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: *[signature]*
Stephen R. Neuwirth
Quinn Emanuel Urquhart
    Oliver & Hedges, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7100

Dated: June 2, 2008

{00221176;v1}

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------X
DEUTSCHER TENNIS BUND (GERMAN      :
TENNIS FEDERATION), ROTHENBAUM     :   C.A. No. 07-178-GMS
SPORT GMBH, and QATAR TENNIS       :
FEDERATION,                        :
                                   :
              Plaintiffs,          :
                                   :
     against                       :
                                   :
ATP TOUR, INC., ETIENNE DE VILLIERS,:
CHARLES PASARELL, GRAHAM PEARCE,   :
JACCO ELTINGH, PERRY ROGERS, and IGGY:
JOVANOVIC,                         :
                                   :
              Defendants.          :
------------------------------X
```

## ORDER

This _____ day of _____, 2008, the Court having considered the motion for the admission *pro hac vice* of Stephen R. Neuwirth in the above action; now, therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorney is admitted *pro hac vice*.

                                              _____
                                              United States District Judge

{00221176;v1}