## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEUTSCHER TENNIS BUND (GERMAN TENNIS FEDERATION), ROTHENBAUM SPORT GMBH, and QATAR TENNIS FEDERATION, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. 07-178-GMS |
| v. | ) ) | |
| ATP TOUR, INC., ETIENNE DE VILLIERS, CHARLES PASARELL, GRAHAM PEARCE, JACCO ELTINGH, PERRY ROGERS, and IGGY JOVANOVIC, | ) ) ) ) ) | |
| Defendants. | ) | |

**ADDENDUM TO EXHIBIT 6(b) TO THE PRETRIAL ORDER**

*Of Counsel:*

Bradley I. Ruskin
Colin A. Underwood
Jennifer R. Scullion
Evan S. Greene
PROSKAUER ROSE LLP
1585 Broadway
New York, NY  10036-8299
(212) 969-3000

Dated: June 16, 2008

ASHBY & GEDDES
Philip Trainer, Jr. (I.D. #2788)
Carolyn Hake (I.D. #3839)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888
ptrainer@ashby-geddes.com
chake@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Defendants*

**Defendants' Statement Concerning Objections and Reservations of Rights**

The parties have exchanged physical mark-ups of the transcripts and have agreed that those mark-ups may be referred to in the event of any confusion or uncertainty as to whether the page:line charts reflect the intended designations/counters/objections.

Defendants have used the following abbreviations for their objections:

BE – Best Evidence Rule
CE – Character Evidence
FM – Form (but objections to form on the record are preserved, regardless of whether noted with an FM abbreviation).
FO – Foundation
HS – Hearsay
LD – Leading
LO – Improper Lay Opinion
NC – Not necessary for Completeness (with respect to purported counterdesignations)
NR – Non-Responsive to the question
NQ – No Question, or impartial question, designated
OC – Offer of Compromise
PCW – Fed. R. Evid. 403 (Prejudice/Confusion/Waste of Time)
R – Relevance
RM – Remedial Measures

Objections to questions also are objections to the answers to those questions. To the extent that an exhibit discussed in deposition also is listed as a Plantiffs' Proposed Trial Exhibit, objections, if any, to exhibits noted in the designations are in addition to those made with respect to the Proposed Trial Exhibit and without waiver of the objections to the Proposed Trial Exhibit.

Defendants reserve the right to seek to preclude Plaintiffs from offering some or all of their designated testimony on the grounds that (1) no designations were provided on April 23, 2008 as required under the Scheduling Order, (2) Mr. Buchholz's designations were provided only on June 2 with the filing of the Pretrial Order, and (3) for many transcripts, Plaintiffs made no good faith effort to specify portions of depositions that Plaintiffs actually intend to read at trial, but instead designated essentially the entirety of the transcripts (see, e.g., without limitation, Drewett, Eltingh, Miles, and de Villiers designations). Defendants further reserve the right to preclude the playback of any video in which Plaintiffs' counsel improperly stood over the witness during questioning and to object to playing/reading any lawyer colloquy or objections.

Defendants further reserve the right to object to Plaintiffs offering designated testimony at trial in violation of Fed. R. Civ. P. 32 or otherwise, including where a witness is available to be presented live to assist the jury and avoid unnecessary waste of time or otherwise facilitate the efficient presentation of evidence.

Defendants also reserve the right to read or play any testimony designated by Plaintiffs and further reserve the right to withdraw any portion of Defendants' deposition designations.

Walter Knapper
10/10/07

| Defendants' Designations | Plaintiffs' Objections | Ruling | Plaintiffs' Counter Designations | Objections to Counter Designations | Ruling |
|---|---|---|---|---|---|
| 6:24-7:1 | | | | | |
| 7:7-7:11 | | | | | |
| 20:4-20:11 | | | | | |
| 24:10-25:6 | | | 24:10-26:7 | 25:17-26:7:NC/HS | |
| 25:10-25:16 | HS | | | | |
| 26:13-26:18 | FM | | | | |
| 28:7-28:24 | | | | | |
| 29:17-32:2 | HS | | | | |
| 33:13-34:5 | HS | | | | |
| 36:7-41:8 | HS | | | | |
| 43:5-43:12 | | | | | |
| 43:16-44:1 | R | | | | |
| 44:8-45:5 | R | | | | |
| 45:7-45:15 | R | | | | |
| 45:7-45:15 | | | | | |
| 45:20-45:22 | | | | | |
| 46:10-47:24 | R; HS | | | | |
| 48:7-49:5 | | | | | |
| 49:9-51:18 | | | | | |
| 51:24-52:2 | | | | | |
| 52:5-55:6 | LO | | 54:1-55:20 | | |
| 55:18-55:19 | | | | | |
| 57:15-60:21 | | | | | |
| 64:8-64:11 | HS; FM | | 64:8-65:25 | 65:8-65:13:NC/NR | |
| 64:15-65:7 | HS; FM | | | | |
| 65:14-66:3 | HS | | | | |
| 66:11-66:19 | | | | | |
| 69:2-70:22 | FM | | | | |
| 73:20-74:9 | | | | | |

{00223898;v1}

Walter Knapper
10/10/07

| Defendants' Designations | Plaintiffs' Objections | Ruling | Plaintiffs' Counter Designations | Objections to Counter Designations | Ruling |
|---|---|---|---|---|---|
| 77:21-79:5 | FO; FM | | | | |
| 80:11-80:14 | | | 80:11-81:25 | 80:15-81:9:NC/NR | |
| 81:10-82:17 | FM | | | | |
| 84:14-85:21 | FM | | | | |
| 86:8-86:13 | LE | | | | |
| 87:16-87:19 | FM | | | | |
| 88:10 | | | | | |
| 88:12-93:12 | FM | | | | |
| 93:17-93:19 | FM | | | | |
| 93:22-95:19 | FM; FO | | | | |
| 95:24 | FM; FO | | | | |
| 96:2-96:17 | | | | | |
| 96:19-96:22 | | | | | |
| 97:5-103:5 | FO; FM | | | | |
| 103:19-103:24 | | | | | |
| 104:25-107:13 | FM | | | | |
| 107:23-108:5 | FM | | | | |
| 108:8-108:16 | | | | | |
| 112:8-112:23 | FO; FM; PCW | | | | |
| 114:13-116:7 | FM | | | | |
| 116:15-117:9 | | | | | |
| 117:22-118:1 | FM | | | | |
| 118:5-118:14 | | | 118:5-120:7 | 118:15-120:2: NC/HS/FO | |
| 120:3-120:7 | | | | | |
| 120:19-120:23 | | | | | |
| 122:3-122:12 | | | | | |
| 126:5-126:7 | | | | | |
| 126:12-126:16 | | | | | |

{00223898;v1}

Walter Knapper
10/10/07

| Defendants' Designations | Plaintiffs' Objections | Ruling | Plaintiffs' Counter Designations | Objections to Counter Designations | Ruling |
|---|---|---|---|---|---|
| 130:25-131:5 | | | | | |
| 131:11-131:16 | | | | | |
| 133:9-135:16 | FM; LO | | | | |
| 136:8-140:22 | FM | | | | |
| 141:9-142:22 | FM | | | | |
| 146:17-147:7 | FM | | | | |
| 147:12-147:24 | FM | | | | |
| 151:7-151:8 | LO; FO; LE | | | | |
| 151:17-152:2 | LO; FO; LE | | 152:1-154:6 | 153:16-154:6: NC/NR/FO | |
| 152:6-153:15 | FM | | | | |
| 156:16-157:2 | | | | | |
| 157:5-158:10 | FM | | | | |
| 158:25-159:-6 | | | 158:25-159:25 | 158:7-158:25: NC/FO | |
| 160:1-160:5 | FM | | | | |
| 160:15-161:4 | | | | | |
| 161:9-161:15 | HS | | | | |
| 164:3-164:9 | FM | | | | |
| 165:20-167:11 | FM | | | | |
| 168:11-168:15 | FM | | | | |
| 168:20-171:8 | FM | | | | |
| 173:12-175:4 | FM | | | | |
| 180:3-181:10 | | | | | |
| 182:19-183:2 | FM | | | | |
| 183:15-183:21 | | | | | |
| 183:22-184:15 | | | | | |
| 184:16-185:1 | FM | | 184:16-185:25 | 185:2-185:11: NC/FO | |

Walter Knapper
10/10/07

| Defendants' Designations | Plaintiffs' Objections | Ruling | Plaintiffs' Counter Designations | Objections to Counter Designations | Ruling |
|---|---|---|---|---|---|
| 185:12-185:14 | FM; LO | | | | |
| 185:17-186:4 | FM; LO | | | | |
| 187:21-188:1 | FM; LO | | | | |
| 191:16-191:18 | FM; LO | | 191:16-191:25 | NC | |
| 191:21-191:25 | | | | | |
| 192:23-193:7 | FM; HS | | | | |
| 194:1-194:24 | FM; HS | | 194:1-195:22 | NC | |
| 195:2-195:22 | HS | | | | |
| 198:19-198:25 | | | | | |
| 199:14-199:21 | | | | | |
| 200:10-200:16 | | | | | |
| 200:23-202:20 | FM | | 202:1-203:3 | NC | |
| 202:23-203:3 | | | | | |
| 203:22-204:20 | | | 204:1-205:9 | 204:1-204:20:NC; 205:2-205:9:NC | |
| 205:2-205:9 | FM | | | | |
| 206:22-206:25 | R | | | | |
| 208:15-209:3 | R | | | | |
| 209:24-210:7 | FM | | | | |
| 210:11-213:10 | | | | | |
| 215:2-217:4 | FM | | | | |
| 218:3-219:14 | FO; FM | | | | |
| 219:18-209:19 | | | | | |
| 219:25-220:2 | | | | | |
| 221:5-221:22 | FM | | | | |
| 222:7-228:22 | FM | | | | |
| 229:19-223:22 | | | | | |
| 234:1-236:22 | FM | | | | |
| 241:1-242:24 | FM; FO | | | | |

Walter Knapper
10/10/07

| Defendants' Designations | Plaintiffs' Objections | Ruling | Plaintiffs' Counter Designations | Objections to Counter Designations | Ruling |
|---|---|---|---|---|---|
| 243:14-245:21 | FM | | | | |
| 252:5-252:7 | FM | | 252:5-253:25 | NC | |
| 252:9-255:12 | FM | | | | |
| 255:15-255:18 | | | | | |
| 255:25-257:11 | FM | | | | |
| 257:16-257:17 | | | | | |
| 257:22-262:14 | FM | | 262:1-263:9 | 262:15-263:9:NC | |
| 264:23-265:15 | FM | | | | |
| 265:25-266:5 | FM | | | | |
| 268:11-269:20 | FO; FM; HS | | | | |
| 270:1-271:6 | HS | | | | |
| 272:18-273:12 | FM | | | | |
| 274:4-274:15 | FM; HS | | | | |
| 276:1-281:11 | HS; FM | | | | |
| 281:15-282:25 | FM | | | | |
| 283:2-284:21 | FO; FM | | 284:1-285:18 | NC | |
| 284:24-285:18 | | | | | |
| 287:12-290:16 | FM | | | | |
| 290:21-291:11 | | | 290:1-291:11 | NC | |
| 293:3-293:12 | | | | | |
| 295:2-296:2 | HS; FM | | | | |
| 296:6-297:19 | HS; FM | | | | |
| 297:24-298:21 | | | | | |
| 299:5-299:11 | | | | | |
| 302:21-303:2 | FM | | | | |
| 303:6-304:9 | | | 304:1-304:22 | NC | |
| 304:11-304:22 | | | | | |
| 305:6-309:3 | FM | | | | |
| 310:8-310:19 | | | | | |

Walter Knapper
10/10/07

| Defendants' Designations | Plaintiffs' Objections | Ruling | Plaintiffs' Counter Designations | Objections to Counter Designations | Ruling |
|---|---|---|---|---|---|
| 312:1-313:4 | FM | | | | |
| 313:23-314:2 | FM | | | | |
| 315:7-317:21 | FM | | | | |
| 318:2-318:14 | | | | | |
| 318:20-319:4 | HS | | | | |
| 319:15-320:7 | | | | | |
| 320:17-321:5 | | | | | |
| 321:8-323:3 | | | | | |
| 323:19-323:21 | FM; FO | | | | |
| 323:25-324:25 | FM; HS | | | | |
| 331:2-332:23 | HS; FM | | | | |
| 333:6-334:4 | FM | | 334:1-334:14 | NC | |
| 334:10-334:14 | | | | | |
| 335:3-335:24 | | | | | |
| 339:4-340:1 | FM | | | | |
| 340:11-340:22 | | | | | |
| 342:5-342:23 | | | | | |
| 344:25-346:3 | FM | | | | |
| 346:8-346:19 | FM | | | | |
| 347:25-348:2 | FM | | | | |
| 348:7-349:21 | FM | | | | |
| 350:6-353:15 | FM; FO | | | | |
| 353:19-353:24 | | | | | |
| 365:20-365:23 | | | | | |
| 366:3-366:4 | | | | | |
| 367:5-367:17 | | | | | |
| 367:24-368:16 | | | | | |
| 369:1-369:7 | | | | | |
| 369:9-370:10 | | | 370:1-371:25 | NC | |

{00223898;v1}

Walter Knapper
10/10/07

| Defendants' Designations | Plaintiffs' Objections | Ruling | Plaintiffs' Counter Designations | Objections to Counter Designations | Ruling |
|---|---|---|---|---|---|
| 371:4-372:16 | | | | | |
| 378:14-378:17 | | | | | |
| 379:9-380:11 | FM | | 380:1-380:23 | NC/FO | |

Walter Knapper
10/11/07

| Defendants' Designations | Plaintiffs' Objections | Ruling | Plaintiffs' Counter Designations | Objections to Counter Designations | Ruling |
|---|---|---|---|---|---|
| 389:17-390:21 | FM | | | | |
| 391:2-391-9 | | | | | |
| 391:12-391-18 | | | | | |
| 391:24-391:25 | | | | | |
| 392:10-393:10 | FM | | | | |
| 397:22-401:5 | FM | | | | |
| 401:10-401:12 | | | | | |
| 401:16-404:13 | FM | | | | |
| 404:24-406:14 | FM | | | | |
| 408:23-409:2 | | | 408:23-411:25 | | |
| 410:11-413:16 | FM | | | | |
| 414:8-415:12 | | | | | |
| 415:15-415:17 | | | | | |
| 416:7-418:3 | | | 418:1-419:8 | | |
| 419:3-419:8- | | | | | |
| 419:18-421:22 | FM | | | | |
| 422:20-425:10 | HS; FO; FM | | | | |
| 425:13-426:11 | LO; FM; FO | | | | |
| 427:14-432:11 | FM | | | | |
| 432:14-433:7 | | | | | |
| 433:11-433:22 | | | | | |
| 434:13-434:16 | LE | | | | |
| 434:21-436:7 | | | | | |
| 441:10-445:6 | LE; FM | | | | |
| 445:22-447:21 | FM; HS | | | | |
| 447:23-448:10 | | | | | |
| 449:10-450:24 | | | | | |
| 452:7-454:3 | | | | | |
| 454:18-456:18 | | | | | |

Walter Knapper
10/11/07

| Defendants' Designations | Plaintiffs' Objections | Ruling | Plaintiffs' Counter Designations | Objections to Counter Designations | Ruling |
|---|---|---|---|---|---|
| 459:5-459:8 | | | | | |
| 460:13-460:20 | FM | | | | |
| 461:6-461:9 | FM | | | | |
| 461:13-461:23 | | | | | |
| 461:25-464:16 | | | | | |
| 465:7-468:5 | | | | | |
| 468:18-468:23 | FM | | | | |
| 470:8-470:22 | | | | | |
| 471:1-471:6 | | | | | |
| 472:3-474:10 | FM | | | | |
| 474:24-475:5 | FM | | | | |
| 475:11-478:15 | FM | | | | |
| 482:22-483:19 | FM | | | | |
| 484:8-484:18 | FM | | | | |
| 485:20-486:20 | FM | | | | |
| 489:8-490:14 | FM | | | | |
| 493:25-494:16 | | | | | |
| 495:4-495:20 | | | | | |
| 496:12-500:15 | HS; FM; LE | | | | |
| 500:18-505:14 | FO; FM | | | | |
| 512:9-513:19 | | | | | |
| 514:12-517:10 | FM | | | | |
| 519:6-524:15 | HS | | | | |
| 525:5-527:6 | HS | | | | |
| 527:24-528:6 | | | | | |
| 528:10-529:13 | | | | | |
| 530:9-530:12 | | | | | |
| 532:24-533:18 | FO | | | | |
| 534:8-534:16 | | | 534:8-535:1 | | |

Walter Knapper
10/11/07

| Defendants' Designations | Plaintiffs' Objections | Ruling | Plaintiffs' Counter Designations | Objections to Counter Designations | Ruling |
|---|---|---|---|---|---|
| 534:23-535:1 | | | | | |
| 539:1-539:21 | | | | | |
| 540:21-544:6 | HS | | | | |
| 545:16-547:14 | | | | | |
| 548:7-549:13 | | | | | |
| 549:17-550:19 | | | | | |
| 550:22-551:19 | | | | | |
| 552:15-552:22 | | | | | |
| 553: 5-553:24 | | | | | |
| 554:7 | | | | | |
| 554:19-555:4 | | | | | |
| 555:14-556:8 | FO | | | | |
| 556:13-557:11 | HS | | | | |
| 557:22 | | | | | |
| 558:4 | | | | | |
| 559:3-559:7 | FM | | | | |
| 559:12-560:4 | FM | | | | |
| 560:7-560:18 | | | | | |
| 568:14-570:7 | FM | | 570:1-571:25 | | |
| 570:10-571:13 | FM | | | | |
| 571:17-572:13 | FM | | | | |
| 572:16-573:13 | FM | | | | |
| 573:16-574:14 | FM | | | | |
| 574:19-575:18 | | | | | |
| 576:19-577:7 | | | | | |
| 581:13-582:23 | | | | | |
| 583:24-587:5 | FM | | | | |
| 587:22-588:2 | | | | | |
| 588:6-588:25 | | | | | |

Walter Knapper
10/11/07

| Defendants' Designations | Plaintiffs' Objections | Ruling | Plaintiffs' Counter Designations | Objections to Counter Designations | Ruling |
|---|---|---|---|---|---|
| 590:2-591:2 | | | | | |
| 592:21-594:4 | | | | | |
| 595:3-595:22 | | | | | |
| 596:8-597:15 | FM | | | | |
| 597:19-598:21 | FM | | | | |
| 600:19-600:21 | | | | | |
| 600:24-600:25 | | | | | |
| 601:5-601:21 | | | | | |
| 602:1-602:19 | HS | | | | |
| 603: 8-606:9 | HS | | | | |
| 606:13-608:15 | | | | | |
| 610:9-610:13 | FM | | | | |
| 610:15-611:21 | FM | | | | |
| 613:25-619:11 | FM | | | | |
| 620:1-620:17 | HS | | | | |
| 621:21-626:7 | | | | | |
| 626:12-628:16 | | | | | |
| 629:23-630:4 | | | | | |
| 631:6-633:20 | FM | | | | |
| 634:1-634:22 | | | | | |
| 635:6-635:10 | | | | | |
| 635:17-636:21 | | | | | |
| 639:16-639:22 | | | | | |
| 647:7-647:14 | | | | | |
| 652:3-652:11 | | | 652:3-653:11 | 652:12-653:1: NC/HS | |
| 653:1-653:11 | | | | | |
| 653:23-653:24 | | | | | |
| 654:1-656:3 | | | 656:1-656:9 | 656:4-656:9: | |

Walter Knapper
10/11/07

| Defendants' Designations | Plaintiffs' Objections | Ruling | Plaintiffs' Counter Designations | Objections to Counter Designations | Ruling |
|---|---|---|---|---|---|
|  |  |  |  | NC/NR |  |
| 657:8-658:3 |  |  | 658:1-658:7 |  |  |