# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH
JANET Z. CHARLTON

ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL
ELENA C. NORMAN
EDMON L. MORTON
JOHN E. TRACEY

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE  19801

P.O. BOX 391
WILMINGTON, DELAWARE  19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

GEORGETOWN, DELAWARE
MIDDLETOWN, DELAWARE
NEW YORK, NEW YORK

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: (302) 571-5034
DIRECT FAX:  (302) 576-3543
jhiggins@ycst.com

JOSEPH M. BARRY
RYAN M. BARTLEY
SEAN M. BEACH
SANJAY BHATNAGAR
DONALD J. BOWMAN, JR.
MICHELE SHERRETTA BUDICAK
JEFFREY T. CASTELLANO
DOUGLAS T. COATS (MD ONLY)
KARA HAMMOND COYLE
KRISTEN SALVATORE DEPALMA
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
KERRIANNE MARIE FAY
JAMES J. GALLAGHER
WILLIAM M. GAMGORT
SEAN T. GREECHER
NATHAN D. GROW
STEPHANIE L. HANSEN
JAMES L. HIGGINS
PATRICK A. JACKSON
DAWN M. JONES
KAREN E. KELLER
JENNIFER M. KINKUS

EDWARD J. KOSMOWSKI
EVANGELOS KOSTOULAS
JOHN C. KUFFEL
TIMOTHY E. LENGKEEK
ANDREW A. LUNDGREN
MATTHEW B. LUNN
ADRIA B. MARTINELLI
KATHALEEN MCCORMICK
MICHAEL W. MCDERMOTT
TAMMY L. MERCER
MARIBETH L. MINELLA
D. FON MUTTAMARA-WALKER
MICHAEL S. NEIBURG
(PA & NJ ONLY)
JENNIFER R. NOEL
ADAM W. POFF
ROBERT F. POPPITI, JR.
SARA BETH A. REYBURN
CHERYL A. SANTANIELLO
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
RICHARD J. THOMAS
TRAVIS N. TURNER
MARGARET B. WHITEMAN
SHARON M. ZIEG

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
KAREN L. PASCALE
SETH J. REIDENBERG
PATRICIA A. WIDDOSS

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND
JOSY W. INGERSOLL

June 18, 2008

**VIA CM/ECF**

The Honorable Gregory M. Sleet
Chief Judge
United States District Court for the District of Delaware
844 North King Street, Lockbox 19
Wilmington, Delaware 19801

> Re:   *Deutscher Tennis Bund, et al v. ATP Tour, Inc. et al.*
>       Civil Action No. 07-178 (GMS)

Dear Chief Judge Sleet:

Enclosed, please find:

(1)    an amended table of contents (attached hereto as Exhibit 1) for the revised version of Final Pretrial Order Exhibit 6(a) filed with the Court on Friday, June 13, 2008 (D.I. #156);

(2)    supplemental deposition designations, counterdesignations and objections for the deposition of Etienne de Villiers dated January 8, 2008 (attached hereto as Exhibit 2);

(3)    supplemental deposition designations, counterdesignations and objections for the deposition of Etienne de Villiers dated January 9, 2008 (attached hereto as Exhibit 3).

Counsel is available to answer any questions Your Honor might have.

YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Honorable Gregory M. Sleet
June 18, 2008
Page 2

Respectfully submitted,

James L. Higgins (No. 5021)

JLH:a
Enclosures

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| DEUTSCHER TENNIS BUND (GERMAN TENNIS FEDERATION), ROTHENBAUM SPORT GMBH, and QATAR TENNIS FEDERATION, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 07-178-GMS |
| v. | ) ) | |
| ATP TOUR, INC., ETIENNE DE VILLIERS, CHARLES PASARELL, GRAHAM PEARCE, JACCO ELTINGH, PERRY ROGERS, and IGGY JOVANOVIC, | ) ) ) ) | **TRIAL BY JURY DEMANDED** |
| Defendants. | | |

## DEPOSITION DESIGNATIONS, COUNTERDESIGNATIONS AND OBJECTIONS

The parties submit herewith the attached deposition designations, counterdesignations and objections for the following depositions:

| TAB | DEPONENT and DATE OF DEPOSITION |
|---|---|
| A | Gayle David Bradshaw<br>August 30, 2007 |
| B | Butch Buchholz<br>November 16, 2007 |
| C | Juraz Ciz<br>November 21, 2007 |
| D | Brad Drewett<br>August 28, 2007 |
| E | Jacco Eltingh<br>October 30, 2007 |
| F | Zeljko Franulovic<br>September 5, 2007 |

| TAB | DEPONENT and DATE OF DEPOSITION |
|-----|----------------------------------|
| | |
| G | Philip B. Galloway<br>November 26, 2007 |
| H | Philip B. Galloway<br>November 27, 2007 |
| I | Peter R. Greenhalgh<br>February 6, 2008 |
| J | Iggy Jovanovic<br>August 31, 2007 |
| K | Mark D. Miles<br>August 20, 2007 |
| L | Mark D. Miles<br>November 20, 2007 |
| M | Charles Pasarell<br>December 6, 2007 |
| N | Graham Pearce<br>August 24, 2007 |
| O | Juergen Pfauth<br>August 7, 2007 |
| P | Perry Rogers<br>November 7, 2007 |
| Q | Andrew Correa da Silva<br>December 12, 2007 |
| R | Jonathan Walker, Ph.D.<br>February 14, 2008 |
| S | Jonathan Walker, Ph.D.<br>February 15, 2008 |
| T | Mark Vernon Young<br>July 11, 2007 |

| TAB | DEPONENT and DATE OF DEPOSITION |
|-----|--------------------------------|
| U | Mark Vernon Young<br>November 29, 2007 |
| V | Etienne de Villiers<br>January 8, 2008 |
| W | Etienne de Villiers<br>January 9, 2008 |

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

C. Barr Flinn (No. 4092)
Karen E. Keller (No. 4489)
James L. Higgins (No. 5021)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6692
bflinn@ycst.com

*Attorneys for Deutscher Tennis Bund (the German Tennis Federation), Rothenbaum Sport GmbH, and Qatar Tennis Federation*

*Of Counsel:*

Robert D. MacGill
Hamish S. Cohen
Jennifer Westerhaus Adams
Matthew B. Barr
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
(317) 236-1313

Daniel Gravelyn
300 Ottawa Avenue N.W., Suite 500
Grand Rapids, Michigan 49503
(616) 742 3930

*Dated*:  June 18, 2008

**EXHIBIT 2**



Deposition of Etienne de Villiers
January 8, 2008

| Plaintiffs' Designations | | Defendants' Counterdesignations | | Defendants' Objections | |
|---|---|---|---|---|---|
| Page | Line(s) | Page | Line(s) | Page | Line(s) |
| 10 | 18-21 | | | 10 | 18-21 |
| 11 | 3-9 | | | 11 | 3-9 |
| 11 | 11-25 | | | 11 | 11-25 |
| 12 | 2-25 | | | 12 | 9-25 |
| 13 | 2 | | | 13 | 2 |
| 13 | 4-10 | | | 13 | 4-10 |
| 13 | 12-25 | | | 13 | 12-25 |
| 14 | 2-9 | | | 14 | 2-9 |
| 14 | 12-25 | | | 14 | 12-23 |
| 15 | 2-10 | | | | |
| 15 | 17-20 | | | | |
| 15 | 22-25 | | | | |
| 16 | 2-15 | | | | |
| 16 | 17-25 | | | | |
| 17 | 2-11 | | | | |
| 17 | 19-23 | | | 17 | 19-23 |
| 18 | 2-25 | | | 18 | 1-25 |
| 19 | 2-25 | | | 19 | 1-13 |
| 20 | 2-24 | | | | |
| 21 | 12-15 | | | | |
| 21 | 18-25 | | | | |
| 22 | 2-13 | | | | |
| 22 | 22-25 | | | | |
| 23 | 2-7 | | | | |
| 23 | 16-25 | | | | |
| 24 | 2-4 | | | 24 | 2-4 |
| 24 | 6-8 | | | 24 | 6-8 |
| 24 | 17-25 | | | | |
| 25 | 2-25 | | | | |
| 26- | 2-14 | | | | |
| 26 | 24-25 | | | | |
| 27 | 2 | | | | |
| 27 | 4-25 | | | 27 | 6-14 |
| 28 | 2 | | | | |
| 28 | 4-13 | | | 28 | 10-13 |
| 28 | 15 | | | | |
| 28 | 17 | | | | |
| 28 | 24-25 | | | | |

| Plaintiffs' Designations | | Defendants' Counterdesignations | Defendants' Objections | |
|---|---|---|---|---|
| 29 | 2-22 | | 29 | 16-22 |
| 30 | 2-23 | | 30 | 2-15 |
| | | | 30 | 19-23 |
| 30 | 25 | | 3- | 25 |
| 31 | 2 | | 31 | 2 |
| 31 | 12-25 | | | |
| 32 | 2-11 | | | |
| 32 | 13-25 | | 32 | 18-25 |
| 33 | 2-9 | | 33 | 1-2 |
| 33 | 13-24 | | 33 | 21-24 |
| 34 | 2-9 | | 34 | 1-6 |
| 34 | 13-20 | | 34 | 13-15 |
| 34 | 24-25 | | | |
| 35 | 2-7 | | | |
| 35 | 9-18 | | | |
| 35 | 21-25 | | | |
| 36 | 2-15 | | | |
| 36 | 17-23 | | | |
| 37 | 7-21 | | 37 | 20-25 |
| 37 | 25 | | | |
| 38 | 2-7 | | 38 | 1-7 |
| 38 | 15-20 | | 38 | 15-20 |
| 39 | 10-15 | | 39 | 10-15 |
| 39 | 21-25 | | | |
| 40 | 2-6 | | | |
| 40 | 20-25 | | 40 | 20-25 |
| 41 | 2-8 | | 41 | 2-8 |
| 42 | 9-25 | | | |
| 43 | 2-18 | | | |
| 43 | 22-25 | | | |
| 44 | 2-8 | | | |
| 46 | 24-25 | | 46 | 24-25 |
| 47 | 2-3 | | 47 | 2-3 |
| 47 | 9-25 | | 47 | 9-25 |
| 48 | 7-8 | | 48 | 7-25 |
| 48 | 18-25 | | | |
| 49 | 2-9 | | 49 | 1-3 |
| 49 | 13-24 | | | |
| 50 | 5-25 | | | |
| 51 | 2-25 | | | |
| 52 | 2-6 | | | |
| 52 | 18-21 | | 52 | 18-21 |

2

| Plaintiffs' Designations | | Defendants' Counterdesignations | Defendants' Objections | |
|---|---|---|---|---|
| 52 | 23-25 | | 52 | 23-24 |
| 53 | 2-20 | | 53 | 19-22 |
| 53 | 22-25 | | | |
| 54 | 2-25 | | | |
| 55 | 2-25 | | | |
| 56 | 2-25 | | | |
| 57 | 2-22 | | | |
| 57 | 24-25 | | | |
| 58 | 2-25 | | | |
| 59 | 2-25 | | | |
| 60 | 2-6 | | | |
| 60 | 8-24 | | 60 | 20-24 |
| 61 | 5-25 | | 61 | 8-13 |
| 62 | 2-25 | | | |
| 63 | 2 | | | |
| 63 | 4-17 | | 63 | 16-22 |
| 63 | 19-25 | | | |
| 64 | 2-11 | | | |
| 64 | 13-25 | | | |
| 65 | 2-7 | | | |
| 65 | 9-24 | | | |
| 66 | 14-20 | | 66 | 14-25 |
| 66 | 22-25 | | | |
| 67 | 2-25 | | 67 | 1-10 |
| 68 | 2 | | | |
| 68 | 4-20 | | 68 | 16-20 |
| 69 | 2-25 | | 69 | 2-18 |
| 70 | 2-15 | | | |
| 70 | 18-25 | | | |
| 71 | 2-25 | | | |
| 72 | 2-25 | | | |
| 73 | 2-4 | | | |
| 73 | 11-12 | | | |
| 73 | 14-25 | | | |
| 74 | 2-25 | | | |
| 75 | 2-4 | | | |
| 75 | 9-23 | | | |
| 76 | 9-25 | | 76 | 9-15 |
| 77 | 2-12 | | | |
| 77 | 16-25 | | 77 | 16-25 |
| 78 | 2-24 | | 78 | 1-25 |
| 79 | 22-25 | | | |

| Plaintiffs' Designations | | Defendants' Counterdesignations | Defendants' Objections | |
|---|---|---|---|---|
| 80 | 2-20 | | | |
| 81 | 5-10 | | | |
| 88 | 6-25 | | | |
| 89 | 2-11 | | | |
| 90 | 5-25 | | | |
| 91 | 2-12 | | | |
| 91 | 16-17 | | | |
| 91 | 20-25 | | | |
| 92 | 2-25 | | | |
| 93 | 2-25 | | | |
| 94 | 10-25 | | 94 | 10-25 |
| 95 | 2-22 | | 95 | 2-6 |
| 96 | 11-25 | | 96 | 11-25 |
| 97 | 2 | | 97 | 1-2 |
| 97 | 20-21 | | 97 | 20-21 |
| 97 | 23-25 | | 97 | 23-25 |
| 98 | 2-25 | | 98 | 22-25 |
| 99 | 2-25 | | 99 | 1-25 |
| 100 | 2-25 | | 100 | 2-15 |
| 101 | 2-25 | | | |
| 102 | 2-25 | | | |
| 103 | 2-25 | | | |
| 104 | 2-3 | | | |
| 104 | 22-25 | | 104 | 22-25 |
| 105 | 2-25 | | | |
| 106 | 2-12 | | | |
| 107 | 2-25 | | | |
| 108 | 2-25 | | | |
| 109 | 2-14 | | | |
| 109 | 16-25 | | | |
| 110 | 2-25 | | | |
| 111 | 2-6 | | | |
| 111 | 12-20 | | | |
| 111 | 22-25 | | | |
| 112 | 2-25 | | 112 | 10-23 |
| 113 | 2-25 | | | |
| 114 | 2-25 | | 114 | 11-13 |
| 115 | 2-25 | | | |
| 116 | 2-13 | | 116 | 10-18 |
| 116 | 16-21 | | | |
| 116 | 25 | | | |
| 117 | 2-25 | | | |

| Plaintiffs' Designations | | Defendants' Counterdesignations | Defendants' Objections | |
|---|---|---|---|---|
| 118 | 3-25 | | | |
| 119 | 2-25 | | | |
| 120 | 2-15 | | | |
| 120 | 20-24 | | | |
| 121 | 3-25 | | | |
| 122 | 2-3 | | | |
| 122 | 7-19 | | | |
| 122 | 21-25 | | | |
| 123 | 2-23 | | 123 | 17-25 |
| 123 | 25 | | | |
| 124 | 2-25 | | 124 | 1-25 |
| 125 | 2-7 | | | |
| 125 | 10-25 | | 125 | 12-25 |
| 126 | 2-25 | | 126 | 1-12 |
| 127 | 2-18 | | | |
| 128 | 9-25 | | | |
| 129 | 2-25 | | | |
| 130 | 2-3 | | | |
| 130 | 9-20 | | | |
| 130 | 23-25 | | | |
| 131 | 14-25 | | | |
| 132 | 2-25 | | | |
| 133 | 2-25 | | | |
| 134 | 2-10 | | | |
| 134 | 16-25 | | 134 | 16-23 |
| 135 | 2-25 | | | |
| 136 | 2-23 | | | |
| 136 | 25 | | | |
| 137 | 2-25 | | 137 | 21-25 |
| 138 | 2-25 | | 138 | 1-5 |
| 139 | 2-25 | | | |
| 140 | 2-25 | | | |
| 141 | 2-25 | | 141 | 10-18 |
| 142 | 2-25 | | | |
| 143 | 2-25 | | | |
| 144 | 2-25 | | | |
| 145 | 2-25 | | 145 | 24-25 |
| 146 | 2-5 | | 146 | 2-5 |
| 146 | 7-23 | | 146 | 22-25 |
| 147 | 2-17 | | 147 | 1-11 |
| 149 | 18-23 | | | |
| 150 | 5-15 | | 150 | 13-18 |

5

| Plaintiffs' Designations | | Defendants' Counterdesignations | Defendants' Objections | |
|---|---|---|---|---|
| 150 | 17-25 | | | |
| 151 | 2-25 | | | |
| 152 | 2-8 | | | |
| | | | 152 | 25 |
| 153 | 5-19 | | 153 | 1-10 |
| 154 | 3-14 | | | |
| 154 | 25 | | | |
| 155 | 2-25 | | | |
| 156 | 2-25 | | | |
| 157 | 2-25 | | | |
| 158 | 2-25 | | | |
| 159 | 2-25 | | | |
| 160 | 2 | | | |
| 160 | 14-25 | | | |
| 161 | 2-25 | | | |
| 162 | 2-25 | | | |
| 163 | 2-25 | | | |
| 164 | 2-25 | | | |
| 165 | 2-7 | | | |
| 165 | 12-25 | | | |
| 166 | 2-25 | | | |
| 167 | 2-3 | | | |
| 167 | 5-25 | | | |
| 168 | 2-7 | | | |
| 168 | 14-19 | | 168 | 14-19 |
| 169 | 10-16 | | | |
| 169 | 23-25 | | 169 | 23-25 |
| 170 | 2-25 | | 170 | 20-25 |
| 171 | 2-5 | | 171 | 1-5 |
| 171 | 11-25 | | 171 | 11-20 |
| 172 | 2-25 | | | |
| 173 | 2-25 | | | |
| 174 | 2-25 | | | |
| 175 | 2-25 | | | |
| 176 | 2-7 | | | |
| 176 | 10-13 | | 176 | 10-13 |
| 176 | 16-25 | | 176 | 16-25 |
| 177 | 2-7 | | 177 | 1-7 |
| 177 | 10-25 | | 177 | 10-25 |
| 178 | 2-23 | | 178 | 1-23 |
| 179 | 2-23 | | 179 | 2-23 |
| 180 | 3-25 | | | |

| Plaintiffs' Designations | | Defendants' Counterdesignations | Defendants' Objections | |
|---|---|---|---|---|
| 181 | 5-8 | | 181 | 4-25 |
| 181 | 10 | | | |
| 184 | 6-13 | | | |
| 184 | 15-25 | | | |
| 185 | 2-25 | | | |
| 186 | 2-25 | | | |
| 187 | 2-25 | | | |
| 188 | 2-25 | | 188 | 5-12 |
| | | | 188 | 25 |
| 189 | 2-15 | | 189 | 1-15 |
| 189 | 21-25 | | 189 | 21-25 |
| 190 | 2-25 | | 190 | 18-25 |
| 191 | 2-7 | | 191 | 1-7 |
| 191 | 9-25 | | | |
| 192 | 2-25 | | | |
| 193 | 2-16 | | | |
| 193 | 19-25 | | | |
| 194 | 2-23 | | | |
| 195 | 5-25 | | | |
| 196 | 2-8 | | | |
| 196 | 16-25 | | | |
| 197 | 2-17 | | | |
| 197 | 20-25 | | | |
| 198 | 2-25 | | | |
| 199 | 2-14 | | | |
| 200 | 2-25 | | | |
| 201 | 2-17 | | | |
| 201 | 21-25 | | | |
| 202 | 2-15 | | | |
| 202 | 19-25 | | | |
| 203 | 2-25 | | | |
| 204 | 2-25 | | | |
| 205 | 2-25 | | | |
| 206 | 2-25 | | | |
| 207 | 2-25 | | | |
| 208 | 2-21 | | | |
| 209 | 5-8 | | 209 | 5-8 |
| 209 | 11-20 | | 209 | 10-20 |
| 209 | 23-25 | | 209 | 23-24 |
| 210 | 2-5 | | 210 | 2-5 |
| 210 | 8-17 | | | |
| 210 | 22-25 | | | |

| Plaintiffs' Designations | | Defendants' Counterdesignations | Defendants' Objections | |
|---|---|---|---|---|
| 211 | 2-22 | | 211 | 16-22 |
| 211 | 25 | | 211 | 25 |
| 212 | 2-7 | | 212 | 1-7 |
| 212 | 20-23 | | | |
| 212 | 25 | | | |
| 213 | 2-21 | | | |
| 213 | 24-25 | | | |
| 214 | 2-13 | | | |
| 214 | 16-25 | | | |
| 215 | 2 | | | |
| 215 | 5-9 | | | |
| 215 | 11-25 | | | |
| 216 | 2-16 | | | |
| 216 | 19-25 | | | |
| 217 | 2-25 | | | |
| 218 | 2-25 | | | |
| 219 | 2-4 | | | |
| 220 | 3-23 | | 220 | 10-13 |
| 221 | 10-25 | | | |
| 222 | 2-25 | | | |
| 223 | 2-8 | | | |
| 223 | 15-21 | | 223 | 19-21 |
| 223 | 25 | | 223 | 25 |
| 224 | 2-3 | | 224 | 1-3 |
| 224 | 17-19 | | 224 | 17-19 |
| 224 | 22-25 | | 224 | 22-25 |
| 225 | 2-24 | | | |
| 226 | 8-25 | | | |
| 227 | 2-4 | | | |
| 227 | 6-18 | | 227 | 14-18 |
| 227 | 22-25 | | 227 | 22-23 |
| 228 | 2-3 | | | |
| 228 | 5-25 | | | |
| 229 | 2-20 | | | |
| 230 | 2-5 | | 230 | 2-5 |
| 230 | 9-25 | | 230 | 9-20 |
| 231 | 2-5 | | | |
| 231 | 21-25 | | | |
| 232 | 2-25 | | | |
| 234 | 13-22 | | 234 | 13-22 |
| 234 | 25 | | 234 | 25 |
| 235 | 2-15 | | 235 | 1-2 |

8

| Plaintiffs' Designations | | Defendants' Counterdesignations | Defendants' Objections | |
|---|---|---|---|---|
| 235 | 24-25 | | | |
| 236 | 2-14 | | 236 | 8-14 |
| 236 | 17-25 | | | |
| 237 | 2-19 | | 237 | 2-19 |
| 237 | 22-25 | | 237 | 22-25 |
| 238 | 2-25 | | 238 | 1-6 |
| | | | 238 | 22-25 |
| 239 | 2-5 | | 239 | 1-8 |
| 239 | 7-8 | | | |
| 239 | 20-21 | | | |
| 239 | 24-25 | | | |
| 240 | 2-25 | | | |
| 241 | 2 | | | |
| 241 | 4-25 | | | |
| 242 | 2-14 | | | |
| 242 | 17-23 | | | |
| 243 | 2-25 | | | |
| 244 | 4-25 | | 244 | 23-25 |
| 245 | 2 | | 245 | 1-2 |
| 245 | 5-8 | | 245 | 5-8 |
| 245 | 11-19 | | 245 | 11-12 |
| 248 | 6-25 | | | |
| 249 | 7-21 | | 249 | 15-21 |
| 249 | 24-25 | | 249 | 24-25 |
| 250 | 2-25 | | | |
| 251 | 2-19 | | | |
| 251 | 22-25 | | | |
| 252 | 2-25 | | | |
| 253 | 2-25 | | 253 | 21-25 |
| 254 | 2 | | 254 | 1-2 |
| 254 | 8-25 | | | |
| 255 | 2-25 | | | |
| 256 | 2-4 | | | |
| 256 | 14-25 | | | |
| 257 | 2-6 | | | |
| 259 | 8-15 | | | |
| 259 | 24-25 | | | |
| 260 | 2-9 | | | |
| 260 | 14-25 | | | |
| 261 | 2-25 | | 261 | 4-15 |
| 262 | 2-19 | | | |
| 263 | 3-25 | | 263 | 14-25 |

| Plaintiffs' Designations | | Defendants' Counterdesignations | Defendants' Objections | |
|---|---|---|---|---|
| 264 | 2-25 | | 264 | 1-24 |
| 265 | 2-8 | | | |
| 265 | 11-17 | | | |
| 265 | 20-23 | | | |
| 266 | 10-21 | | | |
| 266 | 23-25 | | | |
| 267 | 2-24 | | | |
| 268 | 4-6 | | | |
| 268 | 17-25 | | | |
| 269 | 2-25 | | | |
| 270 | 2-25 | | | |
| 271 | 2-25 | | | |
| 272 | 2-25 | | | |
| 273 | 2-25 | | | |
| 274 | 2-25 | | | |
| 275 | 2-25 | | | |
| 276 | 2-25 | | | |
| 277 | 2-25 | | | |
| 278 | 2-25 | | | |
| 279 | 2-4 | | | |
| 279 | 17-25 | | | |
| 280 | 2-9 | | | |
| 281 | 2-23 | | | |
| 285 | 6-25 | | 285 | 14-17 |
| 286 | 2-25 | | 286 | 16-25 |
| 287 | 2-25 | | 287 | 1-14 |
| 288 | 2-12 | | | |
| 288 | 14-25 | | | |
| 289 | 2-21 | | | |
| 291 | 4-10 | | | |
| 291 | 13-17 | | | |
| 291 | 25 | | | |
| 292 | 2-25 | | | |
| 293 | 2-25 | | | |
| 294 | 12-17 | | | |
| 294 | 19-23 | | | |
| 295 | 3-25 | | | |
| 296 | 2-13 | | | |
| 297 | 21-25 | | | |
| 298 | 2-7 | | | |
| 298 | 19-24 | | | |
| 299 | 2-16 | | | |

10

| Plaintiffs' Designations | | Defendants' Counterdesignations | Defendants' Objections | |
|---|---|---|---|---|
| 299 | 24-25 | | | |
| 300 | 2-15 | | | |
| 300 | 17-25 | | | |
| 301 | 2-3 | | | |
| 301 | 5-25 | | | |
| 302 | 2-6 | | | |
| 302 | 13-25 | | | |
| 303 | 2-25 | | | |
| 304 | 2-25 | | | |
| 305 | 2-25 | | | |
| 306 | 2-25 | | | |
| 307 | 2-18 | | | |
| 307 | 20-25 | | | |
| 308 | 2 | | | |
| 308 | 18-21 | | | |
| 308 | 24-25 | | | |
| 309 | 2-25 | | | |
| 310 | 2-21 | | | |
| 310 | 25 | | | |
| 311 | 2-7 | | | |
| 311 | 11-25 | | | |
| 312 | 2-25 | | | |
| 313 | 2-25 | | | |
| 314 | 2 | | | |
| 314 | 15-25 | | | |
| 315 | 2 | | | |
| 316 | 9-14 | | 316 | 9-14 |
| 316 | 17-25 | | 316 | 17-25 |
| 317 | 2-4 | | 317 | 2-4 |
| 317 | 9-12 | | 317 | 9-12 |
| 317 | 15-20 | | 317 | 15-20 |
| 317 | 23-25 | | 317 | 24-25 |
| 318 | 2-16 | | 318 | 1-24 |
| 318 | 19-25 | | | |
| 319 | 2-3 | | | |
| 319 | 5-25 | | | |
| 320 | 2-10 | | 320 | 5-12 |
| 320 | 12-24 | | | |
| 321 | 16-25 | | | |
| 322 | 2-13 | | | |
| 322 | 15-20 | | | |
| 323 | 13-25 | | | |

| Plaintiffs' Designations | | Defendants' Counterdesignations | Defendants' Objections |
|---|---|---|---|
| 324 | 2-7 | | |
| 324 | 13-25 | | |
| 325 | 2-25 | | |
| 326 | 2-25 | | |
| 327 | 2-12 | | |
| 327 | 16-25 | | |
| 328 | 2-4 | | |
| 328 | 6-16 | | |

**EXHIBIT 3**



Deposition of Etienne de Villiers
January 9, 2008

| Plaintiffs' Designations | | Defendants' Counterdesignations | | Defendants' Objections | |
|---|---|---|---|---|---|
| Page | Line(s) | Page | Line(s) | Page | Line(s) |
| 389 | 13-25 | | | | |
| 390 | 2-16 | | | | |
| 390 | 25 | | | | |
| 391 | 2-25 | | | | |
| 392 | 2-25 | | | | |
| 393 | 2-12 | | | | |
| 393 | 20-25 | | | | |
| 394 | 2-4 | | | | |
| 394 | 6-10 | | | | |
| 394 | 13-25 | | | | |
| 395 | 2-25 | | | | |
| 396 | 2-25 | | | | |
| 397 | 2-25 | | | | |
| 398 | 2-25 | | | | |
| 399 | 2-12 | | | | |
| 399 | 19-25 | | | | |
| 400 | 2-25 | | | | |
| 401 | 2-25 | | | | |
| 402 | 2-25 | | | | |
| 403 | 2-25 | | | | |
| 404 | 2-7 | | | | |
| 404 | 9-18 | | | | |
| 404 | 20-25 | | | | |
| 405 | 2-16 | | | | |
| 405 | 18-24 | | | | |
| 406 | 2-18 | | | | |
| 406 | 2025 | | | | |
| 407 | 2-11 | | | | |
| 407 | 19-25 | | | | |
| 408 | 2-4 | | | | |
| 408 | 6-25 | | | | |
| 409 | 2-16 | | | | |
| 410 | 5-11 | | | | |
| 410 | 13-25 | | | | |
| 411 | 2-25 | | | | |
| 412 | 2-14 | | | | |
| 413 | 9-25 | | | | |
| 414 | 2-23 | | | | |

1

| Plaintiffs' Designations | | Defendants' Counterdesignations | Defendants' Objections | |
|---|---|---|---|---|
| 419 | 14-24 | | | |
| 420 | 15-19 | | | |
| 420 | 24-25 | | | |
| 421 | 7-25 | | | |
| 422 | 2-25 | | 422 | 11-25 |
| 423 | 2-6 | | 423 | 1-7 |
| 423 | 15-21 | | | |
| 423 | 25 | | | |
| 424 | 2-17 | | | |
| 424 | 19-25 | | | |
| 425 | 2-20 | | | |
| 425 | 22-25 | | | |
| 426 | 2-21 | | | |
| 426 | 25 | | | |
| 427 | 2-22 | | | |
| 427 | 24-25 | | | |
| 428 | 2-11 | | | |
| 428 | 14-22 | | | |
| 428 | 25 | | | |
| 429 | 2-25 | | | |
| 430 | 2-7 | | | |
| 430 | 10-20 | | | |
| 430 | 23-25 | | | |
| 431 | 2-9 | | | |
| 431 | 11-25 | | | |
| 432 | 2-16 | | | |
| 433 | 6-10 | | | |
| 433 | 13-25 | | | |
| 434 | 2-25 | | | |
| 435 | 2-5 | | | |
| 435 | 7-25 | | | |
| 436 | 2-24 | | 436 | 1-24 |
| 437 | 3-25 | | 437 | 3-4 |
| 438 | 2-25 | | | |
| 439 | 2-3 | | | |
| 439 | 6-12 | | | |
| 439 | 14-25 | | | |
| 440 | 2-19 | | 440 | 17-22 |
| 440 | 21-25 | | | |
| 441 | 2-14 | | | |
| 441 | 16-25 | | | |
| 442 | 2-3 | | | |

| Plaintiffs' Designations | | Defendants' Counterdesignations | | Defendants' Objections | |
|---|---|---|---|---|---|
| 442 | 11-25 | | | | |
| 443 | 3-14 | | | | |
| 443 | 16-25 | | | | |
| 444 | 2-8 | | | | |
| 444 | 15-21 | | | | |
| 444 | 24-25 | | | | |
| 445 | 21-25 | | | | |
| 446 | 2-23 | | | | |
| 446 | 25 | | | | |
| 447 | 2-11 | | | 447 | 8-11 |
| 447 | 16-25 | | | | |
| 448 | 2-7 | | | | |
| 448 | 13 | | | | |
| 448 | 15-25 | | | | |
| 449 | 2-13 | | | | |
| | | 449 | 15-18 | | |
| 450 | 11-18 | | | | |
| 450 | 20-25 | | | | |
| 451 | 17-25 | | | | |
| 452 | 2-4 | | | | |
| 452 | 6-20 | | | | |
| 453 | 3-25 | | | | |
| 454 | 2-7 | | | | |
| 454 | 9-25 | | | | |
| 455 | 2 | | | | |
| 455 | 4-5 | | | | |
| 455 | 8-12 | | | | |
| 456 | 16-19 | | | | |
| 456 | 23-25 | | | | |
| 457 | 2-7 | | | | |
| 457 | 9-25 | | | | |
| 458 | 2 | | | | |
| 458 | 5-25 | | | | |
| 459 | 2-9 | | | | |
| 459 | 12-25 | | | | |
| 460 | 2-25 | | | | |
| 461 | 2-23 | | | | |
| 462 | 12-20 | | | | |
| 463 | 6-11 | | | | |
| 463 | 13-25 | | | | |
| 464 | 2-25 | | | | |
| 465 | 2-25 | | | | |

| Plaintiffs' Designations | | Defendants' Counterdesignations | Defendants' Objections |
|:---:|:---:|:---:|:---:|
| 466 | 2-25 | | |
| 467 | 2-25 | | |
| 468 | 2-11 | | |
| 469 | 14-25 | | |
| 470 | 2-25 | | |
| 471 | 2-10 | | |
| 471 | 16-25 | | |
| 472 | 2 | | |
| 472 | 5-8 | | |
| 472 | 10-20 | | |
| 472 | 25 | | |
| 473 | 2 | | |
| 473 | 17-25 | | |
| 474 | 3-23 | | |
| 474 | 25 | | |
| 475 | 2-13 | | |
| 475 | 23-25 | | |
| 476 | 2-11 | | |
| 476 | 15-17 | | |
| 476 | 20-25 | | |
| 477 | 2-25 | | |
| 478 | 2-25 | | |
| 479 | 2-4 | | |
| 479 | 6-16 | | |
| 479 | 18-25 | | |
| 480 | 2-25 | | |
| 481 | 2-4 | | |
| 481 | 6-25 | | |
| 482 | 4-25 | | |
| 483 | 2-8 | | |
| 483 | 14-17 | | |
| 484 | 4-5 | | |
| 484 | 8 | | |
| 484 | 17-21 | | |
| 484 | 23-25 | | |
| 485 | 2-25 | | |
| 486 | 2-11 | | |
| 486 | 14-20 | | |
| 486 | 23-25 | | |
| 487 | 4-5 | | |
| 487 | 11-25 | | |
| 488 | 2-25 | | |

| Plaintiffs' Designations | | Defendants' Counterdesignations | | Defendants' Objections | |
|---|---|---|---|---|---|
| 489 | 2-24 | | | 489 | 22-24 |
| 490 | 2-5 | | | 490 | 1-5 |
| 490 | 7-25 | | | 490 | 11-20 |
| 491 | 2-13 | | | 491 | 11-13 |
| 491 | 15-25 | | | | |
| 492 | 2-5 | | | | |
| 492 | 9 | | | | |
| 492 | 15-18 | | | 492 | 15-18 |
| 492 | 22-25 | | | 492 | 22-25 |
| 493 | 2-16 | | | 493 | 1-21 |
| 493 | 19-21 | | | | |
| 493 | 23-25 | | | | |
| 494 | 2-12 | | | 494 | 5-25 |
| 494 | 14-21 | | | | |
| 494 | 23-25 | | | | |
| 495 | 2-5 | | | 495 | 1-7 |
| 495 | 7-25 | | | | |
| 496 | 2-7 | | | 496 | 4-7 |
| 496 | 11-18 | | | 496 | 11-18 |
| 496 | 20-24 | | | 496 | 20-24 |
| 498 | 10-25 | | | | |
| 499 | 2-25 | | | | |
| 500 | 2-12 | | | | |
| 500 | 14-25 | | | | |
| 501 | 2-25 | | | | |
| 502 | 17-25 | | | 502 | 17-25 |
| 503 | 2-5 | | | 503 | 1-3 |
| 503 | 18-25 | | | | |
| 504 | 2-25 | | | | |
| | | 505 | 2-9 | | |
| 505 | 14-25 | | | | |
| 506 | 4-22 | | | | |
| 507 | 21-23 | | | | |
| 507 | 25 | | | | |
| 508 | 2-9 | | | 508 | 2-9 |
| 508 | 12-25 | | | | |
| 509 | 2 | | | | |
| 509 | 9-25 | | | 509 | 9-14 |
| 510 | 2-22 | | | | |
| 510 | 25 | | | | |
| 511 | 2-21 | | | | |
| 511 | 24-25 | | | | |

| Plaintiffs' Designations | | Defendants' Counterdesignations | | Defendants' Objections | |
|---|---|---|---|---|---|
| 512 | 2-25 | | | 512 | 18-22 |
| 513 | 2-25 | | | | |
| 514 | 2-20 | | | | |
| 514 | 22-25 | | | | |
| 515 | 2-11 | | | 515 | 8-14 |
| 515 | 13-25 | | | 515 | 22-25 |
| 516 | 2 | 516 | 2 | | |
| 516 | 15-20 | | | | |
| 516 | 22-25 | | | | |
| 517 | 2-25 | | | | |
| 518 | 2-25 | | | | |
| 519 | 2-25 | | | 519 | 9-15 |
| 520 | 2-25 | | | 520 | 18-24 |
| 521 | 2-25 | | | 521 | 24-35 |
| 522 | 2-5 | | | 522 | 1-9 |
| 522 | 9-25 | | | | |
| 523 | 2-25 | | | | |
| 524 | 2-24 | | | | |
| 525 | 3-7 | | | | |
| 525 | 24-25 | | | | |
| 526 | 2-4 | | | 526 | 1-11 |
| 526 | 9-25 | | | | |
| 527 | 2-25 | | | 527 | 3-10 |
| | | | | 527 | 20-25 |
| 528 | 2-25 | | | 528 | 2-11 |
| 529 | 2-25 | | | | |
| 530 | 2-11 | | | 530 | 3-8 |
| 530 | 21-25 | | | | |
| 531 | 2-6 | | | | |
| 531 | 12-25 | | | | |
| 532 | 2-5 | | | | |
| 532 | 7-25 | | | 532 | 16-21 |
| 533 | 2-25 | | | 533 | 6-24 |
| 534 | 2-5 | | | | |
| 534 | 9-20 | | | 534 | 9-20 |
| 534 | 24-25 | | | | |
| 535 | 2-25 | | | 535 | 2-7 |
| 536 | 2-25 | | | 536 | 15-21 |
| 537 | 2-25 | | | | |
| 538 | 2 | | | | |
| 538 | 17-25 | | | | |
| 539 | 2-8 | | | | |

| Plaintiffs' Designations | | Defendants' Counterdesignations | | Defendants' Objections | |
|---|---|---|---|---|---|
| 539 | 11-17 | | | 539 | 11-17 |
| 539 | 21-25 | | | | |
| 540 | 2-19 | | | 540 | 10-19 |
| 541 | 2-25 | | | | |
| 542 | 2-25 | | | | |
| 543 | 2-25 | | | | |
| 544 | 2-14 | | | | |
| 544 | 18-25 | | | | |
| 545 | 2-15 | | | | |
| 545 | 20-25 | | | | |
| 546 | 2-25 | | | | |
| 547 | 2-25 | | | 547 | 22-25 |
| 548 | 2 | | | 548 | 1-3 |
| 548 | 10-25 | | | 548 | 10-25 |
| 549 | 2-25 | | | 549 | 1-2 |
| 550 | 2-21 | | | 550 | 16-21 |
| 551 | 18-25 | | | | |
| 552 | 2-15 | | | | |
| 554 | 8-25 | | | | |
| 555 | 2-9 | | | | |
| 555 | 16-21 | | | 555 | 16-21 |
| 555 | 24-25 | | | 555 | 24-25 |
| 556 | 2-25 | | | 556 | 2-5 |
| 557 | 2-11 | | | | |
| 558 | 16-25 | | | | |
| 559 | 2-13 | | | | |
| 559 | 20-25 | | | | |
| 560 | 2-25 | | | 560 | 6-13 |
| 561 | 2-25 | | | | |
| 562 | 2-25 | | | | |
| 563 | 2-5 | | | | |
| 563 | 7-25 | | | | |
| 564 | 2-25 | | | | |
| 565 | 2-25 | | | | |
| 566 | 2-25 | | | | |
| 567 | 2-25 | | | 567 | 2-8 |
| 568 | 5-23 | | | | |
| 569 | 2-10 | | | | |
| | | 569 | 11-14 | | |
| 569 | 16-23 | | | | |
| 569 | 25 | | | | |
| 570 | 2-25 | | | | |

| Plaintiffs' Designations | | Defendants' Counterdesignations | Defendants' Objections | |
|---|---|---|---|---|
| 571 | 2-25 | | | |
| 572 | 2-5 | | | |
| 572 | 10-25 | | | |
| 573 | 2-25 | | | |
| 574 | 2-25 | | | |
| 575 | 2-18 | | | |
| 575 | 21-24 | | | |
| 576 | 3-25 | | | |
| 577 | 2-17 | | 577 | 12-17 |
| 577 | 21-25 | | 577 | 21-25 |
| 578 | 2-8 | | 578 | 2-5 |
| 578 | 11-25 | | | |
| 579 | 2-7 | | | |
| 579 | 9-14 | | | |
| 579 | 23-25 | | | |
| 580 | 2-25 | | | |
| 581 | 2-6 | | 581 | 2-25 |
| 581 | 14-25 | | | |
| 582 | 2-14 | | 582 | 2-14 |
| 582 | 19-25 | | 582 | 19-25 |
| 583 | 2-25 | | | |
| 584 | 2-8 | | | |
| 584 | 14-25 | | | |
| 585 | 2-25 | | | |
| 586 | 2-25 | | 586 | 8-14 |
| 587 | 2 | | | |
| 587 | 6-25 | | 587 | 23-25 |
| 588 | 2-25 | | 588 | 2-7 |
| 589 | 2-4 | | | |
| 589 | 6-25 | | 589 | 16-25 |
| 590 | 2 | | 590 | 2 |
| 590 | 6-25 | | 590 | 6-25 |
| 591 | 2-25 | | | |
| 592 | 2-4 | | | |
| 592 | 8-21 | | 592 | 18-21 |
| 593 | 2-14 | | 593 | 2-5 |
| | | | 593 | 11-14 |
| 593 | 18-19 | | 593 | 18-19 |
| 594 | 5-10 | | 594 | 5-10 |
| 594 | 13-25 | | 594 | 13-16 |
| 595 | 4-25 | | | |
| 596 | 2-25 | | 596 | 13-25 |

| Plaintiffs' Designations | | Defendants' Counterdesignations | Defendants' Objections | |
|---|---|---|---|---|
| 597 | 4-25 | | 597 | 1-7 |
| 598 | 2-25 | | | |
| 599 | 2-5 | | | |
| 599 | 14-25 | | | |
| 600 | 2-10 | | | |
| 600 | 17-25 | | | |
| 601 | 2-12 | | | |
| 601 | 19-25 | | | |
| 602 | 2-25 | | | |
| 603 | 2-11 | | 603 | 3-11 |
| 603 | 14-21 | | 603 | 14-21 |
| 604 | 3-25 | | | |
| 605 | 2-6 | | | |
| 605 | 21-25 | | | |
| 606 | 2-5 | | | |
| 606 | 8-25 | | | |
| 607 | 2-25 | | | |
| 608 | 2-24 | | | |
| 610 | 10-25 | | | |
| 611 | 2-25 | | | |
| 612 | 2-7 | | | |
| 613 | 23-25 | | | |
| 614 | 2-24 | | | |
| 615 | 2-25 | | | |
| 616 | 2-25 | | 616 | 21-25 |
| 617 | 2-25 | | 617 | 1-12 |
| 618 | 2-25 | | | |
| 619 | 9-16 | | | |
| 619 | 23-25 | | | |
| 620 | 2-25 | | | |
| 621 | 2-25 | | | |
| 622 | 2-7 | | | |
| 622 | 11-25 | | 622 | 20-25 |
| 623 | 2-25 | | 623 | 1-11 |
| 624 | 2-12 | | | |
| 625 | 7-9 | | | |
| 625 | 11-23 | | | |
| 626 | 4-22 | | | |
| 627 | 4-25 | | | |
| 628 | 2-25 | | | |
| 629 | 2-25 | | | |
| 630 | 2-11 | | | |

| Plaintiffs' Designations | | Defendants' Counterdesignations | Defendants' Objections | |
|---|---|---|---|---|
| 630 | 14-25 | | | |
| 631 | 2-22 | | | |
| 631 | 24-25 | | | |
| 632 | 2-5 | | | |
| 633 | 2-5 | | | |
| 633 | 20-22 | | | |
| 634 | 12-25 | | | |
| 635 | 2-7 | | | |
| 635 | 13-25 | | | |
| 636 | 2-25 | | 636 | 6-8 |
| 637 | 2-11 | | 637 | 8-11 |
| 637 | 14-25 | | | |
| 638 | 2-25 | | | |
| 639 | 2 | | | |
| 639 | 5-25 | | | |
| 640 | 2-25 | | | |
| 641 | 2-25 | | | |
| 642 | 2-11 | | | |
| 643 | 6-25 | | | |
| 644 | 2-25 | | | |
| 645 | 2-25 | | | |
| 646 | 2-25 | | | |
| 647 | 2-25 | | | |
| 648 | 2-13 | | | |
| 649 | 2-25 | | | |
| 650 | 2-25 | | | |
| 651 | 2-25 | | | |
| 652 | 2-3 | | | |
| 652 | 13-25 | | | |
| 653 | 2-12 | | | |
| 653 | 21-25 | | | |
| 654 | 2-25 | | | |
| 655 | 2-25 | | | |
| 656 | 2-18 | | 656 | 15-25 |
| 656 | 23-25 | | | |
| 657 | 2-21 | | 657 | 1-16 |
| 657 | 23-25 | | | |
| 658 | 2-25 | | 658 | 15-25 |
| 659 | 3-25 | | 659 | 1-25 |
| 660 | 2-11 | | 660 | 1-15 |
| 660 | 15-25 | | | |
| 661 | 2-13 | | | |

10

| Plaintiffs' Designations | | Defendants' Counterdesignations | Defendants' Objections | |
|------|-------|------|------|------|
| 661 | 18-20 | | 661 | 18-20 |
| 661 | 24-25 | | | |
| 662 | 2-25 | | | |
| 663 | 2-13 | | | |
| 663 | 19-21 | | | |
| 664 | 8-18 | | | |
| 664 | 23-25 | | | |
| 665 | 2-25 | | | |
| 666 | 2-25 | | | |
| 667 | 2-25 | | | |
| 668 | 2-4 | | | |
| 668 | 7-20 | | | |
| 668 | 23-25 | | | |
| 669 | 2-25 | | | |
| 670 | 2-25 | | | |
| 671 | 2-21 | | | |
| 672 | 3-7 | | | |
| 672 | 9-25 | | | |
| 673 | 2-25 | | | |
| 674 | 2-8 | | | |
| 674 | 12-22 | | | |
| 675 | 4-6 | | | |
| 675 | 19-25 | | | |
| 676 | 4-25 | | | |
| 677 | 2-3 | | | |
| 677 | 16-25 | | 677 | 16-25 |
| 678 | 2 | | | |
| 678 | 4-25 | | 678 | 4-25 |
| 679 | 2-3 | | 679 | 2-3 |
| 679 | 5-20 | | 679 | 5-20 |
| 679 | 25 | | 679 | 25 |
| 680 | 2 | | | |
| 680 | 4-25 | | 680 | 4-25 |
| 681 | 2-6 | | 681 | 2-6 |
| 681 | 8-20 | | 681 | 8-20 |
| 681 | 23-25 | | 681 | 23-25 |
| 682 | 5-21 | | 682 | 5-21 |
| 683 | 4-25 | | 683 | 4-25 |
| 684 | 2-25 | | 684 | 2-19 |
| 685 | 2 | | | |
| 685 | 9-25 | | | |
| 686 | 2-25 | | | |

| Plaintiffs' Designations | | Defendants' Counterdesignations | | Defendants' Objections | |
|---|---|---|---|---|---|
| 687 | 2-25 | | | | |
| 688 | 2-16 | | | 688 | 2-10 |
| 688 | 20-25 | | | | |
| 689 | 2-14 | | | | |
| 689 | 20-22 | | | | |
| 689 | 24-25 | | | | |
| 690 | 2-25 | | | | |
| 691 | 2-8 | | | | |
| 691 | 15-25 | | | | |
| 692 | 2-25 | | | | |
| 693 | 2 | | | | |
| 695 | 10-25 | | | | |
| 696 | 2-17 | | | | |
| 697 | 8-25 | | | | |
| 698 | 2-25 | | | | |
| 699 | 11-25 | | | | |
| 700 | 2-25 | | | | |
| 701 | 2-25 | | | | |
| 702 | 2-11 | | | | |
| 704 | 2-25 | | | | |
| 705 | 2-25 | | | | |
| 706 | 2-25 | | | | |
| 707 | 3-7 | | | | |
| 707 | 17-22 | | | | |
| 708 | 9-16 | | | | |
| 710 | 4-25 | | | | |
| 711 | 2-25 | | | 711 | 5-25 |
| 712 | 2-13 | | | 712 | 7-13 |
| 712 | 23-25 | | | 712 | 23-25 |
| 713 | 2-25 | | | 713 | 2-25 |
| 714 | 2-25 | | | 714 | 1-12 |
| | | | | 714 | 16-25 |
| 715 | 2-19 | | | 715 | 1-19 |
| 716 | 4-13 | | | 716 | 4-13 |
| | | 717 | 4-8 | | |
| 717 | 14-25 | | | | |
| 718 | 4-8 | | | | |
| 719 | 25 | | | | |
| 720 | 2-25 | | | | |
| 722 | 16-25 | | | 722 | 16-25 |
| 723 | 2-25 | | | 723 | 1-10 |
| | | | | 723 | 15-25 |

| Plaintiffs' Designations | | Defendants' Counterdesignations | Defendants' Objections | |
|---|---|---|---|---|
| 724 | 2-25 | | 724 | 2-25 |
| 725 | 2-25 | | 725 | 1-15 |
| 726 | 2-7 | | | |