# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE
P. O. BOX 1150
WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

June 19, 2008

The Honorable Gregory M. Sleet  **BY ELECTRONIC FILING**
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

    Re:    *Deutscher Tennis Bund, et al. v. ATP Tour, Inc., et al.,*
            C.A. No. 07-178-GMS

Dear Chief Judge Sleet:

    In anticipation of the discovery teleconference scheduled for Friday, June 20, 2008 at 10:00 a.m. in the above captioned-matter, the parties jointly submit the following item to be presented to the Court:

Defendants' Issue:

- Defendants request to depose Robert MacGill, Esquire, counsel for the Plaintiffs, regarding certain specific and limited matters that occurred after the discovery cut-off.

                                      Respectfully submitted,

                                        */s/ Philip Trainer, Jr. (#2788)*

                                        Philip Trainer, Jr. (#2788)

cc:    Clerk of Court (by e-filing)
        Barr Flinn, Esquire (by e-email)
        Robert MacGill, Esquire (by e-mail)

{00224249;v1}