IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEUTSCHER TENNIS BUND, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-178 |
| | ) | |
| ATP TOUR, INC., et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

At the Pretrial Conference in this case, the parties failed to agree on the preliminary jury instruction summarizing applicable law. (*See* D.I. 143, Final Am. Pretrial Order Ex. 8(a)(1) at 7-11 (Preliminary Instruction 6).)

IT IS HEREBY ORDERED that:

As to Preliminary Instruction 6, the defendants' objections are OVERRULED, the plaintiffs' objections are SUSTAINED, and the plaintiffs' proposed preliminary instruction 6, summary of applicable law, is ADOPTED.

Dated: July 18, 2008          /s/ Gregory M. Sleet
                              CHIEF, UNITED STATES DISTRICT JUDGE