IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------- X
DEUTSCHER TENNIS BUND (GERMAN :
TENNIS FEDERATION), ROTHENBAUM :  C.A. No. 07-178-GMS
SPORT GMBH, and QATAR TENNIS :
FEDERATION, :
 :
           Plaintiffs, :
 :
  against :
 :
ATP TOUR, INC., ETIENNE DE VILLIERS, :
CHARLES PASARELL, GRAHAM PEARCE, :
JACCO ELTINGH, PERRY ROGERS, and IGGY :
JOVANOVIC, :
 :
           Defendants. :
------------------------------------- X

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, the undersigned moves the admission *pro hac vice* Robert D. Forbes and Alison M. Haddock of Proskauer Rose LLP, 1585 Broadway, New York, New York 10036-8299 in this matter. Pursuant to this Court's Standing Order effective January 1, 2005, a check in the amount of $50.00 is included to cover the annual fees for the attorneys listed above.

                        ASHBY & GEDDES

                        */s/ Philip Trainer, Jr. (# 2788)*
                        Lawrence C. Ashby (# 468)
                        Philip Trainer, Jr. (#2788)
                        Carolyn Hake (#3839)
                        500 Delaware Avenue, 8th Floor
                        P.O. Box 1150
                        Wilmington, DE 19899
                        (302) 654-1888
                        lashby@ashby-geddes.com
                        ptrainer@ashby-geddes.com
                        chake@ashby-geddes.com

Dated: June 20, 2008              *Attorneys for Defendant*

{00230554;v1}

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------X
DEUTSCHER TENNIS BUND (GERMAN
TENNIS FEDERATION), ROTHENBAUM
SPORT GMBH, and QATAR TENNIS
FEDERATION,

     Plaintiffs,

 against

ATP TOUR, INC., ETIENNE DE VILLIERS,
CHARLES PASARELL, GRAHAM PEARCE,
JACCO ELTINGH, PERRY ROGERS, and IGGY
JOVANOVIC,

     Defendants.
------------------------------------X

C.A. No. 07-178-GMS

## ORDER

This _____ day of _____, 2008, the Court having considered the motion for the admission *pro hac vice* of Robert D. Forbes and Alison M. Haddock in the above action; now, therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorney is admitted *pro hac vice*.

_____
Chief Judge

{00230554;v1}

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of New York, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

_____
Robert D. Forbes
Proskauer Rose LLP
1585 Broadway
New York, NY 10036-8299
Phone: (212) 969-3000

Dated: July 20, 2008

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of New York, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

*/s/ Alison M. Haddock*
Alison M. Haddock
Proskauer Rose LLP
1585 Broadway
New York, NY 10036-8299
Phone: (212) 969-3000

Dated: July 20, 2008