IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DEUTSCHER TENNIS BUND (GERMAN )
TENNIS FEDERATION), et al., )
)
            Plaintiffs, )
)
    v. )  C.A. No. 07-178-GMS
)
ATP TOUR, INC., et al, )
)
            Defendants. )

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Dennis P. Stolle, Esq. of Barnes & Thornburg LLP to represent Plaintiffs in this matter.

Pursuant to the Standing Order for District Court Fund, effective January 1, 2005, the annual fee of $25.00 per attorney, is enclosed with this motion.

YOUNG CONAWAY STARGATT & TAYLOR, LLP


      */s/ Karen E. Keller*
C. Barr Flinn (No. 4092)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6600
kkeller@ycst.com
*Attorneys for Plaintiffs*

Dated: July 21, 2008

2

## <u>ORDER GRANTING MOTION</u>

IT IS HEREBY ORDERED counsel's motion for the admission *pro hac vice* of

Dennis P. Stolle, Esq. is granted.


Date:  July \_\_\_\_, 2008

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Indiana and Nebraska and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be paid to the Clerk of Court.

Dennis P. Stolle
Barnes & Thornburg, LLP
11 South Meridian Street
Indianapolis, Indiana 46204-3535
(317) 231-7742 Telephone
(317)231-7433 Fax

DATED: July 21, 2008

Date: _July 21, 2008_

## CERTIFICATE OF SERVICE

I, Karen E. Keller, hereby certify that on July 21, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Lawrence C. Ashby, Esquire
> Philip Trainer, Jr., Esquire
> Carolyn Hake, Esquire
> Ashby & Geddes
> 500 Delaware Avenue
> P.O. Box 1150
> Wilmington, DE 19899

I further certify that on July 21, 2008, I caused a copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel of record and on the following in the manner indicated:

> **BY E-MAIL**
>
> Bradley I. Ruskin, Esquire
> Jennifer R. Scullion, Esquire
> PROSKAUER ROSE
> 1585 Broadway
> New York, NY 10036

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen E. Keller*
C. Barr Flinn  (No. 4092)
Karen E. Keller (No. 4489)
James L. Higgins (No. 5021)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
kkeller@ycst.com

*Attorneys for Deutscher Tennis Bund (the German Tennis Federation), Rothenbaum Sports GMBH and Qatar Tennis Federation*