IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEUTSCHER TENNIS BUND (GERMAN TENNIS FEDERATION), ROTHENBAUM SPORT GMBH, and QATAR TENNIS FEDERATION,<br><br>          Plaintiffs,<br><br>   v.<br><br>ATP TOUR, INC., ETIENNE DE VILLIERS, CHARLES PASARELL, GRAHAM PEARCE, JACCO ELTINGH, PERRY ROGERS, and IGGY JOVANOVIC,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 07-178-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' NOTICE TO TAKE DEPOSITION OF DANIEL JONES

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs Deutscher Tennis Bund (German Tennis Federation), Rothenbaum Sports GmbH, and Qatar Tennis Federation will take the deposition by oral examination of Daniel Jones on July 24, 2008, at the offices of Young Conaway Stargatt & Taylor, LLP, 1000 West St., The Brandywine Building, 17th Floor, Wilmington, Delaware, 19801, or as otherwise agreed. The deposition will commence at 5:30 p.m., and will continue for one hour.

The deposition will be taken before an officer authorized to administer oaths and will be recorded by stenographical means. You are hereby noticed and invited to attend and participate.

                YOUNG CONAWAY STARGATT & TAYLOR, LLP

*Karen E. Keller* (signature)
_____
C. Barr Flinn (No. 4092)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
bflinn@ycst.com
kkeller@ycst.com

*Attorneys for Deutscher Tennis Bund (the German Tennis Federation), Rothenbaum Sports GMBH and Qatar Tennis Federation*

OF COUNSEL:

Robert D. MacGill
Hamish S. Cohen
Jennifer W. Adams
Matthew B. Barr
Barnes &Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204

Dated: July 22, 2008

## CERTIFICATE OF SERVICE

I, Karen E. Keller, hereby certify that on July 22, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Lawrence C. Ashby, Esquire (lashby@ashby-geddes.com)
>Philip Trainer, Jr., Esquire (ptrainer@ashby-geddes.com)
>Tiffany Geyer Lydon, Esquire (tlydon@ashby-geddes.com)
>Ashby & Geddes
>500 Delaware Avenue
>P.O. Box 1150
>Wilmington, DE 19899

I further certify that on July 22, 2008, I caused a copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel of record and on the following in the manner indicated:

**BY E-MAIL**

>Bradley I. Ruskin, Esquire (bruskin@proskauer.com)
>Jennifer R. Scullion, Esquire (jscullion@proskauer.com)
>PROSKAUER ROSE
>1585 Broadway
>New York, NY 10036

**BY E-MAIL**

Stephen Neuwirth (stephenneuwirth@quinnemanuel.com)
QUINN EMANUEL
51Madison Avenue 22nd Floor
New York, New York 10010

                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                */s/ Karen E. Keller*
                C. Barr Flinn (No. 4092)
                Karen E. Keller (No. 4489)
                James L. Higgins (No. 5021)
                The Brandywine Building
                1000 West Street, 17th Floor
                Wilmington, Delaware 19801
                (302) 571-6600
                kkeller@ycst.com

                *Attorneys for Deutscher Tennis Bund (the German Tennis Federation), Rothenbaum Sports GMBH and Qatar Tennis Federation*