IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEUTSCHER TENNIS BUND (GERMAN TENNIS FEDERATION), ROTHENBAUM SPORT GMBH, and QATAR TENNIS FEDERATION,<br><br>          Plaintiffs,<br><br>v.<br><br>ATP TOUR, INC., ETIENNE DE VILLIERS, CHARLES PASARELL, GRAHAM PEARCE, JACCO ELTINGH, PERRY ROGERS, and IGGY JOVANOVIC,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 07-178-GMS<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF WITHDRAWAL OF**
**<u>PLAINTIFFS' NOTICE TO TAKE DEPOSITION OF DANIEL JONES</u>**

PLEASE TAKE NOTICE that Plaintiffs' Deutscher Tennis Bund (German Tennis Federation), Rothenbaum Sports GmbH, and Qatar Tennis Federation hereby withdraw their Notice to Take Deposition of Daniel Jones filed on July 22, 2008, and scheduled for July 24, 2008 at 5:30 p.m.

          YOUNG CONAWAY STARGATT & TAYLOR, LLP

          <u>/s/ *Karen E. Keller*</u>
          C. Barr Flinn (No. 4092)
          Karen E. Keller (No. 4489)
          The Brandywine Building
          1000 West Street, 17th Floor
          Wilmington, DE 19801
          (302) 571-6600
          kkeller@ycst.com
          *Attorneys for Deutscher Tennis Bund (the German Tennis Federation), Rothenbaum Sports GMBH and Qatar Tennis Federation*

OF COUNSEL:

Robert D. MacGill
Hamish S. Cohen
Jennifer W. Adams
Matthew B. Barr
Barnes &Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204

Dated: July 23, 2008

## CERTIFICATE OF SERVICE

I, Karen E. Keller, hereby certify that on July 23, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Lawrence C. Ashby, Esquire (lashby@ashby-geddes.com)
> Philip Trainer, Jr., Esquire (ptrainer@ashby-geddes.com)
> Tiffany Geyer Lydon, Esquire (tlydon@ashby-geddes.com)
> Ashby & Geddes
> 500 Delaware Avenue
> P.O. Box 1150
> Wilmington, DE 19899

I further certify that on July 23, 2008, I caused a copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel of record and on the following in the manner indicated:

> **BY E-MAIL**
>
> Bradley I. Ruskin, Esquire (bruskin@proskauer.com)
> Jennifer R. Scullion, Esquire (jscullion@proskauer.com)
> PROSKAUER ROSE
> 1585 Broadway
> New York, NY 10036

**BY E-MAIL**

Stephen Neuwirth (stephenneuwirth@quinnemanuel.com)
QUINN EMANUEL
51Madison Avenue 22nd Floor
New York, New York 10010

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        /s/ Karen E. Keller
        C. Barr Flinn  (No. 4092)
        Karen E. Keller (No. 4489)
        James L. Higgins (No. 5021)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware  19801
        (302) 571-6600
        kkeller@ycst.com

        *Attorneys for Deutscher Tennis Bund (the German Tennis Federation), Rothenbaum Sports GMBH and Qatar Tennis Federation*