IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEUTSCHER TENNIS BUND et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-178 GMS |
| | ) | |
| ATP TOUR, INC. et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

IT IS HEREBY ORDERED that the United States Marshal for the District of Delaware be and hereby is directed to furnish lunch for eight jurors engaged in the above entitled case on August 4, 2008.


Dated: August 4, 2008        /s/ Gregory M. Sleet
                             UNITED STATES DISTRICT CHIEF JUDGE