## SHERMAN ACT § 1

WE, THE JURY, unanimously find as follows:

1.    Have Plaintiffs proven by a preponderance of the evidence that the
Defendant entered into contract(s), combination(s) or conspiracy(ies) with any separate
entity or entities?  (A "yes" answer to this question is a finding for Plaintiffs.  A "no"
answer is a finding for the Defendant.  If "yes," proceed to question 2 below.  If "no,"
please sign this jury verdict form and return it to the U.S. Marshall.)

                    Question 1    Yes_____            No___X____

                             (for Plaintiffs)        (for Defendant)

                    If  you  answered  "Yes,"  please  specify  all  parties  to  each  such
agreement:_____

2.    Have Plaintiffs proven by a preponderance of the evidence the existence of a
relevant product market within a relevant geographic market?  (A "yes" answer to this
question is a finding for Plaintiffs.  A "no" answer is a finding for the Defendant.  If "yes,"
proceed to question 3 below.  If "no," please sign this jury verdict form and return it to the
U.S. Marshall.)

                    Question 2    Yes_____            No_____

                             (for Plaintiffs)        (for Defendant)

                    If you answered "Yes," please specify each relevant product market and the
associated geographic market:_____

3.    Have Plaintiffs proven by a preponderance of the evidence that any contract,

1

combination or conspiracy that you found in question 1 had a harmful effect on competition in a relevant product and geographic market(s)? (A "yes" answer to this question is a finding for Plaintiffs. A "no" answer is a finding for the Defendant. If "yes," proceed to question 4 below. If "no," please sign this jury verdict form and return it to the U.S. Marshall.)

Question 3     Yes__ _____          No__ _____

                (for Plaintiffs)     (for Defendant)

If you answered "Yes," please specify the associated relevant product and geographic market(s):_____ _____ _____ _____ _____ ___

4.     Do you find by a preponderance of the evidence that any contract, combination or conspiracy for which you answered "Yes" to question 3 had procompetitive benefits? (A "yes" answer to this question is a finding for the Defendant. A "no" answer is a finding for Plaintiffs. If "yes," proceed to question 5 below. If "no," proceed to question 7 below.)

Question 4     Yes_____          No_____

                (for Defendant)     (for Plaintiffs)

5.     Do you find by a preponderance of the evidence that any contract, combination or conspiracy for which you answered "Yes" to question 4 was reasonably necessary to achieve the procompetitive benefits you found? (A "yes" answer to this question is a finding for the Defendant. A "no" answer is a finding for Plaintiffs. If "yes," proceed to question 6 below. If "no," proceed to question 8 below.)

2

Question 5     Yes_____          No_____

    (for Defendant)          (for Plaintiffs)


6.  Have Plaintiffs proven by a preponderance of the evidence that the harmful effect on competition of any contract, combination or conspiracy for which you answered "Yes" to question 5 substantially outweighs the procompetitive benefits you found? (A "yes" answer to this question is a finding for Plaintiffs. A "no" answer is a finding for the Defendant. If "yes," proceed to question 7 below. If "no," please sign this jury verdict form and return it to the U.S. Marshall.)

Question 6     Yes_____          No_____

    (for Plaintiffs)          (for Defendant)

If you answered "Yes," please specify the associated relevant product and geographic market(s):_____


7.  Do you find by a preponderance of the evidence that the contract(s), combination(s) or conspiracy(ies) the Defendant entered was or were a material cause of any injury to the Plaintiffs in their business or property? (A "yes" answer to this question is a finding for Plaintiffs. A "no" answer is a finding for the Defendant. If "yes," proceed to question 8 below. If "no," please sign this jury verdict form and return it to the U.S. Marshall.)


Question 7     Yes_____          No_____

    (for Plaintiffs)          (for Defendant)

3

8.     For any injury you found in response to question 7, do you find by a preponderance of the evidence that any such injury to Plaintiffs was caused by a reduction in competition, acts that would lead to a reduction in competition, or acts that would otherwise harm consumers?  (A "yes" answer to this question is a finding for Plaintiffs.  A "no" answer is a finding for the Defendant.  If "yes," proceed to question 9 below.  If "no," please sign this jury verdict form and return it to the U.S. Marshall.)

Question 8    Yes_____          No_____

(for Plaintiffs)       (for Defendant)

9.     For any injury for which you answered "Yes" to Question 8, do you find by a preponderance of the evidence that Plaintiffs failed to take all reasonable steps available to minimize their losses?  (A "yes" answer to this question is a finding for the Defendant.  A "no" answer is a finding for Plaintiffs.  If "no," proceed to question 10 below and do not answer question 11.  If "yes," please proceed to question 11 below and do not answer question 10.)

Question 9    Yes_____          No_____

(for Defendant)       (for Plaintiffs)

10.    For any injury for which you answered "No" to question 9, what is the total amount of damages that would fairly compensate Plaintiffs for this injury based on the evidence available to you?  Write your answer in the line labeled "Amount" below.

4

11.    For any injury for which you answered "Yes" to question 9, what is the total amount of damages that would fairly compensate Plaintiffs for this injury if they had taken all reasonable steps to mitigate their damages?   Write your answer in the line labeled "Amount" below.

Amount: _____

**WHEN THE JURY HAS REACHED A VERDICT, THE FOREPERSON MUST SIGN THIS VERDICT FORM AND SIGNAL THE U.S. MARSHALL THAT THE JURY IS READY TO RENDER A VERDICT.**

Date: _____8-5-08_____         Jury Foreperson



5

## SHERMAN ACT § 2 – MONOPOLIZATION

WE, THE JURY, unanimously find as follows:

1.    Have Plaintiffs proven by a preponderance of the evidence the existence of any relevant product market(s) within any relevant geographic market(s)? (A "yes" answer to this question is a finding for Plaintiffs. A "no" answer is a finding for the Defendant. If "yes," proceed to question 2 below. If "no," please sign this jury verdict form and return it to the U.S. Marshall.)

Question 1    Yes_____        No___ ✗ ___

(for Plaintiffs)        (for Defendant)

If you answered "Yes," please specify each relevant product market and the associated geographic market:____ _____ _____ _____

2.    Have Plaintiffs proven by a preponderance of the evidence that the Defendant had monopoly power in any market for which you answered "Yes" to Question 1? (A "yes" answer to this question is a finding for Plaintiffs. A "no" answer is a finding for the Defendant. If "yes," proceed to question 3 below. If "no," please sign this jury verdict form and return it to the U.S. Marshall.)

Question 2    Yes_____        No_____

(for Plaintiffs)        (for Defendant)

If you answered "Yes," please specify to which relevant product and geographic market(s) this answer applies:__ _____ _____ _____

3.    For each relevant product market you listed in your answer to question 2, have Plaintiffs proven by a preponderance of the evidence that Defendant willfully acquired or maintained monopoly power through exclusionary conduct without legitimate reasons for engaging in such conduct? (A "yes" answer to this question is a finding for Plaintiffs. A "no" answer is a finding for the Defendant. If "yes," proceed to question 4 below. If "no," please sign this jury verdict form and return it to the U.S. Marshall.)

Question 3    Yes_____    No_____

(for Plaintiffs)        (for Defendant)

If you answered "Yes," please specify to which relevant product and geographic market your answer applies: _____ _____ _____

4.    Have Plaintiffs proven by a preponderance of the evidence that the conduct for which you answered "Yes" to question 3 caused injury to the Plaintiffs in their business or property? (A "yes" answer to this question is a finding for Plaintiffs. A "no" answer is a finding for the Defendant. If "yes," proceed to question 5 below. If "no," please sign this jury verdict form and return it to the U.S. Marshall.)

Question 4    Yes_____    No_____

(for Plaintiffs)        (for Defendant)

5.    For any injury you found in response to question 4, do you find by a preponderance of the evidence that any such injury to Plaintiffs was caused by a reduction in competition, acts that would lead to a reduction in competition, or acts that would otherwise harm consumers? (A "yes" answer to this question is a finding for Plaintiffs. A "no"

answer is a finding for the Defendant. If "yes," proceed to question 6 below. If "no," please sign this jury verdict form and return it to the U.S. Marshall.)

Question 5    Yes_____        No_____
              (for Plaintiffs)        (for Defendant)

6.    For any injury for which you answered "Yes" to Question 5, do you find by a preponderance of the evidence that Plaintiffs failed to take all reasonable steps available to minimize their losses? (A "yes" answer to this question is a finding for the Defendant. A "no" answer is a finding for Plaintiffs. If "no," proceed to question 7 below and do not answer question 8. If "yes," please proceed to question 8 below and do not answer question 7.)

Question 6    Yes_____        No_____
              (for Defendant)        (for Plaintiffs)

7.    For any injury for which you answered "No" to question 6, what is the total amount of damages that would fairly compensate Plaintiffs for this injury based on the evidence available to you? Write your answer in the line labeled "Amount" below.

8.    For any injury for which you answered "Yes" to question 6, what is the total amount of damages that would fairly compensate Plaintiffs for this injury if they had taken all reasonable steps to mitigate their damages? Write your answer in the line labeled "Amount" below.

Amount: _____

**WHEN THE JURY HAS REACHED A VERDICT, THE FOREPERSON MUST SIGN
THIS VERDICT FORM AND SIGNAL THE U.S. MARSHALL THAT THE JURY IS
READY TO RENDER A VERDICT.**

Date: _8-5-08_                    Jury Foreperson:

REDACTED

9

## <u>SHERMAN ACT § 2 - ATTEMPTED MONOPOLIZATION</u>

WE, THE JURY, unanimously find as follows:

1.    Have Plaintiffs proven by a preponderance of the evidence the existence of a relevant product market within a relevant geographic market?  (A "yes" answer to this question is a finding for Plaintiffs.  A "no" answer is a finding for the Defendant.  If "yes," proceed to question 2 below.  If "no," please sign this jury verdict form and return it to the U.S. Marshall.)

Question 1    Yes_____          No____ X ____

                  (for Plaintiffs)          (for Defendant)

If you answered "Yes," please specify each relevant product market and the associated geographic market:_____

2.    Have Plaintiffs proven by a preponderance of the evidence that the Defendant engaged in anticompetitive conduct with an intent to achieve monopoly power in a relevant product market within a relevant geographic market for which you answered "Yes" to Question 1?  (A "yes" answer to this question is a finding for Plaintiffs.  A "no" answer is a finding for the Defendant.  If "yes," proceed to question 3 below.  If "no," please sign this jury verdict form and return it to the U.S. Marshall.)

Question 2    Yes_____          No_____

                  (for Plaintiffs)          (for Defendant)

If you answered "Yes," please specify the associated product and geographic market(s):_____

10

3.      Have Plaintiffs proven by a preponderance of the evidence that there is a dangerous probability that the Defendant would achieve its goal of monopoly power in any relevant product market?  (A "yes" answer to this question is a finding for Plaintiffs.  A "no" answer is a finding for the Defendant.  If "yes," proceed to question 4 below.  If "no," please sign this jury verdict form and return it to the U.S. Marshall.)

        Question 3    Yes_____        No_____

                (for Plaintiffs)    (for Defendant)

        If you answered "Yes," please specify the associated product and geographic market(s):_____

4.      Have Plaintiffs proven by a preponderance of the evidence that the actions of the Defendant caused injury to the Plaintiffs in their business or property?  (A "yes" answer to this question is a finding for Plaintiffs.  A "no" answer is a finding for the Defendant.  If "yes," proceed to question 5 below.  If "no," please sign the jury verdict form and return it to the U.S. Marshall.)

        Question 4    Yes_____        No_____

                (for Plaintiffs)    (for Defendant)

5.      For any injury you found in response to question 4, do you find by a preponderance of the evidence that any such injury to Plaintiffs was caused by a reduction in competition, acts that would lead to a reduction in competition, or acts that would otherwise harm consumers?  (A "yes" answer to this question is a finding for Plaintiffs.  A "no" answer is a finding for the Defendant.  If "yes," proceed to question 6 below.  If "no,"

DB02:6991572.1
7642/20504-015 Current/11749861v2

066145.1001
08/04/2008 02:14 PM

please sign this jury verdict form and return it to the U.S. Marshall.)

Question 5    Yes_____        No_____

(for Plaintiffs)        (for Defendant)


6.    For any injury for which you answered "Yes" to question 5, do you find by a preponderance of the evidence that Plaintiffs failed to take all reasonable steps available to minimize their losses? (A "yes" answer to this question is a finding for the Defendant. A "no" answer is a finding for Plaintiffs. If "no," proceed to question 7 below and do not answer question 8. If "yes," please proceed to question 8 below and do not answer question 7.)

Question 6    Yes_____        No_____

(for Defendant)        (for Plaintiffs)


7.    For any injury for which you answered "No" to question 6, what is the total amount of damages that would fairly compensate Plaintiffs for this injury based on the evidence available to you? Write your answer in the line labeled "Amount" below.


8.    For any injury for which you answered "Yes" to question 6, what is the total amount of damages that would fairly compensate Plaintiffs for this injury if they had taken all reasonable steps to mitigate their damages? Write your answer in the line labeled "Amount" below.

Amount: _____

**WHEN THE JURY HAS REACHED A VERDICT, THE FOREPERSON MUST SIGN THIS VERDICT FORM AND SIGNAL THE U.S. MARSHALL THAT THE JURY IS READY TO RENDER A VERDICT.**

Date: _8-5-08_        Jury Foreperson: _____

REDACTED

## SHERMAN ACT § 2 - CONSPIRACY TO MONOPOLIZE

WE, THE JURY, unanimously find as follows:

    1.    Have Plaintiffs proven by a preponderance of the evidence the existence of a relevant product market within a relevant geographic market? (A "yes" answer to this question is a finding for Plaintiffs. A "no" answer is a finding for the Defendant. If "yes," proceed to question 2 below. If "no," please sign this jury verdict form and return it to the U.S. Marshall.)

        Question 1   Yes_____      No__✗____

                 (for Plaintiffs)    (for Defendant)

If you answered "Yes," please specify each relevant product market and the associated geographic market:_____

    2.    Have Plaintiffs proven by a preponderance of the evidence that the Defendant entered into an agreement or mutual understanding to obtain or maintain monopoly power in a relevant market within a relevant geographic market? (A "yes" answer to this question is a finding for Plaintiffs. A "no" answer is a finding for the Defendant. If "yes," proceed to question 3 below. If "no," please sign this jury verdict form and return it to the U.S. Marshall.)

        Question 2   Yes_____      No_____

                 (for Plaintiffs)    (for Defendant)

If you answered "Yes," please specify the associated product and geographic market(s):_____

14

3.    Have Plaintiffs proven by a preponderance of the evidence that the Defendant knowingly became parties to that agreement or mutual understanding? (A "yes" answer to this question is a finding for Plaintiffs.  A "no" answer is a finding for the Defendant.  If "yes," proceed to question 4 below.  If "no," please sign this jury verdict form and return it to the U.S. Marshall.)

Question 3    Yes_____        No_____

(for Plaintiffs)        (for Defendant)

4.    Have Plaintiffs proven by a preponderance of the evidence that the Defendant intended that the parties to the agreement or mutual understanding would obtain or maintain monopoly power in any relevant product market within a relevant geographic market you specified in your answer to question 2? (A "yes" answer to this question is a finding for Plaintiffs.  A "no" answer is a finding for the Defendant.  If "yes," proceed to question 5 below.  If "no," please sign this jury verdict form and return it to the U.S. Marshall.)

Question 4    Yes_____        No_____

(for Plaintiffs)        (for Defendant)

If you answered "Yes," please specify the associated product and geographic market(s):_____

5.    Have Plaintiffs proven by a preponderance of the evidence that the Defendant took an overt act in furtherance of that agreement or mutual understanding? (A "yes" answer to this question is a finding for Plaintiffs.  A "no" answer is a finding for the

Defendant. If "yes," proceed to question 6 below. If "no," please sign this jury verdict form and return it to the U.S. Marshall.)

Question 5     Yes_____     No_____

(for Plaintiffs)     (for Defendant)

If you answered "Yes," please specify the associated relevant product market(s):_____

6.    Do you find by a preponderance of the evidence that the anticompetitive actions of the Defendant caused injury to the Plaintiffs in their business or property? (A "yes" answer to this question is a finding for Plaintiffs. A "no" answer is a finding for the Defendant. If "yes," proceed to question 7 below. If "no," please sign the jury verdict form and return it to the U.S. Marshall.)

Question 6     Yes_____     No_____

(for Plaintiffs)     (for Defendant)

7.    For any injury you found in response to question 6, do you find by a preponderance of the evidence that any such injury to Plaintiffs was caused by a reduction in competition, acts that would lead to a reduction in competition, or acts that would otherwise harm consumers? (A "yes" answer to this question is a finding for Plaintiffs. A "no" answer is a finding for the Defendant. If "yes," proceed to question 8 below. If "no," please sign this jury verdict form and return it to the U.S. Marshall.)

Question 7     Yes_____     No_____

(for Plaintiffs)     (for Defendant)

16

8.    For any injury for which you answered "Yes" to Question 7, do you find by a preponderance of the evidence that Plaintiffs failed to take all reasonable steps available to minimize their losses? (A "yes" answer to this question is a finding for the Defendant. A "no" answer is a finding for Plaintiffs. If "no," proceed to question 9 below and do not answer question 10. If "yes," please proceed to question 10 below and do not answer question 9.)

Question 8    Yes_____        No_____

(for Defendant)    (for Plaintiffs)

9.    For any injury for which you answered "No" to question 8, what is the total amount of damages that would fairly compensate Plaintiffs for this injury based on the evidence available to you? Write your answer in the line labeled "Amount" below.

10.    For any injury for which you answered "Yes" to question 8, what is the total amount of damages that would fairly compensate Plaintiffs for this injury if they had taken all reasonable steps to mitigate their damages? Write your answer in the line labeled "Amount" below.

Amount: _____ _____

**WHEN THE JURY HAS REACHED A VERDICT, THE FOREPERSON MUST SIGN THIS VERDICT FORM AND SIGNAL THE U.S. MARSHALL THAT THE JURY IS READY TO RENDER A VERDICT.**

DB02:6991572.1
7642/20504-015 Current/11749861v2

066145.1001
08/04/2008 02:14 PM

Date: 8-5-08                        Jury Foreperson

REDACTED

DB02:6991572.1
7642/20504-015 Current/11749861v2

066145.1001
08/04/2008 02:14 PM