IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEUTSCHER TENNIS BUND et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 07-178 GMS |
| ) | |
| ATP TOUR, INC. et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict on August 5, 2008. The verdict was accompanied by a verdict form (D.I. 195), a copy of which is attached hereto. Therefore,

IT IS HEREBY ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of the defendant, ATP TOUR, INC., and against the plaintiffs, DEUTSCHER TENNIS BUND, ROTHENBAUM SPORTS GMBH AND QATAR TENNIS FEDERATION.

Dated: October 3, 2008      /s/ Gregory M. Sleet
                            CHIEF, UNITED STATES DISTRICT JUDGE