# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

July 17, 2012

The Honorable Gregory M. Sleet
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Room 4324
Wilmington, DE 19801

Re: *Deutscher Tennis Bund, et al. v. ATP Tour, Inc., et al.*
C.A. No. 07-178-GMS

Dear Chief Judge Sleet:

We write on behalf of our client ATP Tour, Inc. ("ATP"). We have received electronic notice that Your Honor has scheduled a telephone conference for July 25, 2012, at 3:00 p.m to discuss how to proceed with respect to ATP's application for reimbursement of its attorneys' fees, costs and expenses. If possible, we respectfully request that the telephone conference be rescheduled. Bradley Ruskin, who Your Honor will recall is lead counsel for ATP in this matter, is lead counsel in an arbitration that has long been scheduled for that week. The arbitration is being held before former Judges Timothy Lewis, George Pratt and Stanley Birch and is scheduled for all day, each day of that week commencing on July 24.

If it is possible to have a short adjournment of the telephone conference to accommodate Mr. Ruskin's arbitration commitment, we would greatly appreciate it. Mr. Ruskin is available on any date convenient to the Court and to Plaintiffs' counsel during either of the following two weeks, *i.e.*, the week of July 30 or the week of August 6.

We have contacted counsel for Plaintiffs, and they do not object to our request. Thank you.

Respectfully submitted,

/s/ *Philip Trainer, Jr. (#2788)*

Philip Trainer, Jr. (#2788)

cc: James Higgins, Esquire
C. Barr Flinn Esquire
Robert D. MacGill, Esquire

{00652018;v1 }