IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEUTSCHER TENNIS BUND (GERMAN TENNIS FEDERATION), ROTHENBAUM SPORT GMBH, and QATAR TENNIS FEDERATION, | ) ) ) ) ) ) |
| Plaintiffs, | ) |
| v. | ) C.A. No. 07-178-GMS ) ) |
| ATP TOUR, INC., ETIENNE DE VILLIERS, CHARLES PASARELL, GRAHAM PEARCE, JACCO ELTINGH, PERRY ROGERS, and IGGY JOVANOVIC, | ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7, the undersigned counsel hereby notifies the Court that Karen E. Keller, Esquire of Shaw Keller LLP is withdrawing her appearance on behalf of Plaintiffs Deutscher Tennis Bund (German Tennis Federation), Rothenbaum Sport GmbH and Qatar Tennis Federation ("Plaintiffs") in this action. Plaintiffs continue to be represented by undersigned counsel, the law firm of Young Conaway Stargatt & Taylor, LLP and *pro hac vice* counsel.

01:12292852.1

                                          **YOUNG CONAWAY STARGATT & TAYLOR LLP**

                                          */s/ James L. Higgins*
                                          _____
                                          C. Barr Flinn (No. 4092)
                                          James L. Higgins (No. 5021)
                                          Rodney Square
                                          1000 North King Street
                                          Wilmington, Delaware 19801
                                          (302) 571-6600
                                          *bflinn@ycst.com*
                                          *jhiggins@ycst.com*

Dated: July 17, 2012                        *Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I, James L. Higgins, hereby certify that on July 17, 2012, I caused to be electronically filed a correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Philip Trainer, Jr., Esquire
>Carolyn Hake, Esquire
>Tiffany Geyer Lydon, Esquire
>Ashby & Geddes
>500 Delaware Avenue
>P.O. Box 1150
>Wilmington, DE 19899

I further certify that on July 17, 2012, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel of record and on the following in the manner indicated:

**BY E-MAIL**

>Bradley I. Ruskin, Esquire
>Jennifer R. Scullion, Esquire
>PROSKAUER ROSE
>1585 Broadway
>New York, NY 10036

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ James L. Higgins*
C. Barr Flinn  (No. 4092)
James L. Higgins (No. 5021)
Rodney Square
1000 North King Street
Wilmington, Delaware  19801
(302) 571-6600
jhiggins@ycst.com

*Attorneys for Deutscher Tennis Bund (the German Tennis Federation), Rothenbaum Sports GMBH and Qatar Tennis Federation*