# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEUTSCHER TENNIS BUND (GERMAN TENNIS FEDERATION), et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) C.A. No. 07-178-GMS<br>) |
| ATP TOUR, INC., et al, | )<br>)<br>) |
| Defendants. | ) |

## ENTRY OF APPEARANCES

Please enter the appearances of David M. Powlen and Kevin G. Collins of the law firm Barnes & Thornburg LLP, 1000 North West Street, Suite 1200, Wilmington, DE 19801, as counsel in this civil action for plaintiffs Deutscher Tennis Bund, Rothenbaum Sport GmbH, and Qatar Tennis Federation.

BARNES & THORNBURG LLP

*/s/ Kevin G. Collins*
_____
David M. Powlen (No. 4978)
Kevin G. Collins (No. 5149)
1000 N. West Street, Suite 1200
Wilmington, DE 19801
(302) 888-4536
david.powlen@btlaw.com
kevin.collins@btlaw.com

*Attorneys for Deutscher Tennis Bund (the German Tennis Federation), Rothenbaum Sport GmbH, and Qatar Tennis Federation*

*Of Counsel:*

Robert D. MacGill
Hamish S. Cohen
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
(317) 236-1313

*Dated*: July 30, 2012

**CERTIFICATE OF SERVICE**

I, Kevin G. Collins, hereby certify that on July 30, 2012, I caused the foregoing *Notice of Withdrawal and Substitution of Counsel* to be filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Philip Trainer, Jr., Esquire
> Carolyn Hake, Esquire
> Tiffany Geyer Lydon, Esquire
> Ashby & Geddes
> 500 Delaware Avenue
> P.O. Box 1150
> Wilmington, DE 19899

I further certify that on July 30, 2012, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel of record and on the following in the manner indicated:

**BY E-MAIL**

> Bradley I Ruskin, Esquire
> Jennifer R. Scullion, Esquire
> PROSKAUER ROSE
> 1585 Broadway
> New York, NY 10036

BARNES & THORNBURG LLP

*/s/ Kevin G. Collins*
David M. Powlen (No. 4978)
Kevin G. Collins (No. 5149)
1000 N. West Street, Suite 1200
Wilmington, DE 19801
(302) 888-0456
david.powlen@btlaw.com
kevin.collins@btlaw.com

*Attorneys for Deutscher Tennis Bund (the German Tennis Federation), Rothenbaum Sport GmbH, and Qatar Tennis Federation*