IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEUTSCHER TENNIS BUND (GERMAN TENNIS FEDERATION), ROTHENBAUM SPORT GMBH, and QATAR TENNIS FEDERATION,<br><br>            Plaintiffs,<br><br>    v.<br><br>ATP TOUR, INC., ETIENNE DE VILLIERS, CHARLES PASARELL, GRAHAM PEARCE, JACCO ELTINGH, PERRY ROGERS, and IGGY JOVANOVIC,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 07-178-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, pursuant to District of Delaware Local Rule 83.7, the undersigned counsel hereby notifies the Court that C. Barr Flinn, Esquire and James L. Higgins, Esquire, and the law firm of Young Conaway Stargatt & Taylor, LLP, are withdrawing their appearance in this case as counsel for Plaintiffs Deutscher Tennis Bund (German Tennis Federation), Rothenbaum Sport GmbH and Qatar Tennis Federation (together "Plaintiffs"). Plaintiffs continue to be represented by Delaware counsel of record Kevin G. Collins, Esquire, of the law firm of Barnes & Thornburg LLP, as well as *pro hac vice* counsel.

01:12292852.1

YOUNG CONAWAY STARGATT
 & TAYLOR, LLP

*/s/ James L. Higgins*
_____
C. Barr Flinn (No. 4092)
James L. Higgins (No. 5021)
Rodney Square
1000 N. King Street
Wilmington, DE 19801
(302) 571-6600
bflinn@ycst.com
jhiggins@ycst.com

*Dated*:  July 31, 2012

**CERTIFICATE OF SERVICE**

I, James L. Higgins, hereby certify that on July 31, 2012, I caused to be electronically filed a correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Philip Trainer, Jr., Esquire
> Carolyn Hake, Esquire
> Tiffany Geyer Lydon, Esquire
> Ashby & Geddes
> 500 Delaware Avenue
> P.O. Box 1150
> Wilmington, DE 19899

I further certify that on July 31, 2012, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel of record and on the following in the manner indicated:

> **BY E-MAIL**
>
> Bradley I. Ruskin, Esquire
> Jennifer R. Scullion, Esquire
> PROSKAUER ROSE
> 1585 Broadway
> New York, NY 10036

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> */s/ James L. Higgins*
> C. Barr Flinn  (No. 4092)
> James L. Higgins (No. 5021)
> Rodney Square
> 1000 North King Street
> Wilmington, Delaware  19801
> (302) 571-6600
> jhiggins@ycst.com