IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEUTSCHER TENNIS BUND, ROTHENBAUM SPORTS GMBH, and QATAR TENNIS FEDERATION,<br><br>Plaintiffs,<br><br>v.<br><br>ATP TOUR, INC., ETIENNE DE VILLIERS, et al.,<br><br>Defendants. | Civil Action No. 07-cv-178 (GMS) |

## ORDER

At Wilmington, this 7th day of August, 2012, having considered the parties' letter submissions to the court (D.I. 252; D.I. 253) and arguments at the July 31, 2012 teleconference in connection with their proposals as to how the court should proceed in addressing the issues on remand;

IT IS HEREBY ORDERED that the parties shall submit briefing in support of their respective positions for the court's consideration[1];

IT IS HEREBY FURTHER ORDERED that the parties' briefing shall be presented pursuant to the Local Rules unless the parties agree to an alternative briefing schedule;

---

[1] As discussed during the July 31, 2012 teleconference, the parties should address their opposing positions with respect to how each believes the court should proceed in deciding the issues on remand. Specifically, the parties should address: (1) the plaintiffs' contention that material factual issues exist, such that the Delaware Supreme Court would be precluded from accepting certified questions, and, further, their assertion that the issue in question can be decided on the current record because Article 23.3 is invalid and unenforceable; and (2) the defendants' position that, because Article 23.3's validity and enforceability presents matters of first impression, the court should certify questions of law to the Delaware Supreme Court pursuant to Delaware Supreme Court Rule 41 before deciding the matter.

IT IS HEREBY FURTHER ORDERED that, should the parties agree to an alternative briefing schedule, such agreement shall be in writing and submitted to the court for its approval.

_____
CHIEF, UNITED STATES DISTRICT JUDGE