IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DEUTSCHER TENNIS BUND (GERMAN TENNIS FEDERATION), ROTHENBAUM SPORT GMBH, and QATAR TENNIS FEDERATION,

Plaintiffs,

v.

ATP TOUR, INC., ETIENNE DE VILLIERS, CHARLES PASARELL, GRAHAM PEARCE, JACCO ELTINGH, PERRY ROGERS, and IGGY JOVANOVIC,

Defendants.

C.A. No. 07-178-GMS

**STIPULATION AND PROPOSED ORDER REGARDING**
**BRIEFING IN CONNECTION WITH REMAND**

IT IS HEREBY STIPULATED AND AGREED between the parties, subject to approval by the Court:

1. The schedule for briefing on the parties' positions with respect to how each party believes the Court should proceed in deciding the issues on remand will be as follows (representing a slight departure from the Local Rules in light of the Labor Day holiday):

2. Defendants will file and serve their opening brief on August 31, 2012.

3. Plaintiffs will file and serve their answering brief on September 21, 2012.

4. Defendants will file and serve their reply brief on October 1, 2012.

5. The length and format of the briefs will be governed by the Local Rules.

BARNES ÞBURG LLP

*/s/ Kevin G. Collins*
David M. Powlen (No. 4978)
Kevin G. Collins (No. 5149)
1000 N. West Street, Suite 1200
Wilmington, DE 19801
(302) 888-4536
david.powlen@btlaw.com
kevin.collins@btlaw.com

*Of Counsel*:
Robert D. MacGill
Hamish S. Cohen
BARNES ÞBURG LLP
11 South Meridian Street
Indianapolis, IN 46204

*Attorneys for Plaintiffs*

ASHBY & GEDDES

*/s/ Philip Trainer, Jr.*
Philip Trainer, Jr. (No. 2788)
Toni-Ann Platia (No. 5051)
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE 19899
(302) 654-1888
ptrainer @ashby-geddes.com
tplatia@ashby-geddes.com

*Of Counsel*:
Bradley I. Ruskin
Jennifer R. Scullion
Jordan B. Leader
Robert D. Forbes
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036

*Attorneys for Defendants*

Dated: August 23, 2012

SO ORDERED this ____ day of August, 2012

______________________________
Chief Judge