IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEUTSCHER TENNIS BUND (GERMAN TENNIS FEDERATION), ROTHENBAUM SPORT GMBH, and QATAR TENNIS FEDERATION,<br><br>        Plaintiffs,<br><br>v.<br><br>ATP TOUR, INC., ETIENNE DE VILLIERS, CHARLES PASARELL, GRAHAM PEARCE, JACCO ELTINGH, PERRY ROGERS, and IGGY JOVANOVIC,<br><br>        Defendants. | C.A. No. 07-178-GMS |

## STIPULATION AND ~~PROPOSED~~ ORDER REGARDING BRIEFING IN CONNECTION WITH REMAND

IT IS HEREBY STIPULATED AND AGREED between the parties, subject to approval by the Court:

1. The schedule for briefing on the parties' positions with respect to how each party believes the Court should proceed in deciding the issues on remand will be as follows (representing a slight departure from the Local Rules in light of the Labor Day holiday):

2. Defendants will file and serve their opening brief on August 31, 2012.

3. Plaintiffs will file and serve their answering brief on September 21, 2012.

4. Defendants will file and serve their reply brief on October 1, 2012.

5. The length and format of the briefs will be governed by the Local Rules.

{00662747;v1}    1

| BARNES &THORNBURG LLP | ASHBY & GEDDES |
|---|---|
| /s/ Kevin G. Collins | /s/ Philip Trainer, Jr. |
| David M. Powlen (No. 4978) | Philip Trainer, Jr. (No. 2788) |
| Kevin G. Collins (No. 5149) | Toni-Ann Platia (No. 5051) |
| 1000 N. West Street, Suite 1200 | 500 Delaware Avenue, 8th Floor |
| Wilmington, DE 19801 | P. O. Box 1150 |
| (302) 888-4536 | Wilmington, DE 19899 |
| david.powlen@btlaw.com | (302) 654-1888 |
| kevin.collins@btlaw.com | ptrainer @ashby-geddes.com |
| | tplatia@ashby-geddes.com |
| *Of Counsel*: | *Of Counsel*: |
| Robert D. MacGill | Bradley I. Ruskin |
| Hamish S. Cohen | Jennifer R. Scullion |
| BARNES &THORNBURG LLP | Jordan B. Leader |
| 11 South Meridian Street | Robert D. Forbes |
| Indianapolis, IN 46204 | PROSKAUER ROSE LLP |
| | 1585 Broadway |
| *Attorneys for Plaintiffs* | New York, NY 10036 |
| | *Attorneys for Defendants* |

Dated: August 23, 2012

SO ORDERED this 27th day of August, 2012

_____
Chief Judge

{00662747;v1 }   2