# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEUTSCHER TENNIS BUND (GERMAN TENNIS FEDERATION) et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 07-178-GMS |
| ATP TOUR, INC. et al., | ) ) ) |
| Defendants. | ) ) |

**NOTICE OF SERVICE OF DISCOVERY REQUESTS**

PLEASE TAKE NOTICE that on December 1, 2014, Plaintiffs the German Tennis Federation and the Qatar Tennis Federation, by and through their undersigned counsel of record, caused a copy of the discovery requests listed on Schedule A attached hereto to be served upon the following via the method indicated:

**VIA U.S. FIRST CLASS MAIL AND ELECTRONIC MAIL**
Philip Trainer, Jr.
Tony-Ann Platia
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
ptrainer@ashby-geddes.com
tplatia@ashby-geddes.com

**VIA U.S. FIRST CLASS MAIL AND ELECTRONIC MAIL**
Bradley I. Ruskin
Jennifer R. Scullion
Jordan B. Leader
PROSKAUER ROSE LLP
11 Times Square
New York, NY 10036
bruskin@proskauer.com
jscullion@proskauer.com
jleader@proskauer.com

Dated: December 3, 2014              BARNES & THORNBURG LLP

*/s/ Kevin G. Collins*
David M. Powlen (No. 4978)
Kevin G. Collins (No. 5149)
1000 N. West Street, Suite 1500
Wilmington, DE 19801
(302) 300-3434
david.powlen@btlaw.com
kevin.collins@btlaw.com

Robert D. MacGill
Hamish S. Cohen
Matthew B. Barr
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana  46204
(317) 236-1313

*Attorneys for Deutscher Tennis Bund (the German Tennis Federation), the Rothenbaum Sport GmbH, and the Qatar Tennis Federation*

# SCHEDULE A

1. Plaintiffs' Attorney Fee Requests for Production on Defendant ATP Tour, Inc.;

2. Plaintiffs' Attorney Fee Requests for Production on Defendant Etienne de Villiers;

3. Plaintiffs' Attorney Fee Requests for Production on Defendant Jacco Eltingh;

4. Plaintiffs' Attorney Fee Requests for Production on Defendant Graham Pearce;

5. Plaintiffs' Attorney Fee Requests for Production on Defendant Charles Pasarell;

6. Plaintiffs' Attorney Fee Requests for Production on Defendant Iggy Jovanovic;

7. Plaintiffs' Attorney Fee Requests for Production on Defendant Perry Rogers;

8. Plaintiffs' Attorney Fee Interrogatories to Defendant ATP Tour, Inc.;

9. Plaintiffs' Attorney Fee Interrogatories to Defendant Etienne de Villiers;

10. Plaintiffs' Attorney Fee Interrogatories to Defendant Jacco Eltingh;

11. Plaintiffs' Attorney Fee Interrogatories to Defendant Graham Pearce;

12. Plaintiffs' Attorney Fee Interrogatories to Defendant Charles Pasarell;

13. Plaintiffs' Attorney Fee Interrogatories to Defendant Iggy Jovanovic; and

14. Plaintiffs' Attorney Fee Interrogatories to Defendant Perry Rogers.