# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEUTSCHER TENNIS BUND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ATP TOUR, INC., *et al.*, <br><br> Defendants. | C.A. No. 07-178-GMS |

## STIPULATION AND PROPOSED ORDER REGARDING
## BRIEFING WITH RESPECT TO DISCOVERY ISSUE

IT IS HEREBY STIPULATED AND AGREED between the parties, subject to approval by the Court:

1. In accordance with the Court's direction at the December 12, 2014 telephonic status conference in this matter, the parties are to submit letter briefs concerning the issue of whether Etienne de Villiers, Charles Pasarell, Graham Pearce, Jacco Eltingh, Perry Rogers, and Iggy Jovanovic currently are parties to this action and subject to discovery by Plaintiffs with respect to ATP Tour, Inc.'s ("ATP") motion for attorneys' fees.

2. The schedule for letter briefing will be as follows:

3. Plaintiffs will file and serve their opening letter brief, not to exceed five (5) double-spaced pages on January 23, 2015.

4. ATP will file and serve its responsive letter brief, not to exceed five (5) double-spaced pages, on or before February 13, 2015.

5. Plaintiffs will file and serve their reply letter brief, if any, not to exceed three (3) double-spaced pages, on or before February 27, 2015.

| BARNES & THORNBURG LLP | ASHBY & GEDDES |
|---|---|
| */s/ Kevin G. Collins* | */s/ Toni-Ann Platia* |
| David M. Powlen (No. 4978) | Philip Trainer, Jr. (No. 2788) |
| Kevin G. Collins (No. 5149) | Toni-Ann Platia (No. 5051) |
| 1000 N. West Street, Suite 1500 | 500 Delaware Avenue, 8th Floor |
| Wilmington, DE 19801 | P.O. Box 1150 |
| (302) 300-3434 | Wilmington, DE 19899 |
| david.powlen@btlaw.com | (302) 654-1888 |
| kevin.collins@btlaw.com | ptrainer@ashby-geddes.com |
|  | tplatia@ashby-geddes.com |
| *Of Counsel*: | *Of Counsel*: |
| Robert D. MacGill | Bradley I. Ruskin |
| Matthew B. Barr | Jennifer R. Scullion |
| BARNES & THORNBURG LLP | Jordan B. Leader |
| 11 S. Meridian Street | PROSKAUER ROSE LLP |
| Indianapolis, IN 46204 |  |
|  | 11 Times Square |
| *Attorneys for Plaintiffs* | New York, NY 10036 |
|  | *Attorneys for ATP Tour, Inc.* |

Dated: January 26, 2015

SO ORDERED this ____ day of January, 2015.

                                        _____
                                        UNITED STATES DISTRICT JUDGE